# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON           Plaintiff, <br><br> -v- <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br>                                                        Defendant. | Case No. 17-485 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Citizens for Responsibiltiy and Ethics in Washington (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 01/23/2017

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** MS8975 (NY Bar 5128996)

Form Rule7_1.pdf   SDNY Web 10/2007