AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, <br><br> *Defendant(s)* | Civil Action No. 17-458 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Attorney General of the United States
United States Department of Justice
950 Constitution Ave., NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Deepak Gupta
Matthew Spurlock
Jonathan E. Taylor
Rachel S. Bloomekatz
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*