UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/23/2017
```

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

              Plaintiff,

v.

DONALD J. TRUMP,
*in his official capacity as President of the
United States of America*,

              Defendant.

No. 17-CV-0458 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. Within two weeks of service of the Summons and Complaint, the parties shall submit a joint letter advising the Court of any contemplated motions, proposing a briefing schedule with respect thereto, and providing any additional information the parties believe may assist the Court in adjudicating the matter.

    Plaintiff is ordered to serve Defendant with a copy of this Order and to file an affidavit on the Court's Electronic Case Filing (ECF) system certifying that such service has been effectuated.

SO ORDERED.

Dated:    January 23, 2017
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge