UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CITIZENS FOR RESPONSBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> Defendant. | No. 17 Civ. 458 (RA) <br><br> ECF CASE |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record, please take notice of the appearance of the following counsel for the Defendant:

Jean Lin
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

Dated: January 23, 2017

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

JOSEPH H. HUNT
Branch Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ Jean Lin
JEAN LIN
Special Counsel

JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division,
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov