AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Citizens for Responsibility and Ethics in Washington ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-458 |
| Donald J. Trump ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citizens for Responsibility and Ethics in Washington                                                             .

Date:     01/24/2017                                                              s/ Matthew Spurlock
                                                                                                  *Attorney's signature*

                                                                                             Matthew Spurlock
                                                                                    *Printed name and bar number*

                                                                                            Gupta Wessler PLLC
                                                                                            1735 20th Street, NW
                                                                                            Washington, DC 20009
                                                                                                      *Address*

                                                                                         spurlock@guptawessler.com
                                                                                                  *E-mail address*

                                                                                               (202) 888-1741
                                                                                              *Telephone number*

                                                                                               (202) 888-7792
                                                                                                  *FAX number*