UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>       Plaintiff,<br><br>-against-<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America<br><br>       Defendant. | No. 17-CV-00458(RA)<br><br>**DECLARATION OF JOSEPH M. SELLERS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, JOSEPH M. SELLERS, hereby affirm and state as follows:

1. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC.

2. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached hereto I am a member in good standing of the Bar of the District of Columbia. I am also admitted to practice before the following courts: the United States Supreme Court; the United States Court of Appeals for the District of Columbia Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Ninth Circuit; and the United States Court of Appeals for the Eleventh Circuit; the United States District Court for Maryland; the United States District Court for Colorado and the United States District Court for the District of Columbia.

2220384.1

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one above captioned case for Plaintiffs.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated: February 7, 2017

Respectfully Submitted,

_____
Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com

2220384.1