

**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave, N.W.
Washington, DC 20530

_____

February 17, 2017

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *Citizens for Responsibility and Ethics in Washington v. Donald J. Trump*,
               Civil Action No. 1:17-cv-00458-RA

Dear Judge Abrams:

    On January 23, 2017, this Court issued an order directing the parties to advise the Court of any contemplated motions and propose a briefing schedule. The Defendant's answer or other response to the Complaint is currently due on April 4, 2017.  The parties have conferred and hereby propose the following schedule that would extend the answer date:

    Defendant's Response to the Complaint, including any Dispositive Motion will be due on April 21, 2017

    Plaintiff's Response to any Dispositive Motion would be due on June 2, 2017

    Defendant's Reply would be due on June 30, 2017.

    Because the Defendant expects that his dispositive motion, if any, will raise only legal issues pursuant to Federal Rule of Civil Procedure 12(b), the parties have agreed to postpone discussing any discovery schedule in this action until the dispositive motion is adjudicated.

- 2 -

Respectfully submitted

| | |
|---|---|
| Norman L. Eisen<br>Noah Bookbinder<br>CREW<br>455 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001 | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| Deepak Gupta<br>Gupta Wessler<br>1735 20th Street, NW<br>Washington, D.C. 20009 | JENNIFER D. RICKETTS<br>Branch Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director |
| /s/ *Joseph M. Sellers*<br>Joseph M. Sellers<br>Cohen Milstein Sellers & Toll, PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005 | /s/ *Jean Lin*<br>JEAN LIN<br>JAMES R. POWERS<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>20 Massachusetts Ave., NW<br>Washington, DC 20530 |
| Counsel for the Plaintiff | Counsel for the Defendant |