# COHENMILSTEIN



MEMO ENDORSED

Joseph M. Sellers
(202) 408-4604
jsellers@cohenmilstein.com

May 10, 2017

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY  10007

> Re:  *Citizens for Responsibility and Ethics in Washington, et al. v.*
> *Trump,* Civil Action No. 1:17-cv-00458-RA

Dear Judge Abrams:

On April 19, 2017, this Court adopted the current schedule for briefing of the defendant's anticipated dispositive motion.  This schedule was adopted in response to an amendment to the complaint, which added two new plaintiffs as well as a claim under the Domestic Emoluments Clause, U.S. Const. art. II, cl. 7, among other new allegations.

The plaintiffs now seek to amend the complaint again, solely to add one additional plaintiff. Under Federal Rule of Civil Procedure 15(a)(2), the plaintiffs may amend their complaint with the opposing party's written consent.

The defendant consents to the plaintiffs' request to amend the first amended complaint on the condition that the plaintiffs consent to an extension by one week of the date on which the defendant's dispositive motion is due.  Accordingly, the parties respectfully request a one-week extension from June 2, 2017 to June 9, 2017 for the defendant to file his dispositive motion. The balance of the previous briefing schedule would remain in place.  The revised briefing schedule would be as follows:

Defendant's Dispositive Motion will be due on June 9, 2017

Plaintiffs' Response to any Dispositive Motion will be due on July 14, 2017

Defendant's Reply would be due on August 11, 2017

COHEN MILSTEIN SELLERS & TOLL PLLC  •  1100 New York Ave. NW • Fifth Floor • Washington, DC 20005
T 202.408.4600 • cohenmilstein.com

**COHENMILSTEIN**

May 10, 2017
Page 2

Respectfully submitted,

Norman L. Eisen
Noah Bookbinder
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001

Deepak Gupta
Gupta Wessler
1735 20th Street, NW
Washington, DC  20009


/s/ *Joseph M. Sellers*
Joseph M. Sellers
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W.
Washington, DC  20005

Counsel for the Plaintiffs

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JENNIFER D. RICKETTS
Branch Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
JAMES R. POWERS
U.S. Department of Justice
Civil Division
Federal Program Branch
20 Massachusetts Ave., NW
Washington, DC  20530

Counsel for the Defendant


**APPLICATION GRANTED**
**SO ORDERED,**

RONNIE ABRAMS, U.S.D.J.
5/11/17