

**U.S. Department of Justice**
Civil Division
Federal Programs Branch
20 Massachusetts Ave, N.W.
Washington, DC 20530

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 31 2017

May 31, 2017

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
5/31/2017

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Citizens for Responsibility and Ethics in Washington, et al. v. Trump,*
Civil Action No. 1:17-cv-00458-RA

Dear Judge Abrams:

    We write on behalf of Defendant Donald J. Trump, the President of the United States, to respectfully request an enlargement of page limitation for his Memorandum of Law in Support of his Motion to Dismiss due on June 9, 2017. Pursuant to this Court's Individual Rules & Practices in Civil Cases, a memorandum of law in support of a motion to dismiss is limited to 25 pages. Defendant respectfully requests that he be permitted to file a memorandum of law of up to 60 pages in length. Undersigned counsel has consulted with counsel for Plaintiffs, who indicated that they do not oppose the requested extension.

    In the 63-page Second Amended Complaint, four different sets of Plaintiffs raise two novel constitutional claims and assert a wide-range of constitutional violations. The requested page extension is necessary to allow Defendant to fully address not only the various Plaintiffs' standing to sue but also the two constitutional issues raised—namely, whether the President's holding of business interests violates the Emoluments Clause and the Compensation Clause of the Constitution. Defendant believes that a thorough discussion of these issues, including relevant background, will assist the Court in deciding Defendant's motion to dismiss. Accordingly, Defendant respectfully requests that he be permitted to file a brief of up to 60 pages.

    We thank you for your consideration of this request.

Respectfully submitted

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JENNIFER D. RICKETTS
Branch Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
JAMES R. POWERS
U.S. Department of Justice
Civil Division,
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

Counsel for the Defendant