AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Citizens for Responsibility and Ethics in Washington, et al.
*Plaintiff*
v.
Donald J. Trump
*Defendant*

Case No. 1:17-cv-00458-RA

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citizens for Responsibility and Ethics in Washington, Restaurant Opportunities Center (ROC) United, Inc., Jill Phaneuf, and Eric Goode.

Date: 06/05/2017

s/ Jonathan E. Taylor
*Attorney's signature*

Jonathan E. Taylor
*Printed name and bar number*

Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009
*Address*

jon@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*