UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTER (ROC) UNITED, INC., JILL PHANEUF, AND ERIC GOODE,<br><br>*Plaintiffs*,<br><br>- v -<br><br>DONALD J. TRUMP,<br>IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Defendant. | 17 Civ. 458 (RA) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Joshua Michael Blackman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Scholar Seth Barrett Tillman as Amicus Curiae in Support of the Defendant in the above-captioned action.

I a member in good standing of the bar of the Commonwealth of Virginia of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 16, 2017                              Respectfully Submitted,

                                                                */s/ Josh Blackman*

                                        Josh Blackman
                                        1303 San Jacinto Street
                                        Houston, TX 77002
                                        202-294-9003
                                        Josh@JoshBlackman.com