UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTER (ROC) UNITED, INC., JILL PHANEUF, AND ERIC GOODE,<br><br>*Plaintiffs*,<br><br>- v -<br><br>DONALD J. TRUMP,<br>IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Defendant. | 17 Civ. 458 (RA) |

**DECLARATION OF JOSHUA M. BLACKMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, JOSHUA M. BACKMAN, hereby affirm and state as follows:

1. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

2. As shown in the Certificate of Good Standing attached hereto I am a member in good standing of the Bar of the Commonwealth of Virginia. I am also admitted to practice before the following courts: the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the Western District of Texas.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this one above captioned case for Scholar Seth Barrett Tillman as Amicus Curiae in Support of the Defendant.

I affirm under penalty of perjury that the foregoing statements are true and correct.

Dated: June 16, 2017                                            Respectfully Submitted,

*/s/ J.B.*

Josh Blackman
1303 San Jacinto Street
Houston, TX 77002
202-294-9003
Josh@JoshBlackman.com