# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### Joshua Michael Blackman

was admitted to practice as an attorney and counsellor at the bar of this Court on December 5, 2012.

I further certify that so far as the records of this office are concerned, Joshua Michael Blackman is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 18th day of April

A.D. 2017

By: _____

Deputy Clerk