# COHEN MILSTEIN

Joseph M. Sellers<br>
(202) 408-4604<br>
jsellers@cohenmilstein.com

June 30, 2017

**By ECF Filing**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, N.Y. 10007

      Re:    *Citizens for Responsibility and Ethics in Washington, et al. v. Trump*, Civil Action No. 1:17-cv-00458-RA

Dear Judge Abrams:

      The parties hereby respectfully request that this Court modify the remaining briefing schedule and enlarge the page limits for the two remaining briefs related to the Defendant's Motion to Dismiss.

      On May 11, 2017, following Plaintiffs' filing of the Second Amended Complaint, the Court adopted the parties' proposed schedule for briefing related to Defendant's anticipated dispositive motion.  In light of the number of issues that this matter presents and the fact that the case raises two novel constitutional claims, Defendant filed a consent motion for an expansion of the page limit governing his opening brief due on June 9, 2017, which the Court approved on May 31, 2017.

      For much of the same reasons, the Plaintiffs request a comparable expansion of the page limit for their responsive brief to 60 pages and Defendant requests an expansion of the page limit for his reply brief to 30 pages.  Moreover, the parties now jointly request an expansion of the remainder of the schedule governing briefing of Defendant's dispositive motion.  Lead counsel for Defendant also has a previously-scheduled three-week vacation in August and multiple deadlines for dispositive motions in other matters in September.  Therefore, the parties respectfully propose the following modifications to the rules governing the balance of the briefing of the pending dispositive motion:

      Plaintiffs' Response to Motion to Dismiss may be up to and including 60 pages in length. It will be due on August 11, 2017.

      Defendant's Reply may be up to 30 pages in length and will be due on October 6, 2017.

      We thank you for your consideration of this request.

COHEN MILSTEIN SELLERS & TOLL PLLC • 1100 New York Ave. NW • Fifth Floor • Washington, DC 20005
T 202.408.4600 • cohenmilstein.com

COHENMILSTEIN

June 30, 2017
Page 2

Respectfully submitted:

| | |
|---|---|
| Norman L. Eisen | Chad A. Readler |
| Noah Bookbinder | Acting Assistant Attorney General |
| CREW | Civil Division |
| 455 Massachusetts Avenue, N.W. | |
| Washington, D.C. 20009 | Jennifer D. Ricketts |
| | Branch Director, Federal Programs Branch |
| Deepak Gupta | Anthony J. Coppolino |
| Gupta Wessler | Deputy Director |
| 1900 L Street, N.W. | |
| Washington, D.C. 20036 | |

/s/ Joseph M. Sellers                                        /s/ Jean Lin
Joseph M. Sellers                                             Jean Lin
Cohen Milstein Sellers & Toll PLLC            James R. Powers
1100 New York Ave., N.W.                         U.S. Department of Justice
Suite 500                                                         Civil Division,
Washington, D.C. 20005                             Federal Programs Branch
                                                                        20 Massachusetts Ave., N.W.
*Counsel for Plaintiffs*                                Washington, D.C. 20530

*Counsel for the Defendant*

2256970.1