# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

# A Table Alphabeticall, or the English expositor, containing and teaching the true writing and vnderstanding of hard vsuall English words, borrowed from the Hebrew, Greeke, Latine, or French, &c.

With the Interpretation thereof by plaine English words, gathered for the benefit and helpe of all vnskilfull persons.

Whereby they may the more easily and better *vnderstand many hard English words,* which they shall heare or read in Scriptures, Sermons, or else where, and also be made able to vse the same aptly themselues.

---

Set forth by *R.C.* and newly corrected, and with the adition of many vsefull wordes enriched.

---

## The fourth Edition.

*Legere, & non intelligere, neglegere est.*
As good not to read, as not to vnderstand.

## LONDON.

Printed by *W. I.* for *Edmund Weauer*, and are to be sold at his shop at the greeat North doore of Paules Church. 1617.

An Alphabeticall Table.

elect, chosen or picked out.
elegancie, finenesse of speech.
element, the first principle or beginning of any thing.
eleemosquarie, he that giueth almes.
elench, (g) a subtile argument.
elevate, lift vp, or heaue vp.
elocution, good vtterance of speech.
eloine, to put, giue, or sell away.
eluish, froward.
embellish, to make beautifull.
§ embark, } to ship a thing, or
imbark,    } load a ship.
embezill, to steale or conuey away.
embrion, a childe vnperfect in the mothers wombe.
emancipate, to set at libertie.
emblem, (g) a picture shadowing out some thing to be learned.
eminent, appearing higher, or further out, ex(celling.
§ emmot, pismire.
emolument, profit or gaine.
emphasis, (g) a forcible expressing.
emperick (g) he that hath all his skill in physicke by practise.
§ empire, gouernment, or kingdome.
emulation, enuie, imitation, desire to exceede another.

enar-

# THE
# *English* Expositor
## IMPROV'D:
### Being a Complete
# DICTIONARY:
## TEACHING

The Interpretation of the moſt Difficult Words, which are commonly made uſe of in our *Engliſh Tongue.*

*Firſt ſet forth by* J. B. *Doctor of Phyſick.*

And now carefully Reviſed, Corrected, and abundantly Augmented; with a new and very large Addition of very uſeful and ſignificant Words.

By *R. BROWNE,* Author of the *Engliſh School Reform'd.*

There is alſo an INDEX of Common Words (Alphabetically ſet) to direct the Reader to others more Learned, and of the ſame Signification with them.

And likewiſe a ſhort *Nomenclator* of the moſt celebrated Perſons among the Ancients; with Variety of Memorable Things: Collected out of the beſt of Hiſtory, Poetry, Philoſophy, and Geography.

*The Twelfth Edition.*

LONDON: Printed for *W. Churchill,* at the *Black-Swan* in *Pater-noſter-Row.* 1719.

Where may be had the above-mention'd Spelling-Book, Entituled, *The Engliſh School Reform'd*: Being a Method very exact and eaſy both for the Teacher and Learner.

E M

of the Year moveth, or the Course of the Year standeth on those Seasons, in one or other of which, the Fruits of the Earth are either sown, sprung up, coming to their Ripeness, or gather'd into the Barn.

*Embezil.* To steal, convey away, to spend, or waste.

*Emblem.* It properly signifieth any fine Work, cunningly set in Wood, or other Substance, as we see in Chess-Boards and Tables; notwithstanding it is commonly taken for a Picture, or other Device, shadowing some matter to be learned by it.

*Emboss.* A Term used by Hunters, when a Deer is so weary, that he foameth at the Mouth.

*Embracer.* A Law-Term, of him that, when a Matter is in Tryal, cometh for reward to the Bar, being no Lawyer, or Witness, and speaketh in favour of the Parties; or which laboureth the Jury, or useth any unlawful practice to make them give their Verdict as he would have them.

*Embrocation.* A Bathing of any part of the Body by the falling of the Liquor from aloft upon the part affected.

*Embroil.* To encumber, entangle, or pester.

*Embryon.* A Child unperfect in the Mother's Womb.

*Embuscade,* or *Ambuscade.* A lying in wait.

E M

*Emendation.* An amending.

*Emerald.* A precious Stone, the greenest of all other, for which cause it is very comfortable to the Sight. The best of these Stones are brought out of *Scythia.* And some affirm them to be taken out of the Griffins Nests, who do keep this Stone with great sedulity. It is found by experience (as *Albertus* writeth) that, if the Emerald be good, it inclineth the bearer thereof to chastity, and cannot endure the Action of Lust. There is also a Disease founding near this Word, for which see *Hemorrhoid.*

*Emergent.* What issueth, riseth up, appeareth, or sheweth it self.

*Eminence.* Highness, Dignity, Honour.

*Eminent.* High, lofty, honourable.

*Emissary.* A busy fellow sent out for a Spy, or Scout, a Messenger always at hand.

*Emission.* A sending out, a sending forth.

*Emit.* To send out.

*Emmanuel.* An Hebrew Word expressing the Dignity of our Saviour; and it is interpreted, *God with us.*

*Emollient.* Softning, making supple or pliant.

==*Emolument.* Profit, Gain, Advantage.==

*Empair.* Diminish.

*Empannel.* To make up a Jury of Twelve or more Men.

A - 13

H

Empar.

5461a

# THE ENGLISH DICTIONARIE:
## OR,
## AN INTERPRETER of hard English Words.

Enabling as well Ladies and Gentle-women, young Schollers, Clarkes, Merchants, as also Strangers of any Nation, to the vnder-standing of the more difficult Authors already printed in our Language, and the more *speedy attaining of an elegant perfection of* the English tongue, both in reading, speaking and writing.

Being a Collection of the choisest words contained in the Table Alphabeticall and English Expositor, and of some thousands of words neuer published by any heretofore.

By *H. C.* Gent.

LONDON,
Printed for *Edmund Weauer*, and are to be sold at his shop at the great North gate of *Pauls* Church. 1623.

## EF

*Effeminate.* Womanish, nice.
*Efficacie.* Power, force.
*Efficiencie.* A bringing to passe.
*Efficient.* Which bringeth to passe.
*Effigies.* Ones picture, or ones true resemblance.
*Efflagitate.* To demand a thing earnestly.
*Effrenation.* Vnrulinesse.
*Effusion.* A pouring out.
*Eftsoones.* Againe, often.
*Egellidate.* To thaw.
*Egerminate.* To spring, or bud out.
*Egregious.* Excellent, somtime vile, base.
*Egression.* A going out.
*Egrimonie.* Great sorrow.
*Egritude.* Griefe of mind.
*Eiect.* To cast out.
*Eiection.* A casting out.
*Eiulation.* A howling, or crying out.
*Eiurate.* To forsweare, or resigne ones place.
*Elaborate.* To do a thing with great paines.
*Elapidate.* To rid out stones.
*Elate.* To lift vp, or proud, loftie.
*Elation.* A lifting vp.

## EL

*Elatrate.* To speake out loud.
*Elect.* To chuse.
*Election.* A chusing, choise.
*Electrum.* Amber.
*Electuarie.* A medicine made with sirrups and powders.
*Eleemosmarie.* Which giueth almes.
*Elegancie.* Neatnesse.
*Elegant.* Fine, neat.
*Elegiack.* Mournefull.
*Elegie.* A mournefull song vsed at funeralls.
*Elegiographer.* Which writes mournefull songs.
*Element.* The first matter of visible substance, from whence all things take their beginning, whereof there be foure, Fire, Aire, Water, and Earth.
*Elementarie.* Of or belonging to the Elements.
*Elephancie.* Leprosie.
*Eleuate.* To lift vp.
*Eleuation.* A lifting vp.
*Eleutherian.* A Deliuerer.
*Eliquament.* Fatnesse of fish, or flesh.
*Elixir.* See *Quintessence.*
*Elixate.* To boile.
*Elocution.* Vtterance.
*Elo-*

## EM

*Eloquence.* The Art of Rhetoricke.
*Elucubrate.* To doe a thing by candlelight.
*Elude.* To deceiue.
*Elusion.* Deceit.
*Eluscate.* To make blind of one eye.
*Eluscation.* Purblindnes.
*Elysian.* Of or belonging to *Elysium.*
*Elysium.* A pleasant place beneath, where Poets fained the soules of good men did rest.
*Emaculate.* To make cleane, to take out spots.
*Emarginate.* To take away the scurfe from the mouth of a wound.
*Emasculate.* To geld.
*Embalme.* To annoint with balme.
*Embassie.* A message from a Prince.
*Embayling.* Compassing.
*Embellish.* To make beautifull.
*Embayned.* Sooked.
*Embezill.* To steale, or conuey away.
*Embleme.* A picture comōly painted or shadowed, comprehending some matter to be learned by it.

## EM

*Embolning.* A tossing or heauing vp like the sea.
*Embryon.* A child in the mothers wombe, ere it haue perfect shape.
*Embrued.* Stained with bloud, or so.
*Emdeluged.* Drowned.
*Emedull.* To declare, to take out the marrow.
*Emendicate.* To beg, or craue almes.
*Eminence.* Highnes, dignitie.
*Eminent.* High, honourable.
*Emit.* To send.
*Emmanuel.* God with vs.
*Emolliment.* An asswaging.
*Emolument.* Profit, gaine.
*Empannell.* To make vp a Iurie of twelue men.
*Emperick.* A Physician onely by practise.
*Emperie.* Command.
*Emphasis.* A most plaine signification of ones mind.
*Emphaticall.* That which is vttered with most expresse signification.
*Emplead.* To sue one.
*Empyriall Heauen.* The highest heauen aboue the firmament.

*Emu-*



Blount's

# GLOSSOGRAPHIA:
## OR A
# DICTIONARY,
Interpreting all such
# Hard Words
OF
Whatsoever Language, now used in our refined English Tongue;

With Etymologies, Definitions, and Historical Observations on the same.

Also the Terms of Divinity, Law, Physick, Mathematicks, and other Arts and Sciences explicated.

*Very useful for all such as desire to understand what they read.*

The Second EDITION, more correct; wherein above Five hundred choice Words are added.

By *T. B.* of the Inner-Temple, *Barrister.*

Erasm. Aposh.
*Ut homines, ita libros in dies seipsos meliores fieri oportet.*

LONDON:
Printed by *Tho. Newcomb* for *George Sawbridge* at the Bible on *Ludgate hill.* 1661.

| E M | E M | E M | E M |
|---|---|---|---|
| those days till night, and then onely a Cake baked under the *Embers* or ashes which they called *panem subcineritium*, or *Ember-bread. Turb.Cat.* But Sir *Hen. Spelm. de Concil* says the *one* word is *Imber* from the old Sax. *Ymbren*.<br><br>**Embellish** (Fr *Embellir*) to beautifie, garnish, adorn, bedeck, trim up, or set out unto the eye.<br><br>To **Embezel** (*forté ab Ital. Invaligiare, i. in sacco ponere*) to steal or pilfer. *Min.*<br><br>**Emblem** (*emblema*) is properly any fine work cunningly set in wood or other substance, as we see in Chessboards and Tables, notwithstanding it is commonly taken for a sweet moral symbol consisting of picture and words, by which some weighty matter is declared. See *Art of making Devises*, p.7.<br><br>**Emblematical** (*emblematicus*) pertaining to an Emblem.<br><br>**Emblematist**, he that makes Emblems.<br><br>**Emblements**, a Law term, signifying strictly the profits of Land which hath been sowed; but the word is sometimes used more largely, for any profits that arise and accrew naturally from the ground, as grass, fruit, or trees, hemp, flax, &c. Mr.*Shep*.<br><br>**Embolism** (*embolismus*) the adding a day or more to a year, Leap-year.<br><br>**Embollement** (Fr.*embouchement*) a mouthing or putting | into the mouth of; a subornation or fore-Instruction; a lesson given or conned before-hand. *Malvezzies translater.*<br><br>**Embos**, A term used by hunters when a Deer is so hard chased that he foams at the mouth, and hangs out the tongue; it comes from the Span.*des embocar, i.* to cast out of the mouth.<br><br>**Embracer**, A Law term, and is he that, when a matter is in trial, comes for reward to the Bar, being no Lawyer nor witness, and speaks in favour of one of the parties: or who labors the Jury, or useth any unlawful practice, to make them give their Verdict as he would have them.<br><br>**Embrocation** (Ital. *embrocatione*) a fomenting, besprinkling or gentle bathing the head or any other part, with a liquor falling from aloft upon it, in the manner of rain.<br><br>**Embryon** (*embryo*) a child in the mothers womb, before it has perfect shape; and by Metaphor, any thing before it has perfection.<br><br>**Embryeus**, pertaining to an *Embryon*.<br><br>**Embushment** (from the Fr. *emboufcher*) a falling into the Sea, as a River doth.<br><br>**Emendals** (from *emendo*) is an old word, yet still used in the accounts of the Inner-Temple; where so much in *Emendals* at the foot of an account, signifies so much in | in bank or stock for the House, *q.* a *mending* or increasing the common purse.<br><br>**Emendation** (*emendatio*) an amending, mending, reformation or correction.<br><br>**Emention** (*ementitio*) a lying or forging.<br><br>**Emergency** (from *emergo*) an issuing or coming out, a rising up out of the water.<br><br>**Emergent** (*emergens*) issuing or running out: this word is often used when we speak of an *Emergent occasion*, which is, when it riseth out of somewhat done before.<br><br>**Emerald** (from the Span. *esmeralda*, Lat. *Smaragdus*) a precious stone, the greenest of all other, and is therefore very comfortable to the sight. The best of this sort are brought out of *Scythia*, and some affirm them to be taken out of the Griffins nest. It is found by experience (as *Albertus* writes) that if the *Emrald* be good, it inclines the bearer to chastity, and cannot endure the action of lust. There is also a disease founding near this word, for which see *Hemorroide*.<br><br>**Emetique** (from the Gr.) vomiting.<br><br>**Emigration** (*emigratio*) a departing, a going from one place to live at another.<br><br>**Emication** (*emicatio*) a shining or appearing aloft.<br><br>**Eminency** (*eminentia*) excellency passing or standing above others. Also a particu- | lar title of honor given to all Cardinals, and is held to be above *Excellency*.<br><br>**Emissary** (*emissarius*) a suborned accuser, a Spye, a Talebearer, one sent out, a Scout.<br><br>**Emersion** (from *emergo*) a rising or appearing out, a coming out.<br><br>**Emission** (*emissio*) a shooting, sending or casting forth.<br><br>**Emit** (*emitto*) to send forth, to publish abroad, to call out.<br><br>**Emmanuel** (Hebr. God with us) one of the names under which our Saviour Christ was foretold by the Prophets, *Isa*. 7. 14. *Matth.* 1. 23. The union of two natures in one person of our Redeemer is noted in this word, *Joh.* 1. 14.<br><br>**Emollid** (*emollidus*) soft, tender, nice, effeminate.<br><br>**Emollient** (*emolliens*) a making soft, pliant or loose *Emollient medicines, i.* mollifying or asswaging, such are milk, hony, &c.<br><br>**Emolument** (*emolumentum*) profit gotten by labor and cost.<br><br>**Emotion** (*emotio*) a stirring or moving forth.<br><br>**Empale**. See *Impale*.<br><br>**Empanel**, A Law term and signifies the writing or entring the names of a Jury into a Parchment Schedule, Roll or paper by the Sheriff, which he hath summoned to appear for the performance of such publick service as Jurors are employed in.<br><br>P 3         **Empan** |