# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

# THE
# NEW WORLD
## OF
# WORDS:
### OR,
# Universal English Dictionary.

CONTAINING

An Account of the Original or Proper Sense, and Various Significations of all Hard WORDS derived from other Languages, *viz. Hebrew, Arabick, Syriack, Greek, Latin, Italian, French, Spanish, British, Saxon, Danish, Dutch,* &c. as now made use of in our *English* Tongue.

Together with

A Brief and Plain Explication of all Terms relating to any of the Arts and Sciences, either Liberal or Mechanical, *viz. Grammar, Rhetorick, Logick, Theology, Law, Metaphysicks, Ethicks, Natural Philosophy, Physick, Surgery, Anatomy, Chymistry, Pharmacy, Botanicks, Arithmetick, Geometry, Astronomy, Astrology, Cosmography, Geography, Hydrography, Navigation, Architecture, Fortification, Dialling, Surveying, Gauging, Opticks, Catoptricks, Dioptricks, Perspective, Musick, Mechanicks, Staticks, Chiromancy, Physiognomy, Heraldry, Merchandize, Maritime* and *Military Affairs, Agriculture, Gardening, Handicrafts, Jewelling, Painting, Carving, Engraving, Confectionery, Cookery, Horsemanship, Hawking, Hunting, Fowling, Fishing,* &c.

To which is Added,

The Interpretation of Proper Names of Men and Women that derive their Original from the above-mention'd Ancient and Modern Tongues, with those of Writs and Processes at Law: Also the *Greek* and *Latin* Names of divers sorts of *Animals, Plants, Metals, Minerals,* &c. and several other remarkable Matters more particularly express'd in the *Preface.*

Compiled by EDWARD PHILLIPS, Gent.

The **Seventh Edition**, Revised, Corrected, and Improved; with the Addition of near Twenty Thousand Words, from the best Authors, Domestick and Foreign, that treat of the several Subjects.

By J. K. *Philobibl.*

A *Work very necessary for Strangers, as well as our own Country men, in order to the right understanding of what they Speak, Write, or Read.*

*Labor improbus omnia vincit.* HOR.

LONDON:

Printed for J. Philips, at the *King's-Arms* in S. *Paul's-Church-Yard*; D. Rhodes, at the *Star*, the Corner of *Bride-Lane*, in *Fleet-street*; and J. Taylor, at the Ship in *Pater-noster-row.* MDCCXX.

A - 18

**Emergent**, that rises, appears, or comes out; as *An emergent Occasion*, i.e. Business of Consequence happening on a sudden. In *Astronomy*, a Star is said *To be emergent*, when it is getting out of the Sun-beams, and ready to become visible.

**Emeril** or **Emery**, a sort of Stone found in Mines of Copper, Iron and Gold, very hard and heavy; which serves to burnish Gold, and cut all manner of precious Stones but Diamonds: Also a Glazier's Diamond to cut Glass.

**Emersion**, (*Lat.*) properly an issuing, or coming out from under Water: It is a Term more especially us'd by Astronomers, when a Star which has lain hid for some time, under the Sun beams, begins to appear again: It is also taken for the Sun or Moon's coming out of an Eclipse.

**Emetical** or **Emetick**, (*Gr.*) that provokes, or causes to Vomit.

**Emetick Medicines** or **Emeticks**, Medicines that with their pricking Particles, draw together the Fibres of the Stomach upwards, and so throw out at the Mouth, whatever is offensive to the Stomach.

**Emetick Tartar**, is Cream or Crystal of Tartar powder'd and mingled with a quarter part of *Crocus Metallorum*, and then the Mixture is to be boil'd for Eight or Nine Hours in an Earthen Pan, in a sufficient quantity of Water: Afterwards the hot Liquor is strain'd through a Woollen Cloath, and about half of it being gently evaporated, the rest is left to cool, and will shoot into Crystals.

**Emeu**, a kind of Fowl. See *Cassowary*.

† **Emicatoin**, (*Lat.*) a shining, or appearing aloft; a springing, or rising up.

**Eminence** or **Eminency**, passing, or standing above others; Excellency, high Degree or Quality; also a Title usually given to Cardinals. *Eminence* is also a little Hill or rising Ground. In *Fortification*, an Height that overlooks and commands the Place under it.

**Eminent**, high, overtopping, great, renowned.

**Emir**, (among the *Turks*) a Lord, especially any one descended from the false Prophet *Mahomet*.

**Emissarius** or **Emissarius equus**, a Word us'd by *Plautus*, *Matthew* of *Westminster* and others, for a Stallion Horse, or Steed.

**Emissary**, a trusty Person of quick Parts, sent privately to sound or sift another, to get Intelligence, or to Spy out the Actions or Post of an Enemy.

**Emission**, a sending, casting, hurling, or shooting forth.

To **Emit**, to send, dart, or shoot forth.

**Emma**, a proper Name of several Women, particularly of King *Edward* the Confessour's Mother.

**Emmenagoga** or **Emmenagogues**, Medicines that stir up the *Menses*, or, Courses.

**Emmenia**, Womens Monthly Courses, or Terms.

**Emmet**, an Insect, otherwise call'd an Ant or Pismire; the Pains this little Creature takes to lay up Corn against Winter, makes it generally taken for the Emblem of Industry.

**Emmoton**, (*Gr.*) a liquid Medicine to be squirted into Ulcers.

**Emollient**, (*Lat.*) mollifying, softening, or assuaging; as *An emollient Decoction*.

**Emollientia**, Emollients, or softening Medicines, i.e. such as with a moderate Heat and Moisture dissolve those Parts which before stuck close together; and dispersing others, make them loose and soft.

**Emolument**, Profit got by Labour and Cost; Benefit, Advantage. The Word properly signifies Gain arising from the Grist of a Corn-mill.

**Emotion**, a stirring, or moving forth; Disturbance, Disorder, or Trouble.

**Empalement**, (according to Dr. *Grew*) is the outmost Part of the Flower of a Plant, encompassing the *Foliation* of the Attire. 'Tis designed to be a Guard and Band to the Flower, where it is weak and tender; and therefore such Plants as have Flowers with a firm and strong *Basis*, as Tulips, &c. have no Empalement, nor need any.

To **Empannel**, (Law-Term) is to set down the Names of the Jury-men in a Parchment-Schedule, or Roll of Paper, call'd the *Pannel*, which is done by the Sheriff, after he has summon'd them to appear for the performance of such Publick Service as Juries are usually employ'd in.

**Emparlance**, (*Fr.*) in Common-Law, a Petition or Motion made in Court, for a Day of Respite, to consider what is best to be done; or for the Defendant to put in his Answer to the Plaintiff's Declaration. In the Civil-Law, it is called *Petitio Induciarum*.

**Empasma**, (*Gr.*) a Composition of sweet Powders, to take away a Sweat, and cause Itching. See *Catapasma*.

**Empattement**, (according to some) is the same as *Talus* in *Fortification*; which See.

**Emperour**, (*Lat.*) an absolute Sovereign Prince who bears Rule over many large Countries.

**Empetron**, (*Gr.*) the Herb *Samphire*, or as some say, *Saxifrage*.

**Emphasis**, a Figure in *Rhetorick*, when a tacit Signification is given to Words, or when more is signify'd than express'd; a Weight or Stress laid upon a Word in the speaking of it.

**Emphatical** or **Emphatick**, utter'd with a Grace, significant, forcible. Thus when any thing is spoken with great Earnestness or Concern, we say 'Twas spoken very *Emphatically*, or with a great *Emphasis*.

**Emphatical Colours**, (according to the old Natural Philosophers) are those *Apparent Colours*, as they otherwise term them, which are often seen in Clouds before the Rising, or after the Setting of the Sun, or those in the Rain-bow, &c. And these, because they are not permanent or lasting, they will not allow to be true Colours.

**Empheuteusis**, a Planting, Grafting, or Imping: In the *Roman* Law, the Renting of Land, upon condition to Plant it.

**Empheuteuta** or **Empheuteutes**, such a Tenant of Land; a Copy-holder.

**Empheuteuticus Ager**, Land improved, let out to Farm, Hire, or Rent.

**Emphracticks**, Medicines that by their Clamminess stop up the Pores of the Skin.

**Emphragma**, a Stopple, a Bar or Bolt: Also a wringing or grinding Pain of the Guts, as in the Wind-colick.

**Emphraxis**, an Obstruction, or Stoppage in any Part of the Body.

**Emphysema**, a blowing into, or that which is brought in by blowing. In *Surgery*, an Inflammation proceeding from Heat, or otherwise: Also a kind of Swelling, wherein Wind is contained, with a little slimy Phlegm.

**Emphyton Thermon** or **Calor Innatus**, is the innate Heat, or Heat first suppos'd to be produc'd in a *Fœtus*, or Child in the Womb, from the Parents Semen, which afterwards, when Respiration is begun, the *Fœtus* subsists of it self, decays and ceases by Degrees. Many Philosophers and Physicians call this Heat an *Innate* and *Natural Spirit*, and make it consist of three Parts, *viz.* of a *Primogenial* Moisture, an Innate Spirit, and Heat.

**Empire**, (*Lat.*) the Dominions, or Jurisdiction of an Emperour; also Power, or Authority.

**Empirica Medicina** or **Empirice**, (*Gr.*) Quacking or pretending to cure Diseases by Guess, without

# A DICTIONARY,

## ENGLISH-LATIN,

### AND

## LATIN-ENGLISH;

Containing

All things Necessary for the Translating of either Language into the other.

To which end

Many things that were Erroneous are rectified, many Superfluities retrenched, and very many Defects supplied.

AND

All suited to the meanest Capacities, in a plainer Method than heretofore: being (for ease) reduced into an Alphabetical Order, and Explained in the Mother Tongue.

AND

Towards the completing the English Part (which hath been long desired) here are added Thousands of Words, Phrases, Proverbs, Proper Names, and many other useful things mentioned in the Preface to the Work.

*The Second Edition enlarged.*

By ELISHA COLES, Late of *Magd*. Coll. *Oxon*.

LONDON,

Printed by *John Richardson*, for *George Sawbridg*, *T. Basset*, *John Wright*, *Richard Chiswell*, 1679.

A - 20

| EMP | EMU | ENC |
|---|---|---|

Emboſt [of a deer] *Spumans*.
Emboſt-work, *Sculptura protuberans*.
Embowed, *Laquatus*.
To Embowel, *Exentero*. See imbowel.
To Embrace, *Amplector, Complector*.
To Embrace about, *Circumplector*.
Embraced, *amplexu exceptus*.
An Embracer, *qui ſe alterius cauſæ cum iniquitate immiſcet* (*& clyta cum nemiſit*) *aſſumit*.
An Embracing, *Complexus, Amplexus*.
An Embracing about, *Circumplexus*.
To Embrew, *Tingo, Cruento, Maculo, Manus tabo inquinare*.
Embrewed, *Cruentatus, Maculatus, Perfuſus, tinctus*.
Ember-days, *Feriæ eſuriales, vigiliæ*.
An Embrion, *Embryon*.
To Embroider, *Acupingo, Intexo, Pluno*.
Embroidered, *Acupictus, Segmentatus, Vermiculatus*.
Embroidered about the Edges, *Præ textus*.
An Embroidered garment, *Veſtis plagiis Acupicta*.
An Embroiderer, *Acupictor, Phrygio, Segmentarius*.
An Embroidering, *Intextus, acupictio*.
An Embroidering needle, *Acus babylonica, Semiramis*.
An Embryo, *aliquid informatum*.
Embroidery, *Pictura, opus plumarium*.
To Embroil, *Confundo, Perturbo*.
To Embarſe, *Pecuniam refundere* or *repræſentare*.
Emely [in Ireland] *Emilia, Amn*.
Emenials, *copiæ, pecania domus* or *domeſticæ*.
An Emendation, *Emendatio*.
An Emerald } *Smaragdus*.
Emerauld }
Emergent, *Subitus*, alſo *magnimomenti*.
An Emergency, *Occaſio, res nata*.
Emerald [adj.] } *Smaragdineus*.
Of or like Emerauld }
Emerald-green
An Emeril
Emerod-ſtone } *Smyris*.
The Emeroids } *Hæmorrhois, idis*;
The Emrods } *ficus*.
Emery [a mans name] *Almericus*.
Emeteal, *Emeticus*.
Emew [bird] *Emu*.
Eminence } *Eminentia*.
Eminency }
Eminent, *Eminens, inſignis*.
Eminently, *Eminenter, Inſigniter*.
An Emiſſary, *Emiſſarius*.
Emiſſion [ſending forth] *Emiſſio*.
Emme [a womans name] *Emma, Elgiva*.
An Emmet, *formica*.
The Emmet-hunter, *Jynx, torquilla*.
Emmerick [in Cleveland] *Emmericum*.
An Emollient, *Malagma*.
An Emotion [trouble of mind] *Emotio*.
Emolument [profit] *Emolumentum*.
To Empair, *detero, Imminuo*.
Empaired, *Imminutus, Attenſus*.
An Empairing, *Imminutio*.
To Empale, *Sudibus munire*.
To Empanel a jury, *Juxatos arbitrios inſcribere*.

To Emparle, *Dilationem petere*.
Empa lance, *Petitio induciaria*.
To Empeach, *prodo, criminis appellere*.
An Empeachment of Felony, *Furti accuſatio* or *criminatio*.
An Emperour, *Imperator*.
Of or like an Emperour, *Imperatorius*.
An Emphaſis, *Emphaſis*.
Emphatical, *emphaticus*.
Emphatically, *emphaticè*.
Emphyteutick [let out to farm] *emphyteuticus*.
An Empire, *imperium*.
An Emperick, *empyricus, medicaſter*.
To Emplead, *diem dicere, In jus trahere, actionem intendere*.
TO EMPLOY, *adhibeo, confero, colloco, impendo, impertio, inſumo, pono*. * I Employ my time in ſtudying, *omne tempus meum in ſtudiis conſumo*. * Pray Employ ſome time in thinking on this, *rogo aliquid impertias temporis huic cogitationi*. * Employ this man in it, *huic mandes*. * They ſay old age has nothing to Employ it ſelf in, *in re gerenda verſari ſenectutem negant*. * He is fit to be Employed about it, *dignus eſt eo munere*.
An Employ [trade] *ars*.
Employed, *Impenſus, Expenſus, inſumptus, Collatus, Collocatus, Poſitus*.
An Employing, *Inſumptio*.
An Employment, *negotium*.
To Empoiſon, *Venenis inficere*.
An Empory, *Emporium*.
To Empoveriſh [make poor] *Depauperno, Fortunas evertere, ad pauperiatem redigere*.
An Empreſs, *Imperatrix*.
Emprimed *In fugam conjectus*.
An Emprize [undertaking] *facinus*.
EMPTY, *Inanis, vacuus*. * Firſt let them draw in an Empty wain, *inania primum ducant plauſtra*. * The Empry leech ſucks ſore, *non miſſura cutem niſi plena cruoris hirudo*.
To Empty, *evacuo, exhaurio, eximanio*. * Empty your oil twice a day, *Oleum bis in die depleto*. *He hath Emptied my purſe, *meum exenteravit marſupium*. * They were a whole night in Emptying the ſhip, *nox tota in exinanienda nave conſumitur*.
To Empty out of one veſſel into another, *decapulo, transvaſo*.
To be Empty, *Vaco, intervaco*.
To grow Empty, *inaneſco*.
Somewhat Empty, *Sub nanis*.
Emptied, *evacuatus, exhauſtus, eximanitus*.
An Emptier, *Evacuator*.
Emptineſs, *Vacuitas, inanitas, inanis, vacuum*.
An Emptying, *evacuatio, exinanitio*.
Empyreal, *Empyrius, Empyræus*.
The Emroſe [a flower] *Anemone*.
An Emry, *Smyris*.
The Emrods, See Emerods.
Ems } a German river, *Amiſius*,
Eems } *Amiſius*.
To Emulate, *Æmulor*.
Emu ated, *corrivalis*.
An-Emulating } *Æmulatio*.
Emulation }
An Emulatour, *Æmulator*.
Emulgent, *Emulgens*.

Emulous *Æmulus*.
An Emulſion, *Lac medicinale*.
Emunctories, *glandulæ quibus ſuperfluitates in corpore evacuantur*.
To Enable one, *Alicui vires ſufficere*.
Enabled, *potens factus*.
An Enabling, *Virium ſuppeditatio*.
To Enact, *decerno, Sciſco*.
An Enacter, *Legum lator*.
Enamel, *ſmaltum*.
To enamel, *encauſto pingere, inurere*.
Enamelled, *encauſtus, inuſtus*.
An Enameller, *encauſtes, metalli inuſtor*.
An Enamelling, *encauſtice, metalli inuſtio*.
Enamoured of, *Amore accenſus*.
Fooliſhly Enamoured of, *perdite amans*.
To grow Enamoured of, *alicujus amore accendi*.
Enargy, *Evidentia*.
To Enavigate, *enavigo*.
To Encamp, *Caſtrametari*.
To Enchain, *Catenis vincire*.
To Enchant, *incanto*.
An Enchanter, *incantator, veneficus*.
An Enchanting, *incantatio, faſcinatio*.
An Enchantment, *incantamentum, Præſtigium*.
To Enchaſe, *Auro inſerere*.
An Enchafing } *inſertio*.
Enchafement }
Enchuyſen [in Holland] *Enchuſa*.
To Encline, *inclino*.
To Encloſe, *includo, ſepio, circumſepio, circummunio, cingo*.
Encloſed, *incluſus, interſeptus, circumdatus*.
An Encloſing, *circumſeptio*.
An Encloſure, *ſeptum, ſepimentum*.
To Encomber, *impedio, implico, fatigo, turbo, vexo*.
Encombred, *impeditus*.
An Encombrance, *impedimentum*.
Encombrances, *Offenſiones, infortunia, res adverſæ*.
An Encomiaſt, *Encomiaſtes*.
An Encomium [commendation] *encomium*.
To Encompaſs, *Ambio, Circundo*.
Encompaſſed, *Circundatus*.
An Encompaſſing, *ambitus*, &c.
TO ENCOUNTER, *Congredior, Occurro, Configo, obvium habere*.
An Encounter } *Congreſſus, Occurſus*.
Encountering } * The ſucceſs of the Encounter was various, *vario certaminis pugnatum eſt*. * He hoped to find ſome good opportunity of an Encounter, *Sperabat fore aliquam dimicandi facultatem*.
To Encourage, *animo, conſolor, bortor, excito, extimulo, animum addere*.
Encouraged, *animatus, incitatus, accenſus*.
An Encourager, *hortator, extimulator*.
An Encouraging } *hortatus, incitatio*.
Encouragement } *tio, cohortatio, incitamentum*.
An Encreaſe, *incrementum, augmentum, auctus, profectus, acceſſio, rium*.
To Encreaſe [act.] *Augeo, Adaugeo, Augmento, accumulo*.
To Encreaſe [neut.] *Creſco, auger ſco, Augeo, ingraveſco*.

En-

A - 21

# A New English DICTIONARY;

## Or, A Compleat COLLECTION

Of the Most

Proper and Significant Words, and Terms of Art commonly used in the

# LANGUAGE;

With a continued Short and Clear Exposition.

The Whole digested into Alphabetical Order; and chiefly designed for the benefit of Young *Scholars, Tradesmen, Artificers, Foreigners*, and the *Female Sex*, who would learn to spell truly; being so fitted to every Capacity, that it may be a ready and continual Help to all that want an Instructer.

As also Three useful Tables, *Viz*.

I. Of Proper Names of Men, especially those that are contained in the Holy Bible, shewing their true Original and Derivation.

II. Of Proper Names of Women, with the same Explication.

III. Of Nick-names or English Christian Names abbreviated or made short.

---

*The Second Edition carefully Revised, with many Important Additions and Improvements.*

---

By *J. K.*

---

London: Printed for *Robert Knaplock*, at the *Bishop's Head*, and R. and *J. Bonwicke*, at the *Red Lion*, in St. *Paul's* Church-Yard. 1713.

A - 22

An Emergency, a thing that happens suddenly or unexpectedly.
Emergent, that so happens or appears, as, an emergent Occasion.
An Emeril, a Stone to burnish Gold with.
Eminence or Eminency, high Quality; rising Ground.
His Eminency, the Title of a Cardinal.
Eminent, appearing above others, noted, high.
An Emissary, one sent abroad privately to get Intelligence.
To Emit, to send or dart forth; as, the Sun emitted his Rays.
An Emmet or Pismire, an Insect.
Emollient, mollifying or softening.
Emolument, gain properly by grist, profit got by labour and cost.
The Emony, or Windflower.
An Emotion, a moving forth, a Disturbance.
To Empannel (a Jury) to set down their Names in a Roll called the Pannel.
An Emperor, a Soveraign who bears rule over many Countries of a large extent.
An Emphasis, a stress laid upon a Word in speaking it.
Emphatical, uttered with a grace, very significant.
An Empire, the Dominion of an Emperor.
Empyrical, belonging to
An Empyrick, a Physician by bare Practice, a Quack-salver.
To employ, to set one at work, to make use of.
Employ or Employment, Work, Business, Trade.

An Empress, an Emperor's Wife.
Empty, void, vain, light, shallow.
Empyreal or Empyrean, belonging to the highest Heaven.
An Emrod or Emry, a Glazier's Diamond to cut Glass with.
The Emrods or Piles, a Disease.
An Emrose, a Flower.
To emulate, to vie with, and strive; to match, to master.
Emulation, an emulating.
An Emulsion, a kind of Physick-drink.
To Enable, to make able or capable.
To Enact, to establish an Act or Law.
Enamel, a Composition us'd by Painters, Goldsmiths, &c.
To Enamel, to set off with such Matter, to engrave with Fire.
To enclose, to shut in, or up.
An Encomium, a Speech or Song in one's praise.
To encompass, to compass or stand about.
An Encounter, a Meeting, a Fight.
To encounter, to meet, to engage in fighting.
To encourage, to give courage, to hearten.
An Encouragement, that which serves to encourage.
To encrease, to grow, to cause to grow, to go forward.
To encroach, to get wrongfully, to usurp.
An Encroachment, an encroaching.
The End of a Street, Book, Speech, &c.
To end, to make an end of.
To endeavour, to strive, to go about, to try.

To endew, to digest Meat as a Hawk does.
To endite to pen or to deliver the matter of a Writing.
Endive, a Sallet-herb.
Endless, that has no end.
To endow, to bestow a Dower or Portion; to settle Revenues upon a College, &c.
An Endowment, an endowing, &c. a natural Gift or Quality.
To endue, to qualify, to furnish with.
To endure, to suffer or bear, to continue or last.
An Enemy, a Back-friend, an Adversary.
Energetical, full of energy, very forceable.
Energy, effectual Working, Efficacy.
To enervate, to take away the strength and vigour.
An Enervation (in Surgery) a weakness about the Nerves or Sinews.
To engage, to bring over to, to pass one's Word, to fight Hand to Hand.
An Engagement, a Promise or Tye, a close Fight.
To engender, to beget, to breed.
An Engine, an Instrument for the bearing or lifting up of any weight.
An Engineer, a Person well skill'd in managing warlike Engines, building Forts, &c.
England, the Southern part of Great Britain, so called from the Angles, a People of Denmark, who with the Jutes and Saxons made themselves Masters of this Kingdom.
English, belonging thereto, as, the English Tongue, English

# COCKER's English Dictionary,

CONTAINING,

An Explanation of the most Refined and Difficult Words and Terms in Divinity, Philosophy, Law, Physick, Mathematicks, Navigation, Husbandry, Military Discipline, with other Arts and Sciences: And the Derivation of them from the *Hebrew, Greek, Latin, Italian, Spanish, French,* and other Languages.

LIKEWISE,

Historical Remarks upon the Lives and Actions of Emperors, Popes, Kings, Queens, Princes, with a great number of other Persons of Note, both in the former and latter Ages of the World.

WITH

Brief Observations upon the Reign of every *English* Monarch from King *William* the Conqueror to this Time. Also a short View of what is Considerable in every County of *England* and *Wales.* With Variety of other Memorable Matters.

A Work very Necessary for all Persons, who desire to understand the Affairs of the World, as well as the Language and Transactions of their own Country.

By EDWARD COCKER, the late famous Practitioner in *Writing* and *Arithmetick.*

Publish'd from the Author's Copy: And in this Third Edition very much Enlarged and Altered: By JOHN HAWKINS.

The like never yet Extant.

*Omne tu'it punctum qui miscuit utile dulci.*
He certainly doth hit the White,
Who mingles Profit with Delight.

LONDON: Printed for T. *Norris* at the *Looking-glass* on *London-Bridge,* and A. *Bettesworth* at the *Red-Lyon* in *Pater-noster-Row.* 1724.

| EMP | ENA | ENE |

*Emelin* in *Oxfordshire*, from the Elms growing there.

*Emergency*, l. a Matter of difficulty, that requires haste.

*Emergent*, l. of great Importance, also appearing on a sudden, rising up above Water.

*Emeril*, a Stone that comes from the Isle of *Guernsey*, wherewith they cut and burnish other precious Stones or Jewels.

*Emetical*, g. Physick that works by Vomit.

*Eminence*, l. honourable, a Title given to the Cardinals of *Rome*.

*Emersion*, l. coming out, appearing, arising

*Eminent*, l. famous, excellent, appearing above others.

*Emissary*, l. a Spy, or Scout, sent abroad to hear News, and get Intelligence.

*Emication*, l. shining out.

*Emigration*, l. going out, passing away.

*Emildon* in *Northumberland*, the Birth-place of Dr. *J. Duns*, called *Scotus*, of whom before.

*Emission*, l. *Emit*, l. sending, or casting forth.

*Emmet*, a Pismire, an Ant.

*Emollient*, l. making soft.

*Emolument*, l. Profit, Gain, Advantage; also Mill-toll.

*Emotion*, l. Despair, trouble of Mind, stirring up, moving out.

*Empair*, f. to damage, make worse, or diminish.

*Empannel*, entring the Names of a Jury upon a List, and swearing them.

*Emparlance*, f. a Petition to the Judge to grant longer Day for a Trial.

*Emphasis*, g. an earnest Expression of ones Intention, by a vigorous Pro-

nunciation of some Words above others, so that they become

*Emphatical*, g. forcible upon the Minds of the Hearers.

*Emperick*, an unskilful Physician, that tries Experiments without Knowledge, whether the Operation will be effectual or not.

*Emplaister*, l. a Plaister, or Salve, compounded of Herbs, Powders, red Lead and Oil boiled together.

*Emporium*, h. an Exchange, or a Market-Town.

*Emprimed*, a Hunter's Term when a Hart first forsakes the Herd.

*Emption*, l. buying.

*Empyema*, g. Corruption between the Breast and Lungs, after a Pleurisie.

*Empyreal Heaven*, the highest Heaven above the Firmament, so called from the bright, shining, or fiery Nature of it: The Mansion of God, Angels, and Saints.

*Emucid*, l. filthy, mouldy.

*Emulation*, l. disdaining, striving to excel another.

*Emulgent*, l. milking out.

*Emulgent Vein*, one of the two main Branches of the hollow Vein, which goes to the Reins.

*Emulsion*, l. any kind of Seed brayed in Water, and strained to the consistence of Almond Milk; also any kind of Cream, or milky Humour.

*Emun.Tories*, l. the Kernels by which the principal Parts void their Superfluities; also a pair of Snuffers.

*Enacted*, l. ordained, decreed, made into a Law.

*Enamel*, f. Glass, Lead, and Tin, well burnt toge-

ther, wherewith things are flourished, inlayed, and varied with little Spots.

*Encaustick*, g. wrought with Fire, varnished, enamelled.

*Enantiosis*, g. contrariety.

*Enargy*, g. evidence, clearness, forcible Words.

*Enchased*, f. set in Gold.

*Enchiridion*, g. a Hand, or Pocket-book, an Abstract.

*Encumbrance*, l. molestation, hindrance.

*Encomium*, l. a Discourse, or Speech in Commendation of any one.

*Encroachment*, pressing too far upon a Neighbour's Ground, House, or Pocket.

*Encyclopedy*, g. perfection of Knowledge.

*Endamage*, f. to hurt, or damnify.

*Endictment*, or *Indictment*, an Accusation exhibited to the Judges against any Person.

*Endive*, a cooling Herb.

*Endorse*, f. to write on the backside of a Bill or Bond.

*Endowment*, f. the bestowing, or assuring of a Dower.

*Enpedocles*, g. an ancient Philosopher and Poet of *Argrigentum*, reported to be the Inventor of Rhetorick.

*Endymion*, a Shepherd of *Caria*, who from his Observation of the Course of the Moon and Planets, is reputed the Author of Astronomy; the Poets feign he was in Love with the Moon, who made a step every Night to come down and kiss him, being cast into a perpetual Sleep on the top of Mount *Latmus*.

*Enervity*, l. weakness.

*Energy*, g. powerful working, efficacy, force.

*Enervation*, l. weakning.

*Enfield*,

*Blount, Thomas*

# Glossographia Anglicana Nova:

## OR, A

# DICTIONARY,

**INTERPRETING**

Such HARD WORDS of whatever Language, as are at present used in the English Tongue, with their *Etymologies, Definitions, &c.*

## ALSO,

The Terms of Divinity, Law, Physick, Mathematicks, History, Agriculture, Logick, Metaphysicks, Grammar, Poetry, Musick, Heraldry, Architecture, Painting, War, and all other Arts and Sciences are herein explain'd, from the best Modern Authors, as, Sir *Isaac Newton*, Dr. *Harris*, Dr. *Gregory*, Mr. *Lock*, Mr. *Evelyn*, Mr. *Dryden*, Mr. *Blunt*, &c.

---

Very useful to all those that desire to understand what they read.

---

## LONDON,

Printed for *Dan. Brown, Tim. Goodwin, John Walthoe, M. Newborough, John Nicholson, Benj. Took, D. Midwinter,* and *Fran. Coggan*. 1707.