# APPENDIX A:

# "EMOLUMENT" IN

# ENGLISH

# LANGUAGE

# DICTIONARIES,

# 1604-1806

E M          E M

*Embrafure*, in Architecture, is the enlargement made in the Walls, to give more light, or greater convenience to the Windows, Doors, *&c.*

*Embrafures*, in Fortification, are the holes in a Parapet, through which the Cannons are laid to fire into the Moat or Field.

*Embrave*, adorn. *Spencer.*

*Embrocation*, (Gr.) is a kind of fomentation, wherein the fomenting Liquor is let diftil from aloft, drop by drop, very flowly upon the Part or Body to be fomented.

*Embryo*, is the Fœtus in the Womb of the Mother after its Members come to be diftinctly formed.

*Embryothlaftes*, (Gr.) a Surgeon's Inftrument wherewith they break the Bones of an Embrio, that it may be taken out of the Womb more conveniently.

*Emendation*, a correcting or mending.

*Emergent*, (Lat.) rifing up above Water, alfo accidental, appearing on a fudden.

*Emerfion*, in Aftronomy, is when a Star that is fo nigh the Sun that it cannot be feen, by reafon of the Sun's light, begins to come out of that light and appear again. The word is fometimes ufed for the Sun or Moon's coming out of an *Eclipfe* ; alfo when any Body, fpecifically lighter than Water, being thruft down violently into it, rifes

again, it is faid to *Emerge.*

*Emetical*, belonging to Vomiting.

*Emetick Medicines*, are Medicines which caufe Vomiting.

*Emication*, (Lat.) a fhining forth.

*Emigration*, ( Lat. ) a departing or going from one place to live at another.

*Eminency*, Excellency; alfo a Title of Honour given to *Cardinals*, and is held to be above *Excellency.*

*Eminent*, Excellent; alfo any Hill is faid to be eminent.

*Emiffary*, a Perfon fent out to obferve the motions of an Enemy, or to found the thoughts of another: A Spy, a Scout.

*Emiffion*, (Lat.) a fending forth, a cafting out.

*Emit*, to fend forth or caft out.

*Enmet*, an Ant or Pifmire.

*Emollient*, making foft, pliant, loofe; *Emollient Medicines*, are fuch as make the part to which they are apply'd foft and pliant.

*Emolument*, Advantage, Profit.

*Enotion*, a ftirring or moving forth, alfo a violent motion of the Mind.

*Empale*, a Punifhment us'd in *Nero's* time, and fignifies to run a Stake through the Body of a Perfon.

*Empannel,*

A - 27

# An Universal Etymological

# Engliſh Dictionary:

## COMPREHENDING

The Derivations of the Generality of Words in the *Engliſh* Tongue, either Ancient or Modern, from the Ancient *Britiſh*, *Saxon*, *Daniſh*, *Norman* and Modern *French*, *Teutonic*, *Dutch*, *Spaniſh*, *Italian*, as alſo from the *Latin*, *Greek*, and *Hebrew* Languages, each in their proper Characters.

## AND ALSO

A Brief and clear Explication of all difficult Words derived from any of the aforeſaid Languages ; and Terms of Art relating to Anatomy, Botany, Phyſick, Pharmacy, Surgery, Chymiſtry, Philoſophy, Divinity, Mathematicks, Grammar, Logick, Rhetorick, Muſick, Heraldry, Maritime Affairs, Military Diſcipline, Horſemanſhip, Hunting, Hawking, Fowling, Fiſhing, Gardening, Husbandry, Handicrafts, Confectionary, Carving, Cookery, &c.

### Together with

A Large Collection and Explication of Words and Phraſes us'd in our Ancient Statutes, Charters, Writs, Old Records, and Proceſſes at Law ; and the Etymology and Interpretation of the Proper Names of Men, Women, and Remarkable Places in *Great Britain* : Alſo the Dialects of our different Counties.

Containing many Thouſand Words more than either *Harris*, *Philips*, *Kerſey*, or any *Engliſh* Dictionary before Extant.

*To which is Added* a Collection of our moſt Common Proverbs, with their Explication and Illuſtration.

The whole WORK compil'd and Methodically digeſted, as well for the Entertainment of the Curious, as the Information of the Ignorant, and for the Benefit of young Students, Artificers, Tradeſmen and Foreigners, who are deſirous thorowly to underſtand what they Speak, Read, or Write.

### The Second Edition, with large Additions.

### By N. BAILEY, Φιλόλογ☉.

## LONDON:

Printed for E. BELL, J. DARBY, A. BETTESWORTH, F. FAYRAM, J. PEMBERTON, J. HOOKE, C. RIVINGTON, F. CLAY, J. BATLEY, and E. SYMON. 1724

E M          E M

**EMIR**, a *Turkish* Lord, especially one descended from their false Prophet *Mahomet*.

**EMISSARY**, [*Emissaire*, F. *Emissarius*, L.] a Person sent out to observe the Motions of an Enemy, or to found the Thoughts of another; a Spy, a Scout.

**EMISSION**, a sending forth, a casting out. F. of *L*.

To R**MIT**, [*Emittere*, L.] to send forth or cast out.

**EMMENAGOGICKS**, ⎱ [ἐμμεναγωγά **ENMENAGOGUES**, ⎰ of ἐν in, μιν a Month, and ἄγω to lead] *Gr*.] Medicines which excite the Courses in Women.

**EMMET**, [*Æmet*, *Sax*.] an Ant or Pismire.

**EMMOISED**, comforted. *O*.

**EMOLLIENT**, [*Emolliens*, L.] making soft, pliant, loose.

**EMOLLIENTS**, [*Emollientia*, L.] softening Medicines, such as sheath and soften the Asperities of the Humours, and relax and supple the Solids at the same Time.

==**EMOLUMENT**, [*Emolumentum*, L.] Advantage, Profit. *F*.==

**EMOLUMENTAL**, profitable. *F*.

**EMOTION**, a stirring or moving forth; also a violent Motion of the Mind. F. of *L*.

To **EMPAIR**, [*Empirer*, F.] to injure, to weaken, make less. *Spencer*.

**EMPAIRIN**, to impair. *Chaucer*.

**EMPALEMENT**, the outward Part of the Flower of a Plant.

To **EMPANNEL**, to set down the Names of the Jury into a Roll, called the *Pannel*. L. T.

**EMPARLANCE**, [of *Parler*, F. to speak] a Motion or Petition made in Court for a Day of Respite. F. L. T.

**EMPASMS**, [ἔμπασμα, Gr.] Medicines composed of Sweet Powders to take away Sweat, and allay Inflammations.

**EMPATTEMENT**, [in *Fortification*] the same as *Talus*.

To **EMPEACH**, [*Emp-scher*, F.] to hinder.

**EMPEROUR**, [*Empereur*, F. *Imperator*, L.] a Sovereign Prince, who bears Rule over several large Countries.

**EMPHASIS**, [*Emphase*, F. ἔμφασις, Gr.] a strong or vigorous Pronunciation of a Word; Earnestness, or an express Signification of ones Intention. L.

**EMPHATICAL**, ⎱ [*Emphatique*, F. **EMPHATICK**, ⎰ Emphaticus, L. of ἐμφατικός, Gr.] spoken with earnestness, significant, forcible.

**EMPHATICAL** *Colours*, [in *Philosophy*] are such as are often seen in Clouds; before the Rising or after the Setting of the Sun; or in the Rainbow.

**EMPHRAXIS**, [ἔμφραξις, Gr.] an Obstruction in any Part. L.

**EMPHYSEMA**, [ἐμφύσημα, Gr.] an Inflammation, proceeding from an Effervence or otherwise.

**EMPHYTON THERMON**, [ἐμφύτον θέρμον, G.] the innate Heat, or Heat first supposed to be produced in a Fœtus or Child in the Womb.

**EMPIGHT**, fixed, placed. *Spencer*.

**EMPIRE**, [*Imperium*, L.] the Dominions of an Emperour: Also Authority, Power. F.

**EMPIRICAL**, [*Empirique*, F.] belonging to a Quack.

**EMPIRICE**, [ἐμπειρική, Gr.] Skill in Physick gotten by meer Practice.

**EMPIRICISM**, the Profession or Practice of a Quack or Empirick.

**EMPIRICK**, [ἐμπειρικός of ἐμπειρία to try, Gr.] a Physician by bare Practice, a Mountebank or Quack.

**EMPLAISTER**, to Paint, to set forth with Advantage. *Chaucer*.

**EMPLASTRUM**, [ἔμπλαστρον, Gr.] a Plaister or Salve.

**EMPLASTICKS**, [ἐμπλαστικός, Gr.] Medicines which constipate and shut up the Pores of the Body, that Sulphureous Vapours cannot pass.

To **EMPLEAD**, [*Implaider*, F.] to plead at the Bar.

To **EMPLOY**, [*Employer*, F.] to set one at work, or about some Business; to make use of.

**EMPNEUMATOSIS**, [ ἐμπνευμάτωσις, Gr.] an alternate Dilatation of the Chest, by which the External Air is continually breathed in, and communicated to the Blood.

To **EMPOISON**, [*Empoisonner*, F.] to Poison. *O*.

**EMPORETICAL**, ⎱ [*Emporeticus*, L. **EMPORETICK**, ⎰ ἐμπορετικός, Gr.] belonging to Markets, Fairs, or Merchandize.

**EMPORIUM**, [in *Anatomy*] the common Sensory of the Brain.

**EMPORY**, [ἐμπόριον, Gr.] a Market-Town, a Place where a general Market or Fair is kept. L.

**EMPRESS**, the Wife of an Emperour.

**EMPRESS**, to imprint. *Chaucer*.

**EMPRIMED**, [*Hunting Term*] when a Deer has left the Herd.

To **EMPRISON**, [*Emprisonner*, F.] to cast into Prison.

**EMPRIZE**, Enterprize. *Spencer*.

**EMPROSTHOTONOS**, [ἐμπροσθότονος, Gr.] a kind of Cramp, or drawing together of the Muscles of the Neck toward the Fore-parts.

EMP.

# DICTIONARIUM BRITANNICUM:

Or a more COMPLEAT

# UNIVERSAL ETYMOLOGICAL

# ENGLISH DICTIONARY

### Than any EXTANT.

#### CONTAINING

Not only the Words, and their Explication; but their Etymologies from the *Antient British*, *Teutonick*, *Low* and *High Dutch*, *Saxon*, *Danish*, *Norman* and *Modern French*, *Italian*, *Spanish*, *Latin*, *Greek*, *Hebrew*, *Chaldee*, &c. each in its proper Character.

#### ALSO

Explaining hard and technical Words, or Terms of Art, in all the *ARTS*, *SCIENCES*, and *MYSTERIES* following. Together with *ACCENTS* directing to their proper Pronuntiation, shewing both the *Orthography* and *Orthoepia* of the *English Tongue*,

#### VIZ. IN

AGRICULTURE, ALGEBRA, ANATOMY, ARCHITECTURE, ARITHMETICK, ASTROLOGY, ASTRONOMY, BOTANICKS, CATOPTRICKS, CHYMISTRY, CHYROMANGY, CHIRURGERY, CONFECTIONARY, COOKERY, COSMOGRAPHY, DIALLING, DIOPTRICKS, ETHICKS, FISHING, FORTIFICATION, GARDENING, GAUGING, GEOGRAPHY, GEOMETRY, GRAMMAR, GUNNERY, HANDICRAFTS, HAWKING, HERALDRY, HORSEMANSHIP, HUSBANDRY, HYDRAULICKS, HYDROGRAPHY, HYDROSTATICKS, LAW, LOGICK, MARITIME and MILITARY AFFAIRS, MATHEMATICKS, MECHANICKS, MERCHANDIZE, METAPHYSICKS, METEOROLOGY, NAVIGATION, OPTICKS, OTACOUSTICKS, PAINTING, PERSPECTIVE, PHARMACY, PHILOSOPHY, PHYSICK, PHYSIOGNOMY, PYROTECHNY, RHETORICK, SCULPTURE, STATICKS, STATUARY, SURVEYING, THEOLOGY, and TRIGONOMETRY.

Illustrated with near Five Hundred CUTS, for Giving a clearer Idea of those Figures, not so well apprehended by verbal Description.

#### LIKEWISE

A Collection and Explanation of WORDS and PHRASES us'd in our antient Charters, Statutes, Writs, Old Records and Processes at Law.

#### ALSO

The Theogony, Theology, and Mythology of the *Egyptians*, *Greeks*, *Romans*, &c. being an Account of their Deities, Solemnities, either Religious or Civil, their Divinations, Auguries, Oracles, Hieroglyphicks, and many other curious Matters, necessary to be understood, especially by the Readers of *English* POETRY.

To which is added,

A Collection of Proper Names of Persons and Places in *Great-Britain*, with their Etymologies and Explications.

The Whole digested into an Alphabetical Order, not only for the Information of the Ignorant, but the Entertainment of the Curious; and also the Benefit of Artificers, Tradesmen, Young Students and Foreigners.

*A WORK useful for such as would* UNDERSTAND *what they* READ *and* HEAR, SPEAK *what they* MEAN, *and* WRITE *true* ENGLISH.

Collected by several Hands,

The *Mathematical Part* by G. GORDON, the *Botanical* by P. MILLER.

The Whole Revis'd and Improv'd, with many thousand Additions,

By N. BAILEY, φιλόλογος.

## LONDON:

Printed for T. COX at the *Lamb* under the *Royal-Exchange*.
M,DCC,XXX.

**A - 30**

EME'RSION, properly an iſſuing or coming out from under water.

EMERSION [in Aſtronomy] ſaid of a ſtar which has lain hid for ſome time under the ſun-beams, when it begins to appear again; alſo the coming of the ſun or moon out of an eclipſe.

EMERSION [with Philoſophers] the riſing of any ſolid above the ſurface of a fluid ſpecifically lighter than it ſelf, into which it had been violently immerged or thruſt.

EME'TICAL } [emeticus, L. ͳ ͨͧͬͯͨͨ, Gr.] that provokes EME'TICK } or cauſes to vomit.

EMETICK Tartar, cream of Tartar powdered, and mixt with crocus metallorum, according to art.

EME'TICKS [Emetica of ͥͧͥͧ, Gr. to vomit] vomiting medicines.

EMICA'TION, a ſhining forth, a ſpringing or riſing up, ͵.

EMI'GRANT [emigrans, L.] departing from a place.

To EMI'GRATE [emigratum, L.] to go out or depart from a place.

EMIGRA'TION, a departing or going from one place, to live in another, L.

EMINENCE } [eminentia, L.] pulling or ſtanding EMINENCY } above others; alſo excellency, high degree or quality; alſo a title uſually given to cardinals.

An EMINENCE, a little hill or riſing ground, an aſcent above the common.

An EMINENCE [in Fortification] an height that over-looks and commands the place about it.

EMINENT [eminens, L.] high, over-topping, great, renowned.

EMINE'NTIAL Equation [in Algebra] a term uſed in inveſtigation of the area's of curvilineal figures, ſo called becauſe it is an artificial equation, which contains another equation eminently.

EMINENTER [Academical Term] is uſed in the ſame ſenſe with eminentius, in contradiſtinction to formaliter, i. e. when a thing poſſeſſes any thing in a higher manner than a formal poſſeſſion.

EMINENTLY [eminenter, L.] excellently, above all.

EMINENTNESS [eminentia, L.] eminency.

EMIR of ͳ͏ͦ, to ſay or command] a title of dignity or quality among the Saracens and Turks.

EMI'SSION, a ſending out, a caſting out, a hurling or ſhooting forth, F. of L.

To EMI'T [emittere, L.] to ſend forth, to caſt out.

EMME'NAGOGUES [Εμμεναγωγά of ἐν, into a month, and ἀγωγή, Gr. to lead] medicines which excite the courſes in women.

EMMENALOGY [of [Εμμενία and λόγος, Gr.] a treatiſe of the emmenia.

EMME'NIA [Εμμενία, Gr.] womens monthly courſes.

EMISSA'RY of a Gland [Anatomy] is the common conduct, canal or veſſels, in which all the little ſecretory canals of a gland do terminate.

EMISSARY [emiſſarius, L. emiſſaire, Fr.] a ſcout, ſpy, &c.

EMISSARY, a truſty, able, dextrous perſon, ſent under-hand to ſound the inſtruments and deſigns of another; to make ſome propoſals to him, or to watch actions and motions, to ſpread reports, to favour a contrary party in order to make advantages of all.

EMI'SSION, the act of throwing or driving a thing out, or ſending forth, particularly a fluid from within outwards.

EMI'SSILE [emiſſilis, L.] that may be caſt or ſent out.

EMISSI'TIOUS [emiſſitius, L.] caſt out.

E'MMET [æmet, Sax.] an ant or piſmire.

E'MMET, an ant or piſmire, by reaſon of its great pains, it takes to lay up its winter-ſtores of proviſion in the ſummer-time, makes it generally taken for the emblem of induſtry.

E'MMOTON [ἔμμοτον, Gr.] a liquid medicine to be ſquinted into ulcers.

EMOLUELLE' [in Heraldry] muzzled.

EMODULA'TION, a ſinging in meaſure and proportion, L.

EMO'LLID [emollidus, L.] ſoft, tender.

EMO'LLIENT [emolliens, L.] aſſuaging, making ſoft, pliant, looſe.

EMO'LLIENTS [emollientia L.] ſoftening medicines, i. e. ſuch as by a moderate heat and moiſture, diſſolve or looſen thoſe parts which before ſtuck together, &c.

EMO'LLIMENT [emollimentum, L.] an aſſuaging or ſoftening.

EMOLLI'TION, the ſame as emollment, L.

EMO'LUMENT [emolumenti, L.] properly gain ariſing from the griſt of a corn-mill; alſo profit gotten by labour and coſt.

EMO'TION, a ſtirring or moving forth; alſo diſturbance, diſorder of the mind, L.

EMPA'LEMENT [with Floriſts] or flower-cup, is thoſe green leaves, which cover the petals or the utmoſt part of the flower of a plant, which encompaſſes the fabrian of the attire; being deſigned to be a guard and band to the flower, where it is weak and tender; and for that reaſon thoſe plants, which have flowers, with a firm and ſtrong baſis, as tulips, &c. have no empalement.

To EMPA'NNEL [of un and pannel to ſet down the names of the jury-men in a ſchedule of parchment or roll of paper by the ſheriff, after he has ſummoned them to appear for the performance of the ſervice required of them.

EMPA'RLANCE of [parler, F. to ſpeak] a petition or motion made in court for a pauſe or day of reſpite, to conſider what is beſt to be done; or for the defendant to put in his anſwer to the plaintiff's declaration.

E'NEASMI [ἔμπασμα, Gr.] medicines compoſed of ſweet powders, to take away ſweat and allay inflammations.

EMPA'STING [in Painting] the laying on of colour thick and bold.

EMPA'TEMENT [in Fortification] the ſame as Tales.

To EMPEA'CH [empeſcher, F.] to hinder.

E'MPEROR [imperator, L. empereur, Fr.] an abſolute ſovereign prince, who bears rule over ſeveral kings or countries.

EMPERESS, the royal conſort or wife of an emperor.

EMPETRON [ἔμπετρον, Gr.] the herb ſamphire or ſaxifrage, L.

EMPHASIS [ἔμφασις, Gr.] a force, ſtreſs or energy, in expreſſion, action, geſture a ſtrong or vigorous pronunciation of a word; earneſtneſs or an expreſs ſignification of one's intention.

EMPHASIS [in Rhetoric] a figure, when a tacit ſignification is given to words, or when more is ſignified than expreſſed.

EMPHA'TICAL } [emphaticus, L. of Ἐμφατικός, Gr.] EMPHA'TICK } ſignificant, forcible, uttered with a grace.

EMPHA'TICAL Colours, ſuch colours as appear in the rainbow, &c. which, becauſe they are not permanent, naturaliſts do not allow to be true colours.

EMPHA'TICALNESS [of Ἐμφατικός, Gr.] emphatical quality.

EMPHRA'CTICKS [of ἐμφράττω, Gr.] medicines that by their clamminess ſtop the pores of the ſkin.

EMPHRA'GMA [of ἐμφράττω, Gr.] a wringing or grinding pain in the guts, as that of the wind-cholic, L.

EMPHRA'XIS [ἔμφραξις, Gr.] an obſtruction in any part.

EMPHY'SEMA [ἐμφύσημα, Gr.] a blowing into, or that which is brought in by blowing, a windy ſwelling or bloating of the whole habit, L.

EMPHY'SODES Febris [with Phyſicians] a vehement heat in fevers, which cauſes puſtules and inflammation in the mouth, L.

EMPHY'STEMA [with Surgeons] a kind of ſwelling, wherein wind is contained, with a little ſkinny phlegm.

EMPHY'TEUSIS [ἐμφύτευσις, Gr.] a planting, grafting or implanting, L.

EMPHY'TEUSIS [Roman Law] a renting of land on condition to plant it, L. See emphyteoſis.

EMPHY'TENTA } a tenant that rents land on condi- EMPHY'TENTESS } tion to plant it.

EMPHY'TETA, the tenant that holds ſuch lands, &c. before mentioned, ſo called becauſe of his being under an obligation to plant and improve the land.

EMPHY'TEUSIS [in the Civil Law] a contract made by contract, but created by the Roman Law, and not the law of nations; by which houſes or lands are given to be poſſeſſed for ever, upon condition that the lands ſhall be improved, and that a ſmall yearly rent ſhall be paid to the proprietor.

EMPHY'TEUTICA [of emphyteuſis, Gr.] let out to farm.

EMPHY'TUM Therman [with Naturaliſts] the calor inſitus, or innate heat, which they ſuppoſe to be produced in a Fœtus in the womb from the ſemen of the parents, which afterwards decays and ceaſes by degrees, when reſpiration is begun, and the Fœtus ſubſiſts of it ſelf. This heat is by ſome naturaliſts filled an innate and natural ſpirit, which they ſuppoſe to conſiſt of a pure, wz. of a primogenial moiſture, an innate ſpirit and heat, L.

E'MPIRE [imperium, L.] the dominion or juriſdiction of an emperor; alſo power or authority.

EMPI'RICA Medicina, quacking or pretending to the cure of diſeaſes by gueſs, without conſidering the nature of the diſeaſe, or of the medicines made uſe of for its cure;



*Ana Green 1774.*

# New DICTIONARY

*Eliz:* OF ALL SUCH *Scott*

# *ENGLISH* WORDS

(With their EXPLANATION)

As are generally made Use of, in Speaking
or Writing the *ENGLISH* LANGUAGE
with Accuracy and Politeness.

*By* JAMES MANLOVE, *Philomath.*



*LONDON:*

Printed, for J. WILCOX in the *Strand.* 1741

**A - 32**

# E M

EMBROIDERER, one who works fuch Figures.

EMBROIDERY, Works wrought by an Embroiderer.

To EMBROIL, to difturb, confound, or fet together by the Ears.

EMBRYO, a Child in the Womb.

To EMBURSE, to reftore, or refund Money owing.

EMENDATION, a Correcting, or Amendment.

EMERALD, a precious Stone of a Green Colour.

To EMERGE, to arife with Difficulty or Surprize.

EMERGENCY, a Bufinefs of Confequence, happening on a fudden.

EMERGENT, rifing above Water; alfo accidental, appearing on a fudden.

EMERY, a fort of Stone ufed to bornifh or polifh Metals.

EMETICK, that provokes Vomit.

EMINENCE, ⎱ Excellency,
EMINENCY, ⎰ high Degree, or Quality: A Title given to Cardinals.

An EMINENCE, a little Hill, or rifing Ground.

EMINENT, noted, famous, excellent, high, renowned.

EMINENTLY, excellently.

EMISSARY, a Perfon fent to obferve the Motions of an Enemy, or to found the Thoughts of another; a Spy, a Scour.

EMISSION, a Sending forth, a Cafting out, a Shooting forth.

To EMIT, to fend forth, or caft out.

EMMET, an Ant, or Pifmire.

EMOLLIENT, making foft, pliant, loofe.

# E N

EMOLUMENT, Advantage, Profit.

EMOTION, a Stirring, or Moving forth; a violent Motion of the Mind.

To EMPAIR, to injure, or weaken.

To EMPANNEL, to fet down the Names of a Jury in a Roll called the Pannel.

EMPEROR, a Sovereign Prince, who bears Rule over feveral Countries.

EMPHASIS, a ftrong Pronunciation of a Word.

EMPHATICALLY, fignificantly.

EMPERICK, a Mountebank, or Quack.

To EMPLOY, to fet one to work, to make Ufe of.

EMPRESS, the Wife of an Emperor.

To EMPRISON, to caft into Prifon.

EMPTILY, without Solidity, weakly.

EMPTINESS, the being empty, or weak.

EMPTY, void, &c.

To EMPTY, to make void, &c.

To EMULATE, to vie with one, to ftrive to exceed, or go beyond another in any thing; to envy or difdain.

EMULATION, a ftriving to excel, or go beyond another in any thing; alfo envying, or difdaining.

EMULSION, a phyfical Drink made of the cold Seeds, or Almonds.

To ENABLE, to make able, or capable.

To ENACT, to eftablifh a Law, to ordain, or decree.

To ENAMEL, to vary with little Spots, to paint with mineral Colours.

A - 33                              ENA-

Case 1:17-cv-00458-GBD   Document 48-4   Filed 08/04/17   Page 9 of 17

# A   C O M P L E A T

# Englifh Dictionary.

## Containing the

# TRUE MEANING

## Of all W O R D S in the

# ENGLISH LANGUAGE:

## A L S O

The P R O P E R  N A M E S of all the
KINGDOMS, TOWNS, and CITIES
in the W O R L D :

Properly Explain'd and Alphabetically Difpos'd.

Defign'd for the U S E of
Gentlemen, Ladies, Foreigners, Artificers,
Tradefmen ; and A L L who defire to Speak
or Write *E N G L I S H* in its prefent Purity
and Perfection.

## By *B. N. D E F O E*, Gent.

## *W E S T M I N S T E R :*

Printed for JOHN BRINDLEY, at the *King's-Arms*, in *New-Bond-Street* ; OLIVE PAYNE, at *Horace's-Head*, in *Round-Court*, in the *Strand* ; JOHN JOLLIFFE, at the *Bible*, in St. *James's-Street* ; ALEXANDER LYON, under *Tom's Coffee-Houfe* in *Ruffel-Street, Covent-Garden* ; and CHARLES CORBETT, at *Addifon's-Head*, without *Temple-Bar*. MDCCXXXV.

Folger PE1620 D3 Cage title page



Case 1:17-cv-00458-GBD Document 48-4 Filed 08/04/17 Page 10 of 17

## E M

EMBROIDERER, one who works such Figures.

EMBROIDERY, Works wrought by an Embroiderer.

To EMBROIL, to disturb, confound, or set together by the Ears.

EMBRYO, a Child in the Womb.

To EMBURSE, to restore, or refund Money owing.

EMENDATION, a Correcting, or Amendment.

EMERALD, a precious Stone of a Green Colour.

To EMERGE, to arise with Difficulty or Surprize.

EMERGENCY, a Business of Consequence, happening on a sudden.

EMERGENT, rising above Water; also accidental, appearing on a sudden.

EMERY, a sort of Stone used to burnish or polish Metals.

EMETICK, that provokes Vomit.

EMINENCE, ⎫ Excellency,
EMINENCY, ⎬ high Degree,
or Quality: A Title given to Cardinals.

An EMINENCE, a little Hill, or rising Ground.

EMINENT, noted, famous, excellent, high, renowned.

EMINENTLY, excellently.

EMISSARY, a Person sent to observe the Motions of an Enemy, or to found the Thoughts of another; a Spy, a Scout.

EMISSION, a Sending forth, a Casting out, a Shooting forth.

To EMIT, to send forth, or cast out.

EMMET, an Ant, or Pismire.

EMOLLIENT, making soft, pliant, loose.

## E N

EMOLUMENT, Advantage, Profit.

EMOTION, a Stirring, or Moving forth; a violent Motion of the Mind.

To EMPAIR, to injure, or weaken.

To EMPANNEL, to set down the Names of a Jury in a Roll called the Pannel.

EMPEROR, a Sovereign Prince, who bears Rule over several Countries.

EMPHASIS, a strong Pronunciation of a Word.

EMPHATICALLY, significantly.

EMPERICK, a Mountebank, or Quack.

To EMPLOY, to set one to work, to make Use of.

EMPRESS, the Wife of an Emperor.

To EMPRISON, to cast into Prison.

EMPTILY, without Solidity, weakly.

EMPTINESS, the being empty, or weak.

EMPTY, void, &c.

To EMPTY, to make void, &c.

To EMULATE, to vie with one, to strive to exceed, or go beyond another in any thing; to envy or disdain.

EMULATION, a striving to excel, or go beyond another in any thing; also envying, or disdaining.

EMULSION, a physical Drink made of the cold Seeds, or Almonds.

To ENABLE, to make able, or capable.

To ENACT, to establish a Law, to ordain, or decree.

To ENAMEL, to vary with little Spots, to paint with mineral Colours.

ENA-

Folger PE1620 D3 Cage
Leaf L1v

*Sir! Buller*
*Nº 2 —*

# A
## NEW GENERAL
# Englifh Dictionary;

Peculiarly calculated for the

## USE and IMPROVEMENT
Of fuch as are unacquainted with the

# LEARNED LANGUAGES.

Wherein the Difficult Words, and Technical Terms made ufe of in

| | | | |
|---|---|---|---|
| ANATOMY, | DIVINITY, | HUNTING, | MUSICK, |
| ARCHITECTURE, | GARDENING, | HUSBANDRY, | NAVIGATION, |
| ARITHMETICK, | GRAMMAR, | LAW, | PAINTING, |
| ALGEBRA, | HAWKING, | LOGICK, | POETRY, |
| ASTRONOMY, | HERALDRY, | MATHEMATICKS, | RHETORICK, |
| BOTANY, | HISTORY, | MECHANICKS, | SCULPTURE, |
| CHYMISTRY, | HORSEMANSHIP, | MILIT. AFFAIRS, | SURGERY, &c. |

Are not only fully explain'd, but accented on their proper Syllables, to prevent a vicious
Pronunciation; and mark'd with Initial LETTERS, to denote the Part of Speech to
which each Word peculiarly belongs.

To which is prefixed,

A Compendious ENGLISH GRAMMAR, with general RULES for the ready Formation of
one Part of Speech from another; by the due Application whereof, fuch as underftand
*Englifh* only, may be able to write as correctly and elegantly, as thofe who have been fome
Years converfant in the *Latin, Greek,* &c. Languages.

## TOGETHER WITH
# A SUPPLEMENT,

Of the Proper Names of the moft noted

KINGDOMS, PROVINCES, CITIES, TOWNS, RIVERS, &c.
throughout the known WORLD.

## AS ALSO
Of the moft celebrated Emperors, Kings, Queens, Priefts, Poets, Philofophers, Generals,
&c. whether *Jewifh, Pagan, Mahometan,* or *Chriftian*; but more efpecially fuch as are
mentioned either in the *Old* or *New Teftament.*

The WHOLE Alphabetically digefted, and accented in the fame Manner, and for the fame
Purpofe, as the preceding Part; being collected for the Ufe of fuch, as have but an
imperfect Idea of the *Englifh* Orthography.

Originally begun by the late
## Reverend Mr. THOMAS DYCHE,

School-Mafter at *Stratford-le-Bow,* Author of the *Guide* to the *Englifh Tongue,* the
*Spelling-Dictionary,* &c.

And now finifh'd by
# WILLIAM PARDON, Gent.

The EIGHTH EDITION, with the ADDITION of the feveral MARKET TOWNS in
*England* and *Wales*; giving a general Defcription of the Places, their Situations, Market
Days, Government, Manufactures, Number of Reprefentatives fent to Parliament,
Diftance from *London,* both in computed and meafured Miles, &c.

___

*LONDON:*

Printed for RICHARD WARE, at the *Bible* and *Sun* on *Ludgate-Hill.* MDCCLIV.
[Price Six Shillings.]

ticles that excite pleasure or pain in the olfactory nerves of the patient.

EMPT (V.) to caſt or ſend forth rays or ſteams, &c. as the ſun *emits* rays of light, and a roſe ſteams of an agreeable favour.

E'MMET (S.) an ant or piſmire.

EMO'LLIENT (A.) any thing that ſoftens or makes a thing or perſon pliant, ſoft, looſe, or eaſy, whether it be a medicine, argument, or preſent.

EMO'LUMENT (S.) benefit, advantage, profit, &c.

EMO'TION (S.) a violent ſtruggle in the mind, a ſtirring or endeavouring to go forth.

EMPA'LEMENT or IMPA'LEMENT (S.) an exquiſite cruel torment uſed by the old *Romans*, the modern *Turks*, and others, which conſiſts in forcing or driving a ſtick or pale up the fundament through the body of the party puniſhed.

EMPA'NNEL (V.) to write down the names of ſuch perſons as are called upon the jury, in a roll or liſt, which is called a pannel.

EMPA'RLANCE (S.) a motion, deſire, requeſt, or petition in a court of record, for a day of reſpite, or putting the cauſe off to another time for trial.

EMPA'SMA (S.) in *Phyſick*, is the ſprinkling or ſtrewing of a perfumed duſt or powder upon or over the body, to correct the ill ſcent thereof, and to prevent its too violently ſweating.

EMPA'STING (S.) a term in *Painting*, ſignifying the laying on of the colours very thick or ſtrongly, without breaking off the edges, and mixing them into another.

E'MPEROR (S.) was the common name of the *Roman* generals, but more particularly the name of that general who, upon winning ſome extraordinary battle, was firſt ſaluted by the ſoldiers by that name, which was afterwards conferred upon him by the ſenate ; but in proceſs of time it became the title of him who was an abſolute monarch, and as ſuch, is ſtill uſed by the *Perſians* and other eaſtern nations ; in *Europe*, it is commonly meant of the chief or principal magiſtrate of *Germany*, and is commonly ſuppoſed to give him the precedence of all other ſovereigns, and that they have the right of conferring the regal dignity, and advancing dukedoms, &c. into kingdoms, as was done by *Leopold* by *Pruſſia*, &c. but *Anciently*, both the kings of *France* and *England* were called *emperors*.

E'MPHASIS (S.) an earneſt and ſtrong preſſing what one deſires to be done, by ſpeaking or pronouncing ſome particular words or ſentences with a peculiar tone of the voice, to make it to be taken the more notice of.

EMPHA'TICAL or EMPHA'TICK (A.) that is ſpoke or wrote in an extraordinary manner ; full of energy, power, or ſignificancy.

EMPHYSE'MA (S.) a windy ſwelling, or bloating of the whole outer habit of the body, like as if it was blown or puffed up with a pair of bellows, &c.

E'MPIRE (S.) any large extent of country under the juriſdiction of one perſon ; Hiſtory mentions four famous empires, viz. the *Aſſyrian*, *Perſian*, *Grecian* and *Roman*, which laſt, ſome pretend, does ſtill exiſt in the empire of *Germany*, but with the ſame reaſon that the other three may be ſaid to exiſt ; vulgarly ſpeaking, the word generally in *Europe* means *Germany*, which in the year 800 was, on *Chriſtmas-day*, advanced to this dignity by pope *Leo* III. who then put the crown upon the head of *Charlemagne*, by the name of emperor.

EMPI'RICAL (A.) like to, after the manner of, or belonging to a quack.

E'MPIRICK (S.) one who pretends to ſkill in phyſick by mere practice, without a regular education and ſtudy fit for the purpoſe ; a mountebank or quack.

EMPLA'STER (S.) the common name to any medicine that is made up of proper ingredients, fit to be applied to wounds, ſores, ulcers, &c. and ſpread upon leather, paper, &c. and commonly of a clammy or ſticky nature, by which means it may eaſily faſten upon the ſkin, keep off the external air, and infuſe the virtues of the compoſition into the part aggrieved.

EMPLEA'D (V.) to argue or plead at the bar, as lawyers do.

EMPLOY' (V.) to ſet a perſon about doing ſomething ; alſo to make uſe of a thing.

EMPLOY' or EMPLOY'MENT (S.) the trade, buſineſs, or occupation that a perſon ordinarily ſpends his time in, either for pleaſure, or profit.

EMPO'RIUM (S.) a great city or market-town, and by way of eminence ſpoken of the chief city of a kingdom, as *London* is called the great *Emporium* of *England*.

E'MPRESS or E'MPERESS (S.) the wife of an emperor, or a woman that governs an empire.

E'MPTY (A.) hollow, void, unfilled ; alſo vain-glorious, fooliſh, weak, ſilly, unſkilful.

E'MPTY (V.) to draw or take one thing out of another ; to leave nothing in a veſſel, houſe, purſe, &c.

EMPY'REAL (A.) belonging or appertaining to the higheſt heaven, or imaginary reſidence of bleſſed ſouls.

EMPY'REUM (S.) the higheſt heaven, or place where the bleſſed enjoy the beatifick viſion ; which ſome of the fathers imagined to be created, before the heaven or firmament, viſible to us, was created, and that God reſides there locally.

E'MULATE (V.) to endeavour, or ſtrive to excel, by an earneſt deſire of becoming ſuperior to the perfections of another.

EMULA'TION (S.) a noble and praiſe-worthy ſtriving to do ſomething better than others.

EMU-

# *Lingua Britannica Reformata:*

## Or, A N E W

# ENGLISH DICTIONARY,

### Under the Following T I T L E S,

### *V I Z.*

I. U N I V E R S A L ; Containing a Definition and Explication of all the Words now ufed in the Englifh Tongue, in every *Art,* Science, *Faculty,* or *Trade.*

II. E T Y M O L O G I C A L ; Exhibiting and Explaining the true Etymon or Original of Words from their refpective Mother-Tongues, the *Latin, Greek, Hebrew,* and *Saxon* ; and their Idioms, the *French, Italian, Spanifh, German, Dutch,* &c.

III. O R T H O G R A P H I C A L ; Teaching the True and Rational Method of Writing Words, according to the Ufage of the moft Approved Modern Authors.

IV. O R T H O E P I C A L ; Directing the True Pronunciation of Words by Single and Double Accents ; and by Indicating the Number of Syllables in Words where they are doubtful, by a Numerical Figure.

V. D I A C R I T I C A L ; Enumerating the Various Significations of Words in a Proper Order, *viz. Etymological, Common, Figurative, Poetical, Humorous, Technical,* &c. in a Manner not before attempted.

VI. P H I L O L O G I C A L ; Explaining all the Words and Terms, according to the Modern Improvements in the Various Philological Sciences, *viz. Grammar, Rhetoric, Logic, Metaphyfics, Mythology, Theology, Ethics,* &c.

VII. M A T H E M A T I C A L ; Not only Explaining all Words in *Arithmetic, Algebra, Logarithms, Fluxions, Conic Sections, Dialling, Navigation,* &c. according to the Modern *Newtonian Mathefis* ; but the Terms of Art are Illuftrated by Proper Examples, and Copper-Plate Figures.

VIII. P H I L O S O P H I C A L ; Explaining all Words and Terms in *Aftronomy, Geography, Optics, Hydroftatics, Acouftics, Acoumetrics, Perfpective,* &c. according to the lateft Difcoveries and Improvements in this Part of Literature.

#### To which is prefix'd,

## An I N T R O D U C T I O N,

### C O N T A I N I N G

# A Phyfico-Grammatical E S S A Y

On the Propriety and Rationale of the E N G L I S H T O N G U E, deduced from a General I D E A of the Nature and Neceffity of S P E E C H for H U M A N S O C I E T Y ; a Particular View of the Genius and Ufage of the Original *MOTHER TONGUES,* the H E B R E W, G R E E K, L A T I N, and T E U T O N I C ; with their refpective *I D I O M S.* the I T A L I A N, F R E N C H, S P A N I S H, S A X O N, and G E R M A N, fo far as they have Relation to the *Englifh* Tongue, and have contributed to its Compofition.

#### By *B E N J. M A R T I N.*

#### *L O N D O N :*

Printed for J. H O D G E S, at the Looking-glafs, facing St. Magnus's Church, London-Bridge; S. A U S T E N, in Newgate-ftreet ; J. N E W B E R Y, in St. Paul's Church-Yard; J. W A R D, in Little-Britain; R. R A I K E S, at Gloucefter; J. L E A K E, and W. F R E D E R I C K, at Bath ; and B. C O L L I N S, at Salifbury. M DCC XLIX.                    [Price Six Shillings.]

Gott: Pamp: 425

Digitized by Google

ment uſed by ſurgeons to break the bones of a dead child, that it may be the more eaſily taken out of the womb.

† To EMBURSE. See *To Reimburſe.*

† EME'NDALS, an old word, but ſtill uſed in the accounts of the Inner-Temple, where ſo much in emendals, at the foot of an account, ſignifies ſo much in bank in the ſtock of the houſe.

EMENDA'TION (of *emendatio,* L. of *emendo* to amend, or correct) amendment, correction, or reformation.

E'MERALD (of *emeraude,* F.) a ſort of precious ſtone of a green colour.

To EME'RGE (ot *emergo,* L. of *e* out of, and *mergo,* to riſe up) 1 to ſwim, iſſue, or come out.

2 to pop up, to appear, or ſhew itſelf.

3 to eſcape, or recover.

4 to come to, or arrive at.

EME'RGENCY, caſual event, incident, occaſion.

EMERGENT, 1 ſudden, unexpected.

2 weighty, or of moment.

E'MERIL, or E'MERY (of *emeri,* F.) 1 a ſort of ſtone uſed in poliſhing.

2 a ſtone that glaſiers cut their glaſs with.

E'MEROIDS 1, or E'MERODS, the hemorrhoids, or piles.

EME'RSION (in Aſtronomy) is the time when any planet that is eclipſed, begins to emerge, or get out of the ſhadow of the eclipſing body.

EMERSION (in Philoſophy) when any body lighter in ſpecie than water, being thruſt down into it, it riſes again, 'tis ſaid to emerge out of the water.

EME'TICAL, or EME'TIC (of ἐμετικὸς, G. of ἐμέω to vomit) that provokes vomiting.

EME'TICS, medicines that provoke vomiting.

EMIGRA'TION (of *emigratio,* L. of *e* from, and *migro* to ſhift his habitation) a removing, or ſhifting of one's habitation from one place to another.

E'MI-. VENCE 1, or E'MINENCY (of *eminentia,* of *emineo* to appear above others) 1 a high place, or riſing ground.

2 dignity, or of great quality.

3 a title peculiar to cardinals.

EMINENCE (in Fortification) is a height that overlooks and commands the place under it.

E'MINENT, 1 high, lofty, exalted.

2 great, illuſtrious, famous, diſtinguiſhed.

3 ſingular, remarkable.

EMINE'NTIAL *equation* (in Algebra) is an artificial equation, containing another equation eminently, and is uſed in the inveſtigation of the areas of curv'd ſpaces.

E'MISSARY (of *emiſſaire,* F. of *emiſſarius,* L. of *emitto* to ſend forth) one ſent abroad to give intelligence.

EMI'SSION, a ſending, or caſting forth.

To EMI'T (of *emitto,* L. of *e* out of, and *mitto* to ſend) to ſend forth.

E'MMENAGO'GICS, or E'MMENAGOGUES † (of ἐμμεναγωγικα, G. of ἐν in, and μὲν a month, and ἀγω to force) medicines that force or excite the monthly courſes of women.

E'MMET, an ant or piſmire.

EMO'LLIENT (of *emolliens,* L. of *emollio* to ſoften) lenitive, ſoftning, or mollifying.

EMO'LLIENTS, ſuch medicines as ſheath and ſoften the aſperities of humours, and relax the ſolids.

<mark>EMO'LUMENT (of *emolumentum,* L. of *emolo* to grind throughly) 1 profit gotten properly by grift ; hence, by any labour and coſt.

2 benefit, or advantage.</mark>

EMO'TION, F. 1 ſtirring, or motion.

2 ſedition, riſing, or inſurrection.

3 trouble, or perturbation.

† To EMPAIR. See *To Impair.*

EMPA'LEMENT (in Botany) is the outward part of the flower of a plant encompaſſing the foliation, or attire.

To EMPA'NNEL. See *To Impannel.*

† EMPA'RLENCE. See *Imparlence.*

EMPA'TTEMENT (in Fortification) the ſame as *Talus ;* which ſee.

To EMPEACH. See *To Impeach.*

E'MPEROUR, or E'MPEROR (of *empereur,* F. of *imperator,* L. of *impero* to command with authority) the ſovereign of an empire.

E'MPHASIS, G. (of ἐμφαινω to make one know) energy, force, or ſtrength of expreſſion.

EMPHASIS (in Grammar) is an accent ſet upon a word in the ſpeaking of it.

EMPHA'TICAL, or EMPHA'TIC, ſtrong, ſignificant, or with energy.

EMPHATICAL *colours* (in Philoſophy) ſuch as are ſeen in the rainbow, or in the clouds before ſun-riſing, or after ſun-ſetting.

E'MPIRE, 1 the dominions of an emperor.

2 power, or authority.

E'MPIRIC (of ἐμπειρικος of ἐν into, and πειρῶ to try by experiment) a mountebank, quack, or phyſician by practice only.

EMPI'RICAL, of, or belonging to an empiric.

EMPIRICISM, the profeſſion, or practice of an empirick.

EMPLA'STER (of ἐμπλαςρον, G. of ἐμπλαςω to bring into form) a plaiſter, or ſalve.

To EMPLEA'D. See *To Implead.*

To EMPLO'Y. See *To Imploy.*

† To EMPOI'SON. See *To Poiſon.*

E'MPO'RIUM, or E'MPORY (of ἐμπόριον, G. of ἐμπορία traffic, or merchandiſe) 1 a market town.

2 the place where a fair or market is kept.

To EMPO'VERISH. See *To Impoveriſh.*

EM-

594608

# A Pocket Dictionary;

## OR COMPLETE

# ENGLISH EXPOSITOR:

### SHEWING READILY

The Part of Speech to which each Word belongs; its true Meaning, when not self-evident; its various Senses, if more than one, placed in proper Order; and the Language, from whence it is derived, pointed out immediately after the Explication.

### ALSO

The Technical Terms are clearly explain'd; every Word is so accented, that there can be no Uncertainty as to the Pronunciation;

### AND THE

Names of the Cities and principal Towns, their Distance from London, their Market Days, and Fairs, according to the New Style, are alphabetically interspers'd; with other useful Articles.

To render this Book complete, many modern Words are introduced, which are not to be found in other Dictionaries; and to make it more concise and portable, such Words are omitted, as being neither properly English, nor ever used by good Authors, would only serve to mislead and embarrass the Learner.

A Work entirely new, and designed for the Youth of both Sexes, the Ladies and Persons in Business.

To which is prefix'd

## An INTRODUCTION,

Containing an History of the English Language, with a compendious Grammar:

And a Recommendation of the Manuscript Copy, In a Letter from Dr. *BEVIS* to the Publisher.

Μέγα Βιβλίον, μέγα Κακὸν.

The SECOND EDITION, greatly improved.

## LONDON:

Printed for J. Newbery, at the *Bible* and *Sun*, in St. *Paul's* Church-Yard.

MDCCLVIII.

## E M

EMBROI'L, (V.) 1. To diſturb, 2. To ſet at variance, to confuſe. *F.*

E'MBRYO, (S.) 1. A child in the womb, before it has perfect ſhape, 2. Any thing unfiniſhed. *G.*

EMENDA'TION, (S.) A correction, or amendment. *L.*

E'MERALD, (S.) A tranſparent precious ſtone of a green colour. *F.*

EME'RGE, (V.) 1. To ariſe from under the water, or from any thing which covers, 2. To iſſue, to proceed, 3. To riſe from a ſtate of depreſſion or obſcurity. *L.*

EME'RGENCY, (S.) 1. A riſing from under any thing by which it is covered, 2. A riſing into view, 3. An unexpected caſualty, or preſſing neceſſity.

EME'RGENT, (A.) Sudden, unexpectedly caſual, coming into view.

EME'RSION, (S.) 1. A riſing from under the water, 2. In Aſtronomy, when the ſun, moon, or ſtar begins to appear after an eclipſe.

E'MERY, (S.) A metalline ſtone uſed in poliſhing. *F.*

EME'TICKS, (S.) Medicines that provoke vomiting. *G.*

EMIGRA'TION, (S.) A removing from one place to live in another. *L.*

E'MINENCE, or E'minency, (S.) 1. A high place that overlooks another, 2. Diſtinction, dignity, 3. A title peculiar to cardinals. *L.*

E'MINENT, (A.) Famous, high, lofty, dignified; conſpicuous. *L.*

E'MIR, (S.) A title given by the Turks to the deſcendants of Mahomet; a prince.

E'MISSARY, (S.) 1. One ſent abroad to give intelligence, 2. A ſpy. *L.*

EMI'SSION, (S.) A caſting or ſhooting forth, a ſending out. *L.*

EMI'T, (V.) To caſt or ſhoot forth, to let fly. *L.*

EMME'NAGOGUES, (S.) Medicines that promote the menſes. *G.*

E'MMET, (S.) An ant or piſmire. *S.*

EMO'LLIENT, (A.) Softening or mollifying. *L.*

EMO'LUMENT, (S.) Benefit, advantage. *L.*

EMO'TION, (S.) A being moved, vehemence of paſſion. *F.*

EMPA'LE, (V.) 1. To fence with pales, 2. To fortify, 3. To incloſe, to ſhut in, 4. To put to death by ſpitting on a ſtake fixed upright. *F.*

## E N

EMPA'NNEL, (V.) To ſummon to ſerve on a jury.

EMPA'RLANCE, (S.) A petition in court for another day to put in an anſwer. *F.*

E'MPEROR, (S.) The ſovereign of an empire. *F.*

E'MPHASIS, (S.) A ſtreſs laid upon a word in ſpeaking. *G.*

EMPHA'TICAL, (A.) Strong, ſignificant.

E'MPIRE, (S.) 1. The dominions of an emperor, 2. Authority, power. *L.*

E'MPIRICK, (S.) A quack, a phyſician by practice only. *G.*

EMPLEA'D, (V.) To plead at the bar, to indict.

EMPLOY', or Employ'ment, (S.) Work, buſineſs, office, poſt of buſineſs. *F.*

EMPO'RIUM, (S.) A great city or market town, a place of merchandiſe. *G.*

E'MPRESS, (S.) An emperor's wife.

E'MPTY, (A.) 1. Hollow, void, 2. Fooliſh, ignorant, 3. Without ſolidity.

EMPYE'MA, (S.) A collection of purulent matter in the cavity of the breaſt. *G.*

EMPY'REAL, or Empyréan, (A.) Belonging to the regions of the bleſſed. *G.*

EMPYRE'UM, (S.) The higheſt heaven, or the regions of the bleſſed. *G.*

EMPYREU'MA, (S.) The burning to of any matter in diſtillation. *G.*

E'MULATE, (V.) To deſire and endeavour to excel; to rival. *L.*

EMULA'TION, (S.) A deſire to excel. *L.*

E'MULOUS, (A.) Deſiring or ſtriving to excel, rivalling, contentious.

EMU'LSION, (S.) Seeds or kernels bruiſed and ſteeped in water, and then ſtrained to the conſiſtence of almond milk. *L.*

EMU'NCTORY, (S.) A ſeparater of the humours. The kidneys, urinary bladder, and miliary glands of the ſkin are emunctories. *L.*

ENA'BLE, (V.) To make able, to confer power.

ENA'CT, (V.) To eſtabliſh an act or law.

ENA'MEL, (V.) To paint with mineral colours, to variegate with colours.

ENA'MEL, (S.) A metalline compoſition for inlaying gold, ſilver, and copper.

ENA'MOURED, (A.) In love with. *F.*

ENARRA'TION, (S.) A narration or recital; an explanation. *L.*

ENCA'MP, (V.) To pitch tents, to form a camp.

# THE COMPLETE

# English Dictionary,

### EXPLAINING MOST OF THOSE

# Hard Words,

#### WHICH ARE FOUND

## IN THE BEST *ENGLISH* WRITERS.

By a Lover of GOOD ENGLISH and COMMON SENSE.

N. B. The AUTHOR affures you, he thinks this is the beft ENGLISH DICTIONARY in the World.

### THE THIRD EDITION.

*LONDON*: Printed by R. HAWES,