# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

Case 1:17-cv-00458-GBD   Document 48-5   Filed 08/04/17   Page 2 of 12

EMBLEMA'TIC, belonging to an emblem.

To EMBO'SS, to raife in boffes or bunches, to en-
grave with rifing work.

To EMBO'WEL, to take the bowels out.

To EMBRO'IL, to difturb, to confufe.

An E'MBRYO, a child in the womb.

EMENDA'TION, amendment.

To EME'RGE, to rife, appear, efcape.

An EME'RGENCY, a cafual event, incident, oc-
cafion.

EME'RGENT, fudden, weighty.

E'MERODS, the piles.

EME'TIC, that works by vomiting.

EMIGRA'TION, removing out of a place.

E'MINENCE, a high place ; dignity.

E'MINENT, high, great, famous, remarkable.

An E'MISSARY, a fpy, one fent to gain intelli-
gence.

To EMI'T, to fend forth.

EMO'LLIENT, foftning.

EMO'LUMENT, profit, advantage.

EMO'TION, ftirring, motion, vehement trouble
of mind.

E'MPHASIS, force or ftrength of expreffion ; a
ftrong accent laid on a word.

EMPHA'TICAL, ftrong, fignificant.

An EMPI'RIC, a quack, a mountebank.

An EMPO'RIUM, a city of trade ; a place where a
fair or market is kept.

EMPY'REAL, fiery ; heavenly.

The EMPYRE'AN, the higheft heaven.

To E'MULATE, to vie with, to envy ; to imitate.

EMULA'TION, vying with, envy.

E'MULOUS, defirous to excel : rivalling.

To ENA'CT, to make a law.

To ENA'MEL, to ftain or paint with mineral co-
lours : to inlay.

An ENARRA'TION, a recital, an explanation.

An ENCO'MIUM, a commendation.

The ENCYCLOPŒDIA, the whole circle of arts
and fciences.

ENDE'MIC.

# A

# DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

### IN WHICH

The WORDS are deduced from their ORIGINALS,
Explained in their DIFFERENT MEANINGS,

### AND

Authorized by the NAMES of the WRITERS
in whose Works they are found.

Abstracted from the FOLIO EDITION,

By the AUTHOR

### SAMUEL JOHNSON, A.M.

To which is prefixed,

**A GRAMMAR of the ENGLISH LANGUAGE.**

### IN TWO VOLUMES.

### VOL. I.

The SEVENTH EDITION, corrected by the AUTHOR.

### LONDON.

Printed for W. STRAHAN, J. F. and C. RIVINGTON, L. DAVIS, W. OWEN,
T. LOWNDES, T. CASLON, S. CROWDER, T. LONGMAN, B. LAW,
J. DODSLEY, C. DILLY, G. ROBINSON, T. CADELL, J. ROBSON,
W. GOLDSMITH, T. EVANS, J. BEW, J. MURRAY, R. BALDWIN,
S. HAYES, and J. BOWEN.

MDCCLXXXIII.

( 1783 )

Digitized  Google

## E M P

## E M P

EMME'NAGOGUES. f. [ἐμμήνια and ἄγω.] Medicines that promote the courses. *Quincy.*

E'MMET. f. [æmette, Saxon.] An ant; a pifmire. *Sidney.*

To EMME'W. v. a. [from mew.] To mew or coop up. *Shakespeare.*

To EMMO'VE. v. a. [emmouvoir, French] To excite; to roufe. *Spenser.*

EMO'LLIENT. a. [emolliens, Lat.] Softening; fuppling. *Arbuthnot.*

EMO'LLIENTS. f. "Such things as fheath and foften the afperities of the humours, and relax and fupple the folids. *Quincy.*

EMOLLI'TION. f. [emollitie, Latin.] The act of softening. *Bacon.*

EMO'LUMENT. f. [emolumentum, Latin] Profit; advantage. *South.*

EMO'NGST. prep. [fo written by Spenser.] Among. *Spenser.*

EMO'TION. f. [emotion, Fr.] Difturbance of mind; vehemence of paffion. *Dryden.*

To EMPA'LE. v. a. [empaler, French.]
1. To fence with a pale. *Donne.*
2. To fortify. *Raleigh.*
3. To inclofe; to fhut in. *Cleaveland.*
4. To put to death by fpitting on a flake fixed upright. *Southern.*

EMPA'NNEL. f. [from panne, French.] The writing or entering by the fheriff the names of a jury into a fchedule, which he has fummoned to appear. *Cowel.*

To EMPA'NNEL. v. a. [from the noun.] To fummon to ferve on a jury. *Gov. of Tongue.*

EMPA'RLANCE. f. [from parler, French] It fignifieth a defire or petition in court of a day to paufe what is beft to do. *Cowel.*

EMPA'SM. f. [ἔμπασσω.] A powder to correct the bad fcent of the body.

To EMPA'SSION. v. a. [from paffion.] To move with paffion; to affect ftrongly. *Milton.*

To EMPE'OPLE. v. a. [from peop'e.] To form into a people or community. *Spenser.*

E'MPERESS. f. [from empereur.]
1. A woman invefted with imperial power. *Davies.*
2. The queen of an emperour. *Shakespeare.*

E'MPEROUR. f. [empereur, French.] A monarch of title and dignity fuperiour to a king. *Shakespeare.*

E'MPERY. f. [empire, French.] Empire; fovereign command. Not in ufe. *Shakespeare.*

E'MPHASIS. f. [ἔμφασις.] A remarkable ftrefs laid upon a word or fentence. *Holder.*

EMPHA'TICAL. } a. [ἐμφαίνω.]
EMPHA'TICK. }
1. Forcible; ftrong; ftriking. *Garth.*
2. Striking the fight. *Boyle.*
3. Appearing; feeming, not real.

EMPHA'TICALLY. ad. [from emphatical.]
1. Strongly; forcibly; in a ftriking manner. *South.*
2. According to appearance. *Brown.*

To EMPHY'SE'MATOUS. a. [from ἐμφύσημα.] Bloated; puffed; fwoll'n. *Sharp.*

To EMPIE'RCE. v. a. [from pierce.] To pierce into; to enter into by violent appulfe. *Spenser.*

EMPI'GHT. part. Set; pitched; put in a fture. *Spenser.*

E'MPIRE. f. [empire, French.]
1. Imperial power; fupreme dominion. *Rowe.*
2. The region over which dominion is extended. *Temple.*
3. Command over any thing.

E'MPIRICK. f. [ἐμπειρικός.] A trier or experimenter; fuch perfons as have no true knowledge of phyfical practice, but venture upon obfervation only. *Hooker.*

EMPI'RICAL. } a. [from the noun,]
EMPI'RICK. }
1. Verfed in experiments. *Milton.*
2. Known only by experience; practifed only by rote. *Shakespeare.*

EMPI'RICALLY. ad. [from empirical.]
1. Experimentally; according to experience. *Brown.*
2. Without rational grounds; charlatanically.

EMPI'RICISM. f. [from empi-ick.] Dependence on experience without knowledge or art; quackery.

EMPLA'STER. f. [ἔμπλαστρον.] An application to a fore of an oleaginous or vifcous fubftance, fpread upon cloth. *Wifeman.*

To EMPLA'STER. v. a. To cover with a plafter. *Mortimer.*

EMPLA'STICK. a. [ἐμπλαστικὸς.] Vifcous; glutinous. *Wifeman.*

To EMPLE'AD v a. To indict; to prefer a charge againft. *Hayward.*

To EMPLO'Y. v. a. [employer, French.]
1. To bufy; to keep at work; to exercife. *Temple.*
2. To ufe as an inftrument. *Gay.*
3. To ufe as means. *Dryden.*
4. To ufe as materials. *Locke.*
5. To commiffion; to intruft with the management of any affairs. *Watts.*
6. To fill up with bufinefs. *Dryden.*
7. To pafs or fpend in bufinefs. *Prior.*

EMPLO'Y. f. [from the verb.]
1. Bufinefs; object of induftry. *Pope.*
2. Publick office. *Addifon.*

EMPLO'YABLE. a. [from employ.] Capable to be ufed; proper for ufe. *Boyle.*

EMPLO'YER. f. [from employ.]
1. One that ufes or caufes to be ufed. *Child.*
2. One who fets others to work.

EMPLO'Y-

A - 45

Case 1:17-cv-00458-GBD   Document 48-5   Filed 08/04/17   Page 5 of 12

A NEW

# UNIVERSAL ETYMOLOGICAL

# ENGLISH DICTIONARY:

Containing not only

## EXPLANATIONS of the WORDS

IN THE

# ENGLISH LANGUAGE;

And the Different SENSES in which they are used;

WITH

AUTHORITIES from the BEST WRITERS, to support thofe which appear Doubtful;

BUT ALSO THEIR

## ETYMOLOGIES

FROM THE

## ANCIENT and MODERN LANGUAGES:

AND

## ACCENTS directing to their Proper PRONUNCIATION;

Shewing both the

ORTHOGRAPHY and ORTHOEPIA of the *ENGLISH* TONGUE.

ALSO,

Full and Accurate EXPLANATIONS of the Various TERMS made ufe of in the feveral
ARTS, SCIENCES, MANUFACTURES, and TRADES.

Illuftrated with COPPER-PLATES

Originally compiled by *N. BAILEY.*

Affifted in the Mathematical Part by *G. GORDON*; in the Botanical by *P. MILLER*; and in the
Etymological, &c. by *T. LEDIARD*, Gent. Profeffor of the Modern Languages in *Lower Germany.*

And now Re-publifhed with many CORRECTIONS, ADDITIONS, and LITERARY IMPROVEMENTS,
by Different HANDS.

The Etymology of all TERMS mentioned as derived from the *Greek, Hebrew, Arabic,* and other *Afiatic* LANGUAGES,
being Revifed and Corrected

## By *JOSEPH NICOL SCOTT,* M. D.

*LONDON:*

Printed for T. OSBORNE and J. SHIPTON;  J. HODGES;  R. BALDWIN;
W. JOHNSTON, and J. WARD.

MDCCLV.

Emo'llient, Fr. *adj.* [of *emollients*, Lat.] aſſwaging, making ſoft, pliant or looſe, ſheathing the aſperities of humours. Barley is *emollient*, moiſtening, and expectorating. *Arbuthnot.*

Emo'llients, *ſubſt.* [*emollientia*, Lat. ſoftening medicines, *i. e.* ſuch as by a moderate heat and moiſture, diſſolve or looſen thoſe parts which before were upon the ſtretch. *Emollients* ought to be taken in open air. *Arbuthnot*

Emo'lliment [*emollimentum*, Lat.] the act of aſſuaging or ſoftening.

Emolli'tion [*emollitio*, Lat.] the act of ſoftening. Bathing and anointing give a relaxation or *emollition.* *Bacon.*

Emo'lument [*emolument*, Fr. *emolumento*, It. and Sp. of *emolumentum*, Lat.] profit. Diſpatched buſineſs to public *emolument.* *Tatler.*

Emo'ngst, *prep.* [It is ſo written by Spenſer] among. Made *emon ſt* themſelves a ſweet conſort. *Spenſer.*

E'mony. See Anemony.

Emo'tion, Fr. [*emozione*, It. *emociòn*, Sp. of *emotio*, Lat.] diſturbance. diſorder of the mind, vehemence of paſſion, either pleaſing or painful  The natural *emotion* of the ſame paſſion.

To Empa'le, *verb act.* [*empaler*, Fr.]  1. To fence with a pale. *Empal'd* himſelf to keep them out, not in. *Donne.*  2. To fortify. The Engliſh *empaled* themſelves with their pikes. *Hayward.*  3. To encloſe, to ſhut in.  I now *empale* her in my arms. *Cleaveland.*  4. To put to death by ſpitting on a ſtake fixed upright.  They talk of *empaling* or breaking on the wheel. *Arbuthnot.*

Empa'lement, or *Flower-cup* [with floriſts] thoſe green leaves,

Case 1:17-cv-00458-GBD   Document 48-5   Filed 08/04/17   Page 7 of 12

# *Linguæ Britannicæ Vera Pronunciatio :*

### OR, A

# New Englifh Dictionary.

#### CONTAINING

I. An Explanation of all Eng-
lifh Words ufed by the beft
Writers ; the various Senfes
of each Word being diftinct-
ly pointed out by Figures
1, 2, 3, &c.

II. The Language from which
each Word is derived.

III. The part of Speech to which
it belongs.

IV. A Supplement of upwards
of 4000 proper Names.

#### IN WHICH

Every Word has not only the common Accent to de-
note the Emphafis of the Voice, but, in order to a juft
Pronunciation, every Syllable is marked with a long or
fhort Accent to determine its Quantity ; and the quiefcent
Letters, various founds of Vowels, &c. are fo diftinguifhed,
that any Perfon, Native or Foreigner, who can but read,
may fpeedily acquire an accurate Pronunciation of the
Englifh Language.

To the whole is prefixed

A Differtation on the Species of Sounds, and fome practical Ob-
fervations on the various Powers and Formations of the Letters.

A Work intirely new, and defigned for the Ufe of Schools, and
of Foreigners, as well as Natives who would fpeak, read, and write
Englifh with Propriety and Accuracy.

### By JAMES BUCHANAN.

### LONDON:

Printed for A. MILLAR, in the Strand.
MDCCLVII.

## E M

**Embă′ſſădreſs**, (S.) The wife of an embaſſador.

**ĕmbăſſy**, (S.) The power, errand, or buſineſs of an embaſſador.

**ĕmbă′ttled**, (A.) Put in order of battle.

**Embĕ′lliſh**, (V.) To adorn, beautify, or ſet off.   *F.*

**ĕmbers**, (S.) Small burning coals or cinders.

**E′mber Weeks**, (S.) Four ſeaſons in the year, *viz.* the firſt week in Lent, the next after Whitſuntide, the 14th of September, and the 13th of December, which are ſet apart for faſting and prayer.

**ĕmbĕ′zle**, (V.) 1. To waſte, ſpoil, or deſtroy.   2. To ſteal privately.

**ĕ′mblĕm**, (S.) A ſymbol or device, to repreſent ſome hiſtory or moral ſentiment.   *G.*

**Emblĕmă′tic**, or **Emblema′tical**, (A.) Belonging to an emblem.

**Emblĕmă′tically**, (P.) By way of emblem.

**Embŏ′lden**, (V.) To make bold.

**ĕmbŏ′ſs**, (V.) 1. To beautify with embroidery raiſed above the cloth, either in gold, ſilver, &c.   2. In hunting, to chaſe a deer into a thicket.

**ĕmbŏ′ſſing**, (A.) The art of making figures in relievo, whether by embroidery, caſting, or carving.

**Embŏ′wel**, (V.) To take out the bowels.

**Embrace.**   See *Imbrace.*

**Embră′ſſure**, (S.) In architecture, is the enlargement made in the walls, to give more light and greater convenience to the windows and doors of a building; in fortification, it is a hole or aperture thro' which a cannon is pointed.

**Embrŏcă′tion**, (S.) A kind of fomentation.

**ĕmbroi′der**, (V.) To adorn ſilk or cloth with figures, or devices wrought with a needle in gold, ſilver, &c.

**Embroi′dery**, (S.) The work of an embroiderer.

**ĕmbroi′l**, (V.) 1. To confuſe or diſturb.   2. To ſet at variance.   *F.*

**ĕ′mbryŏ**, (S.) A child in the womb, before it has perfect ſhape.

**Emĕndă′tion**, (S.) Correction, reformation or amendment.   *L.*

**ĕ′mĕrăld**, (S.) A precious ſtone of a green colour.   *F.*

**Emĕ′rge**, (V.) To riſe from under the water, after being forcibly plunged into it.   *L.*

**Emĕ′rgĕncy**, (S.) Occaſion, a ſituation that makes ſome aſſiſtance neceſſary.

**Emĕ′rſion**, (S.) 1. The riſing of a body from under the water.   2. In aſtronomy, when the ſun or moon begins to appear after an ecliple.

**ĕ′mĕry**, (S.) 1. A metaline ſtone uſed in poliſhing.   2. A glazier's diamond to cut glaſs.   *F.*

**Emĕ′tics**, (S.) Medicines that provoke vomiting.   *G.*

**Emigră′tion**, (S.) A removing from one place to live in another.   *L.*

**ĕ′minĕnce**, or **E′minency**, (S.) 1. A high place or riſing ground.   2. Dignity or quality.   3. A title peculiar to cardinals.   *L.*

**ĕ′minent**, (A.) Great, famous.   *L.*

**ĕ′mir**, (S.) Among the Turks, a title given to the deſcendants of Mahomet.

**ĕ′miſſăry**, (S.) 1. One ſent abroad to give intelligence.   2. A ſpy.   *L.*

**Emĕ′ſſion**, (S.) A ſending or caſting forth.

**Emĕ′t**, (V.) To ſend or caſt forth.   *L.*

**ĕ′mmet**, (S.) An ant or piſmire.

**Emŏ′lliĕnt**, (A.) Softening or mollifying.   *L.*

<mark>**Emŏ′lūment**, (S.) Benefit or advantage.</mark>

**Emŏ′tion**, (S.) A being moved, a violent ſtruggle in the mind.   *L.*

**Empa′le.**   See *Impale.*

**Empa′nnel.**   See *Impannel.*

**Empa′rlance.**   See *Imparlance.*

**Empea′ch.**   See *Impeach.*

A 4

**ĕmpĕ-**

A

# New Universal Englifh Dictionary:

O R,

## A COMPLEAT TREASURE

OF THE

# ENGLISH LANGUAGE:

TRACING THE WORDS FROM THEIR

## PRIMITIVE FOUNTAINS;

EXPLAINING

## The Various Senses in which they are ufed,

A N D

## EXPOUNDING all the TECHNICAL TERMS,

IN THE SEVERAL

## ARTS, SCIENCES, AND MANUFACTURES.

Compiled with the utmoft Care and Assiduity

B Y

# WILLIAM RIDER, A. B.

Assistant Master of St. Paul's School, and late of Jesus College, Oxford.

Η των λογων κρισις πολλης εςι πειρας τελυταιον επιγεννημα.      Longinus.

Ut sylvæ foliis pronos mutantur in Annos;
Prima cadunt; ita verrorum vetus interit ætas,
Et juvenum ritu florent modo nata vigentque.

Hor. de Art Poet.

## LONDON:

Printed by W. Griffin, for I. Pottinger, at the Dunciad in Pater-nofter-Row.

MDCCLIX.

Case 1:17-cv-00458-GBD   Document 48-5   Filed 08/04/17   Page 10 of 12

in great veneration, and only have the privilege of wearing a green turbat. When this word is used in composition it signifies a principal officer.

EMISSARY, S. (*emissarius*, low Lat.) one sent out on private messages ; a spy, or secret agent. In anatomy, that which emits, or sends out, the same as *excretory*.

EMISSION, S. (*emissio*, Lat.) the act of sending out vent. The act of throwing or drawing a thing, particularly a fluid, from within outwards. The expulsion, or ejaculation of the feed.

To EMIT, *v. a.* (*emitto*. Lat.) to drive outwards ; to dart ; to send forth. In law, to issue out according to the form prescribed.

EMMENAGOGUES, S. (*εμμηνα*, *emmenia*, Gr. the monthly courses, and *αγω*, *ago*, Gr. to drive, or force) medicines that promote the courses.

EMMET, S. (*æmette*, Sax.) see Ant.

To EMMEW, *v. a.* (from *mew*) to coop up, or confine. " Follies doth *emmew*." Shak.

EMOLLIENT, (*part. emolliens*, Lat.) softening, or rendering pliable.

EMOLLIENTS, S. in medicine, such remedies as sheath the acrimony of humour ; and at the same time soften and supple the solids.

EMOLLITION, S. (*emollitio*, Lat.) the act of softening, or rendering supple. The state of a thing rendered soft or supple. " Bathing and anointing give a relaxation or *emollition*." Bacon.

EMOLUMENT, S. (*emolumentum*, Lat.) profit arising from an office or employ, gain, or advantage.

EMOTION, S. (Fr.) a violent struggle, or disturbance in the mind. A strong and vehement sensation, or passion, excited either by a pleasing, or a painful object.

To EMPALE, *v. a.* (*empaler*, Fr. from *palus*, Lat. a pale or stake.) to fortify, inclose, or defend. To put to death by driving a pale or stick through the body of a person from the posteriors upwards.

EMPALEMENT, S. the act of thrusting a sharp pole or stake up the fundament or through the body of a person. In botany, the cup or outmost part of a flower, which incompasses the petals, or the foliation of the attire. See Impalement.

EMPANNEL, S. (from *panne*, Fr. a skin or parchment) the writing or entering the names of a jury in a parchment by a sheriff.

To EMPANNEL, *v. a.* to summon a person to serve on a jury.

EMPARLANCE, S. (from *parler*, Fr.) in law, a motion or desire for a day of respite, to consider of the result of a cause. The conference of a jury in a cause committed to them.

EMPASM, S. (*εμπασμα, empasma*, Gr. of *εμπασσω, empasso*, Gr. to sprinkle) in pharmacy, a powder sprinkled on a body, to correct some ill smell.

To EMPASSION, *v. a.* to move with a strong affection or passion. To excite the passions vehemently. " The " tempter all *empassion'd*, thus began." Par. Lost.

EMPERESS, S. see Empress, for which it was formerly written.

EMPEROUR, S. (*empereur*, Fr. *imperator*, Lat.) an absolute monarch or supreme commander of an empire.

EMPERY, S. (*imperium*, Lat. *empire*, Fr.) the command of an emperour. Sovereign command. Empire. " Your " rights of birth, your *empery*." Shak.

EMPHASIS, S. (Gr.) in rhetorick, a force, stress, or energy in expression, action, or gesture. In grammar, a remarkable stress of the voice placed on any word or syllable.

EMPHATIC, EMPHATICAL, *adj.* forcible, strong, striking, or of great energy. Striking the sight.

EMPHATICALLY, *adv.* strongly, forcibly ; full of energy, power, or significancy. Spoken with a great stress of voice. According to appearance, opposed to reality, from *εμφαινω, emphaino*, Gr. to appear. " Taken *emphatically*, not really, but in appearance." Brown. The last sense is out of use.

EMPHYSEMATOUS, *adj.* (from *εμφυσημα, emphysema*, Gr.) bloated, swelled, puffed up.

EMPIRE, S. (Fr. from *imperium*, Lat.) the territory or extent of land under the jurisdiction or command of an emperor. Imperial power, sovereign authority or command. Command over any thing.

EMPIRIC, S. (*εμπειρικος empeirikos*, Gr.) one whose skill in medicine depends purely on practice and experiment ; without any deductions of reason from the mechanical operation of medicines, or the nature, cause, and effects of diseases. A quack.

EMPIRIC, EMPIRICAL, *adj.* dealing, or versed in experiments. " *Empiric* alchymist." Par. Lost. Belonging to or resembling a quack.

EMPIRICALLY, *adv.* after the manner of a quack, or one who is not regularly bred to physick, but owes all his knowledge to experience, without being able to account for the operation of medicines on the human fabric, or the nature and effect of diseases.

EMPIRICISM, S. dependence on experience, without being able to reason on the effects of medicines, or diseases. Quackery.

EMPLASTER, S. (*emplastrum*, Lat. *εμπλαστρον, emplastron*, Gr. from *εμπλασσω, emplasso*, to spread or smear over, now called *plaster*) in surgery, a medicine of a stiff, glutinous consistence, composed of several ingredients, spread on paper, linnen or leather, and applied externally.

To EMPLA'STER, *v. a.* to cover with a plaster. " The " fores *emplastered* with tar." Mortim.

EMPLASTIC, *adj.* vicious, glutinous ; fit to be applied as plaster.

To EMPLEAD, *v. a.* (from *plead*) in law, to indict, accuse, or prefer a charge against, used with *of* before the crime.

To EMPLOY, *v. a.* (*employer*, Fr.) to set a person about a thing ; to keep at work or exercise. To use as an instrument, or means, or materials. To commission, or intrust with the management of an affair. To fill up time with study or undertaking. To pass or spend in business.

EMPLOY, S. the object which engages the mind ; or is the subject of action. A person's trade, business. A public office.

EMPLOYABLE, *adj.* capable of being used ; fit to be applied or used. " These objects — seem *employable* against " this hypothesis." Boyle.

EMPLOYER, S. one who sets a person about any undertaker. One who uses or causes a thing to be used.

EMPLOYMENT, S. business ; the object of labour or industry. A person's trade, office, or post. An affair intrusted to the management of another.

To EMPOISON, *v. a.* (pronounced *empison*, with the *i* long from *empoisoner*, Fr.) to destroy by poison, venom, or any deadly or mortal drug. To taint with poison. Figuratively, to deprave the ideas or principles of a person by bad advice, or seditious counsels.

EMPOISONER, S. one who destroys another by poison.

EMPOISONMENT, S. the practice or act of destroying by poison. " It were dangerous for secret *empoisonments*." Bacon.

EMPORETIC, *adj.* (*εμπορευομαι, emporeticos*, Gr.) that which is sold at common markets ; belonging to goods, commodities, or merchandize.

EMPORIAM, S. (*εμποριον*, Gr.) a place of merchandize ; a great city or market town which has communication with the sea, and carries on foreign trade.

To EMPOVERISH, *v. a.* (*pauvre*, Fr. poor) to make poor. Figuratively, to render a soil unfertile or barren.

EMPOVERISHER, S. the act of exhausting money ; the the cause of poverty ; the lessening riches, or fertility when applied to ground or vegetables.

To EMPOWER, *v. a.* to give a person authority to transact business, or carry on any undertaking. To give natural power or force. To enable or give strength sufficient for the performance of an undertaking or design.

EMPRESS, S. (contracted from *emperess*) the wife of an emperour. A female who has the sovereign command over an empire.

EMPRISE, S. (Fr.) an undertaking which is attended with hazard and danger, and shews boldness. " Ambushed we " lie, and wait the bold *emprise*." Par. Lost.

EMPTIER, S. one who makes any place or thing void by taking out that which was in it.

EMPTINESS, S. want or absence of body, applied to space. Without having any thing in it, applied to space, or vessels. The state of a thing which has nothing in it. Figuratively, want of judgment or understanding. Incapacity to satisfy one's wishes or desires.

EMPTION, S. (*emptio*, Lat.) the act of buying ; a purchase. " Whether Glaucus exchanging his golden armour with " the brazen one of Tydides, was *emption* or commuta- " tion." Arbuth.

EMPTY, *adv.* (*æmtig*) having nothing in it, void of body, applied to space, place, or any vessel. Not possessing, furnished with, or using. Devoid. " In civility thou seem'd " so *empty*." Shak. Unsatisfactory ; or unable to content the desire or expectation. Void of judgment or understanding. Void of substance, solidity, or real existence. " *Empty* dreams." Dryd.

To

# A NEW COMPLETE

# nglifh Dictionary,

Particularly adapted to th

## STRUCTION and IMPROVEMENT

### OF THOSE WHO HAVE

ot had the Benefit of a learned or liberal Education,

#### OR WHO HAVE

LEISURE for READING a Multitude of Books.

##### WHEREIN

ult Words, and technical Terms, all Faculties and Profeffions; ther in Science, Phyfic, Divinity Mechanics, are fully explained, perly accented to direct the Pro- iciation, and marked with initial ters, to denote the quality or t of Speech to which each Word ppropriated.

cife Account of the moft eminent ons, Male and Female, of every ier and Degree, who, in this Na- n, have been celebrated for Arts Arms, ufeful Inventions, great chievements, heroic Exploits, ei- er by Sea or Land; whether nces, Nobles, Admirals, Generals, ilofophers, Poets, Divines, or echanics, who have given Proofs a fuperior Genius and Capacity their refpective Stations and ofeffions.

Sects and Divifions in the Chrif- n Church, as well primitive as dern, their Opinions and Practi- s; and all other Religions.

A fhort Hiftory of the Patriarchs, Pro- phets and Apoftles, commemorated in the Old and New Teftament: with a brief Account of the Coins, Weights and Meafures mentioned therein.

A fummary Account of the moft noted Cities, Towns and Corporations in England and Wales; their Fairs and Markets, and the Days on which they are held, fince the Alteration of the Style by Act of Parliament.

The Value of all Sorts of modern Coin now current among us, truly afcer- tain'd; and our Weights and Meafures accurately defcrib'd and explain'd.

The various Kingdoms of the World hiftorically and geographically de- fcribed.

The whole alphabetically digefted, and rendered plain and eafy to every Capacity; being more co- pious, inftructive and entertaining Work than any thing of the Kind hitherto publifhed, on an entire new Plan.

To which is prefixed,

COMPENDIOUS GRAMMAR of the ENGLISH LANGUAGE.

## THE SECOND EDITION.

y D. BELLAMY, Gent. Mr. GORDON, and Others.

thors of the NEWEST GUIDE to the ENGLISH TONGUE. The Complete Hiftory o k OLD and NEW TESTAMENT and Apocrypha. 1 large Vol. 8vo. with 150 neat Cuts.

### LONDON:

Printed for J. FULLER, in Newgate-Street, near Cheapfide.

Digitized by Google

when there is no other method of faving the mother.

EMBRIU′LCUS [S.] a hook for extracting the child in difficult labours.

EME′NDALS [S.] in the accounts of the Inner-Temple fociety, where fo much *in Emendals*, at the foot of an account, fignifies fo much money in the bank, or ſtock of the houſe, for repairing loſſes, and ſupplying other emergencies.

EMENDA′TION [S.] correction; alteration of any thing from worfe to better.

E′MERALD [S.] a green, precious ſtone, and next in hardneſs to the ruby. In its moſt perfect ſtate, it is, perhaps, the moſt beautiful of all the gems; thoſe of them that are brought from the Eaſt-Indies, are, by far, preferable to thoſe that come from America.

E′MERGE [V.] to arife out of any fluid in which a body was plunged, or with which it was covered; to rife from a ſtate of depreſſion and obſcurity.

EME′RGENCE, or EMERGENCY [S.] the rifing of a body out of any fluid, wherein it had been plunged; the act of rifing into view; the firſt appearance of the fun or moon after an eclipfe; any ſudden occafion, or unexpected cafualty.

EME′RGENT YEAR [S.] in chronology, the fame with the epocha, from whence any æra, or method of reckoning time, commences; fuch is that of the creation of the world, of the birth of our Saviour, &c.

EME′RSION [S.] in Aſtronomy, is when any planet, that is eclipfed, begins to emerge, or get out of the ſhadow of the eclipfing body.

E′MERY [S.] is an iron ore, prepared by grinding in mills; of great uſe to various artificers in poliſhing and burniſhing ſteel and iron works, marble, cutting and ſcolloping glaſs, &c.

EME′TIC [S.] a medicine which induces vomiting.

EMICA′TION [S.] ſparkling; flying off in ſmall particles.

E′MIGRATE [V.] to remove from one place to another.

E′MINENCE or EMINENCY [S.] a title of honour peculiar to cardinals; alfo, a high or rifing ground.

E′MINENT [A.] dignified, exalted, confpicuous, famous, remarkable.

E′MINENTLY [P.] in a high degree; in a manner that attracts obſervation.

E′MIR [S.] a title of dignity among the Turks, fignifying a prince, and is attributed to all who are adjudged to defcend from Mahomet by his daughter Fatima.

E′MISSARY [S.] in a Political ſenſe, is a perfon employed by another to found the opinions of people, fpread certain reports, or act as a fpy over other people's actions.

EMI′SSION [S.] ejaculation; fending forth, as flowers do their odours.

EMI′T [V.] to caſt or ſend forth rays or ſteams; to let fly; to dart; to iſſue out juridically.

EMME′NAGOGUES [S.] in Pharmacy, medicines which promote the menfes or monthly courfes.

E′MMERGREEN[P. N.] a town in Dorfetſhire, whofe fair is on Tuefday before holy Thurfday, for all forts of cattle.

E′MMET [S.] an ant, or pifmire.

EMMO′LLIENTS [S.] in Pharmacy, are fuch medicines as ſheath and foften the afperity of the humours, and relax and ſupple the folids at the fame time.

EMO′LUMENT [S.] profit, advantage, benefit.

EMO′TION [S.] diſturbance of mind; vehemence of paſſion.

EMPA′LE [V.] to fence with pales; to fortify, enclofe, ſhut in; to put to death by fpitting on a ſtake fixed upright.

EMPA′LEMENT [S.] a kind of puniſhment practiced by the old Romans, Turks, and others, which confiſted in thruſting a ſtake up the fundament.

EMPA′NNEL [S.] the writing or entering the names of a jury into a fchedule, by the ſheriff, whom he has fummoned to appear.

EMPARLA′NCE, or IMPARLANCE [S.] fignifies a motion or petition to a court of record, for a day of refpite, or for putting the caufe off to another time for trial.

EMPA′SMA [S.] in Phyfic, is the ſtrewing a perfumed powder over the body, to correct its bad ſcent, and to prevent its fweating too violently.

EMPA′SSION [V.]to move with paſſion; to affect ſtrongly.

E′MPERESS, or EMPRESS [S.] denotes either the wife of an emperor, or a woman who governs fingly an empire, in her own right.

E′MPEROR [S.] a title of honour among the antient Romans, conferred on a general who had been victorious, and now made to fignify a fovereign prince, or fupreme ruler of an empire. The title adds nothing to the rights of fovereignty; it only gives pre-eminence over all other fovereigns. The Emperors, however, pretend that the imperial dignity is more eminent than the regal. It is difputed whether emperors have the power of difpofing of the regal title; however this may be, they have often taken upon them to erect kingdoms. Thus it is, that Bohemia, Pruſſia and Poland are faid to be raifed to that dignity. Charlemagne was the firſt emperor of Germany, crowned by Pope Leo III, in 800.

E′MPHASIS [S.] in Rhetoric, a particular ſtreſs of the voice and action, laid on fuch parts