# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

# Royal English Dictionary;
## OR, A
# TREASURY
## OF THE
# ENGLISH LANGUAGE.

CONTAINING,

I. A FULL EXPLANATION of all the TERMS made USE of

IN

| | | |
|---|---|---|
| ALGEBRA, | GUNNERY, | NATURAL HISTORY, |
| ANATOMY, | HERALDRY, | NAVIGATION, |
| ARCHITECTURE, | HIEROGLYPHICS, | OPTICS, |
| ARITHMETIC, | HISTORY, | PAINTING, |
| ASTRONOMY, | HUSBANDRY, | PERSPECTIVE, |
| BOTANY, | HYDRAULICS, | PHILOSOPHY, |
| CHEMISTRY, | HYDROSTATICS, | PNEUMATICS, |
| DIALLING, | LAW, | POETRY, |
| DIVINITY, | LOGIC, | PRINTING, |
| GARDENING, | MATHEMATICS, | RHETORIC, |
| GEOGRAPHY, | MECHANICS, | SCULPTURE, |
| GEOMETRY, | MILITARY ART, | SURGERY, |
| GRAMMAR, | MUSIC, | SURVEYING, &c. |

II. Tracing the WORDS from their original FOUNTAINS.
III. Explaining the various SENSES in which they are used, supported by Authorities from the best *English* Writers.
IV. Accents are properly placed, to facilitate the true PRONUNCIATION.
V. Each Word is followed by an initial Letter, to denote the PART of SPEECH to which it belongs.
VI. A Geographical Account of the principal KINGDOMS, CITIES, &c. of the World.
VII. A Description of the CITIES and COUNTIES of *England* and *Wales*.
VIII. The LIVES of the most eminent POETS and other ingenious and illustrious MEN, who have flourished in these Kingdoms.

The Whole on so EXTENSIVE a PLAN, as to unite the different EXCELLENCIES of all other *English* DICTIONARIES.

To which is prefixed,

A COMPREHENSIVE GRAMMAR OF THE ENGLISH TONGUE.

---

By D. FENNING,

AUTHOR of the UNIVERSAL SPELLING BOOK; A Treatise of ARITHMETIC; The Young ALGEBRAIST's Companion; The USE of the GLOBES; &c.

---

THE FIFTH EDITION IMPROVED; to which are added, the LIVES of several eminent modern WRITERS.

---

LONDON:

Printed for L. HAWES, and Co. T. CASLON, S. CROWDER, B. LAW, G. ROBINSON, B. COLLINS, and A. HAMILTON, jun. MDCCLXXV.

[PRICE BOUND SIX SHILLINGS.]

within outwards; the expulsion or ejection of the feed.

To E'MIT, V. A. [*emitto*, Lat.] to drive outwards; to dart; to send forth. In Law, to issue out according to the form prescribed.

EMME'NAGOGUES, S. [*εμμηνια*, Gr. the monthly courses, and *αγω*, to drive, or force] medicines that promote the courses.

EMMET, S. [*æmetter*, Sax.] See ANT.

EMO'LLIENT, Part. or Adj. [*emolliens*, Lat.] softening, or rendering pliable.

EMO'LLIENTS, S. in Medicine, such remedies as sheath the acrimony of humour, and at the same time soften and supple the solids.

EMO'LUMENT, S. [*emolumentum*, Lat.] profit arising from an office or employ; gain, or advantage.

EMO'TION, S. [Fr.] a violent struggle or disturbance in the mind; a strong and vehement sensation, or passion, excited either by a pleasing or a painful object.

To EMPA'LE, V. A. [*empaler*, Fr. from *palus*, Lat. a pale or stake] to fortify, inclose, or defend.

EMPA'LEMENT, S. in Botany, the cup or outmost part of a flower, which encompasses the petals, or the foliation of the attire. See IMPALEMENT.

EMPA'NNEL, S. [from *panne*, Fr. a skin or parchment] the writing or entering the names of a jury in a parchment by a sheriff.

To EMPA'NNEL, V. A. to summon a person to serve on a jury.

EMPA'RLANCE, S. [from *parle*, Fr.] in Law, motion or desire for a day of respite, to consider of the result of a cause; the conference of a jury in a cause committed to them.

EMPA'SM, S. [*εμπασμα*, of *εμπασσω*, Gr. to sprinkle] in Pharmacy, a powder sprinkled on a body, to correct some ill smell.

To EMPA'SSION, V. A. to move with a strong affection or passion, to excite the passions vehemently. "The tempter, all empassion'd, thus begun." *Par. Lost.*

EM'PEROR, S. [*empereur*, Fr. *imperator*, Lat.] an absolute monarch, or supreme commander of an empire.

EM'PERY, S. [*imperium*, Lat. *empire*, Fr.] the command of an emperor; sovereign command; empire. "Your rights of birth, your empery." *Shak.*

EMPHASIS, [Gr.] in Rhetoric, a force, stress, or energy in expression, action, or gesture. In Grammar, a remarkable stress of the voice placed on any word or syllable.

EMPHA'TIC, or EMPHA'TICAL, Adj. forcible, strong, striking, or of great energy; striking the sight.

EMPHA'TICALLY, Adv. strongly, forcibly; full of energy, power, or significancy; spoken with a great stress of voice. According to appearance, opposed to reality, from *εμφασις*.

EMPHYSE'MATOUS, Adj. [from *εμφυσαω*, Gr.] bloated; swelled; puffed up.

EMPIRE, S. [Fr. from *imperium*, Lat.] the territory or extent of land under the jurisdiction or command of an emperor; imperial power; sovereign authority or command; command over any thing.

EMPI'RIC, S. [*εμπειρικος*, Gr.] one whose skill in medicine depends purely on practice and experiment, without any deductions of reason from the mechanical operation of medicines, or the nature, cause, and effects of diseases; a quack.

EMPI'RIC, or EMPI'RICAL, Adj. dealing, or versed in experiments. Belonging to, or resembling a quack.

EMPIRI'CALLY, Adv. after the manner of a quack, or one who is not regularly bred to physic.

EM'PIRICISM, S. quackery.

EMPLA'STER, S. [*emplastrum*, Lat. *εμπλαστρον*, Gr.] in Surgery, a medicine of a stiff, glutinous consistence, composed of several ingredients, spread on paper, linen, or leather, and applied externally.

To EMPLA'STER, V. A. to cover with a plaster.

EMPLA'STIC, Adj. viscous; glutinous; fit to be applied as a plaster.

To EMPLE'AD, V. A. [from *plead*] in Law, to indict, accuse, or prefer a charge against.

To EMPLOY, V. A. [*employer*, Fr.] to set a person about a thing; to keep at work or exercise; to use as an instrument or means, or materials; to commission, or intrust with the management of an affair; to fill up time with study or undertaking; to pass or spend in business.

EMPLOY, S. the object which engaged the mind, or is the subject of action; a person's trade, business; a public office.

EMPLOYABLE, Adj. capable of being used; fit to be applied or used. "These objects — seem *employable* against this hypothesis." *Boyle.*

EMPLOY'ER, S. one who sets a person about any undertaking; one who uses, or causes a thing to be used.

EMPLOY'MENT, S. business; the object of labour or industry; a person's trade, office, or post; an affair intrusted to the management of another.

To EMPOI'SON, V. A. [*empoisoner*, Fr.] to destroy by poison, venom, or any deadly or mortal drug; to taint with poison. Figuratively, to deprave the ideas or principles of a person by bad advice, or seditious counsels.

EMPOI'SONER, S. one who destroys another by poison.

EMPO'ISONMENT, S. the practice or act of destroying by poison. "It were dangerous for secret *empoisonments*." *Bacon.*

EMPORE'TIC, Adj. [*εμπορετικος*, Gr.] that which is sold at common markets; belonging

**A - 55**

*R.G.Ker, 1773.*
*R.G.Ker to M. Porter. Sept. 24th 1822.*

# AN UNIVERSAL DICTIONARY OF THE ENGLISH LANGUAGE.

IN WHICH

The TERMS made use of in ARTS and SCIENCES are defined;

The WORDS explained in their VARIOUS SENSES;

The ACCENTS properly placed, to facilitate the true PRONUNCIATION;

The PARTS of SPEECH denoted; and,

The SPELLING throughout reduced to an uniform and consistent standard.

To which is prefixed,

A GRAMMAR of the ENGLISH LANGUAGE.

EDINBURGH:

Printed by ALEXANDER DONALDSON and JOHN REID.
For A. DONALDSON, and sold at his shops in *Edinburgh* and *London*; E. WILSON, in *Dumfries*; and W. INGLIS, in *Lanark*.
MDCCLXIII.

[Price Six Shillings bound.]

EMBRO'IDERER, *n. f.* one that adorns cloaths with needle-work.

EMBRO'IDERY, *n. f.* figures raised upon a ground; variegated needlework.

To EMBRO'IL, *v. a.* to disturb; to confuse; to distract.

To EMBRO'THEL, *v. a.* to inclose in a brothel.

E'MBRYO, E'MBRYON, *n. f.* the offspring yet unfinished in the womb. The state of any thing yet not fit for production; yet unfinished.

EME'NDABLE, *adj.* capable of emendation; corrigible.

EMENDA'TION, *n. f.* correction; alteration of any thing from worse to better. An alteration made in the text by verbal criticism.

EMENDA'TOR, *n. f.* a corrector; an improver.

E'MERALD, *n. f.* a green precious stone.

To EME'RGE, *v. n.* to rise out of any thing in which it is covered. To issue; to proceed. To rise; to mount from a state of depression or obscurity.

EME'RGENCE, EME'RGENCY, *n. f.* the act of rising out of any fluid by which it is covered. The act of rising into view. Any sudden occasion; unexpected casualty.

EME'RGENT, *adj.* rising out of that which overwhelms or obscures it. Rising in view, or notice. Proceeding from any thing. Suddden; unexpectedly casual.

E'MERODS, EMERO'IDS, *n. f.* painful swellings of the hemorrhoidal veins; piles.

EME'RSION, *n. f.* the time when a star, having been obscured by its too near approach to the sun, appears again.

E'MERY, *n. f.* an iron ore.

EME'TIC, EME'TICAL, *adj.* having the quality of provoking vomits.

EME'TICALLY, *adv.* in such a manner as to provoke to vomit.

EMICA'TION, *n. f.* sparkling; flying off in small particles.

EMI'CTION, *n. f.* urine.

To E'MIGRATE, *v. n.* to remove from one place to another.

EMIGRA'TION, *n. f.* change of habitation.

E'MINENCE, E'MINENCY, *n. f.* loftiness. Summit. A part rising above the rest. A place where one is exposed to general notice. Exaltation. Celebrity. Supreme degree. Distinction; notice. A title given to cardinals.

E'MINENT, *adj.* high; lofty. Dignified; exalted. Conspicuous; remarkable.

E'MINENTLY, *adv.* conspicuously; in a manner that attracts observation. In a high degree.

E'MISSARY, *n. f.* one sent out on private messages; a spy; a secret agent. One that emits or sends out.

EMI'SSION, *n. f.* the act of sending out; vent.

To E'MIT, *v. a.* to send forth; to let go. To let fly; to dart. To issue out juridically.

EMME'NAGOGUES, *n. f.* medicine that promote the courses.

E'MMET, *n. f.* an ant; a pismire.

To EMME'W, *v. a.* to mew or coop up.

EMO'LLIENT, *adj.* softening; supplying.

EEMO'LLIENTS, *n. f.* such thing as sheath and soften the asperities of the humours, and relax and supple the solids.

EMOLLI'TION, *n. f.* the act of softening.

==EMO'LUMENT, *n. f.* profit; advantage; gain.==

EMO'TION, *n. f.* disturbance of mind; vehemence of passion.

To EMPA'LE, *v. a.* to fence with a pale. To fortify; to inclose; to fix in. To put to death by spitting on a stake fixed upright.

EMPA'NNEL, *n. f.* the writing or entering the names of a jury into a schedule by the sheriff, which he has summoned to appear.

To EMPA'NNEL, *v. a.* to summon to serve on a jury.

EMPA'RLANCE, *n. f.* it signifies a desire or petition in court of a day to pause what is best to do.

EMPA'SM, *n. f.* a powder to correct the bad scent of the body.

To EMPA'SSION, *v. a.* to move with passion; to affect strongly.

**A - 57**

# A COMPLETE

# Englifh Dictionary:

CONTAINING

An EXPLANATION of all the WORDS

Made Ufe of in the

COMMON OCCURRENCES OF LIFE,

OR IN THE

Several ARTS and SCIENCES:

So as to convey

A precife and determinate IDEA of their MEANING,

The ACCENTS are placed over the proper SYLLABLES, to point out the true PRONUNCIATION.

AND,

In order to inform thofe who are unacquainted with Grammar, the initial Letter is placed immediately after every Word, to denote the Part of Speech to which it belongs, viz. whether it be a Verb, a Subftantive, an Adjective, &c.

By the Rev. FRANCIS ALLEN, M. A.

LONDON:

Printed for J. WILSON and J. FELL, at the Angel, in Pater-Nofter-Row.

MDCCLXV.

A-58

EMI      EMP

der with ornaments; to adorn filk, velvet, or other stuff with ornaments.

EMBROI'DERER, S. one who works a thing with flowers, or other ornaments, of raised needle work.

EMBROI'DERY, S. the enriching with figures wrought with the needle; figures raised or wrought on a ground with a needle.

To EMBRO'IL, V. A. to disturb; to excite quarrels.

EM'BRYO, or EM'BRYON, S. the first rudiments of an animal which is not come to its state of perfection. The state of any thing not finished or come to maturity.

EMEN'DABLE, Adj. capable of being made better by change or alteration.

EMENDA'TION, S. the act of making a thing better by alteration, change, or correction.

EME'RALD, S. in Natural History, a precious stone, of a pure and beautiful green.

To EME'RGE, V. N. to rise out of any thing; to issue, or proceed.

EME'RGENCE, or EME'RGENCY, S. the act of rising from any thing which covers; any pressing necessity; a sudden occasion; an unexpected incident.

EME'RSION, S. in Physics, the rising of any solid above the surface of a fluid into which it is violently thrust.

EME'TIC, or EME'TICAL, Adj. S. a remedy which excites vomiting.

EME'TIC, S. having the quality of provoking vomits.

To E'MIGRATE, V. N. to remove from one place to another.

EMI'GRATION, S. change of dwelling; removal from one place to another.

EMI'NENCE, or EMI'NENCY, S. loftiness; heighth from the ground upwards. Exaltation; preferment; fame. A title of dignity and honour, peculiar to cardinals.

EMI'NENT, Part. high, lofty. Exalted, preferred, conspicuous.

EMI'NENTLY, Adv. conspicuously.

EMI'SSARY, S. one sent out on private messages; a spy, or secret agent.

EMI'SSION, S. the act of sending out; vent.

To E'MIT, V. A. to drive outwards; to dart; to send forth.

EM'MET, S. See Ant.

EMO'LLIENT, Part. or Adj. softening, or rendering pliable.

EMO'LLIENTS, S. in Medicine, such remedies as sheath the acrimony of the humour.

EMOLLI'TION, S. the act of softening, or rendering supple.

==EMO'LUMENT, S. profit; gain, or advantage.==

EMO'TION, S. a violent struggle, or disturbance in the mind; a strong and vehement sensation, or passion.

To EMPA'LE, V. A. to fortify, inclose, or defend.

EMPA'LEMENT, S. in Botany, the cup or outmost part of a flower, which encompasses the petals, or the foliation of the attire.

EMPA'NNEL, S. the writing or entering the names of a jury in a parchment by a sheriff.

To EMPA'NNEL, V. A. to summon a person to serve on a jury.

EMPA'SM, S. in Pharmacy, a powder sprinkled on a body, to correct some ill smell.

To EMPA'SSION, V. A. to move with a strong affection or passion; to excite the passions vehemently.

EM'PEROR, S. an absolute monarch, or supreme commander of an empire.

E'MPHASIS, S. in Rhetoric, a force, stress, or energy in expression, action, or gesture. In Grammar, a remarkable stress of the voice placed on any word or syllable.

EMPHA'TIC, or EMPHA'TICAL, Adj. forcible, strong, striking, or of great energy.

EMPHA'TICALLY, Adv. strongly; forcibly; full of energy.

EMPHYSE'MATOUS, Adj. bloated; swelled; puffed up.

EM'PIRE, S. the territory of land under the jurisdiction of an emperor; imperial power.

EMPI'RIC, S. one whose skill in medicine depends purely on practice and experiment; a quack.

EMPIRI'CALLY, Adv. after the manner of a quack.

EM'PIRICISM, S. quackery.

EMPLA'STIC

# THE
# NEW Spelling Dictionary,

TEACHING

To WRITE and PRONOUNCE the *ENGLISH* Tongue
with Eaſe and Propriety;

In which each Word is accented according to its juſt and natural Pronunciation;
the Part of Speech is properly diſtinguiſhed, and
THE VARIOUS SIGNIFICATIONS ARE RANGED IN ONE LINE;

WITH

A LIST of PROPER NAMES of MEN and WOMEN.

THE WHOLE

Compiled and digeſted in a manner entirely new, to make it a

# COMPLETE POCKET COMPANION

FOR THOSE

Who read MILTON, POPE, ADDISON, SHAKESPEARE, TILLOTSON and LOCKE, or other *Engliſh* Authors of Repute in *Proſe* or *Verſe*: And in particular to aſſiſt *young* People, *Artificers*, *Tradeſmen* and *Foreigners*, deſirous of underſtanding what they ſpeak, read and write.

To which is prefixed,

A GRAMMATICAL INTRODUCTION to the *Engliſh* Tongue.

---

By the Rev. JOHN ENTICK, A. M.

Editor of LITTLETON's Latin and Engliſh Dictionary and SCHREVELIUS's Greek Lexicon.

---

A NEW EDITION, carefully reviſed and corrected; to which, with the former Additions, is now added, A COMPENDIOUS HISTORICAL DICTIONARY of the HEATHEN GODS and GODDESSES, HEROES and HEROINES, &c.

LONDON:

PRINTED FOR CHARLES DILLY, IN THE POULTRY. 1780.

Digitized by Google

| EMB | EMP | 143 |
|---|---|---|

Emancipátion, ſ. a deliverance from ſlavery
Imas'culate, v. a. to caſtrate, to effeminate
Emaſculátion, ſ. a caſtration, effeminacy
Embále, v. a. to bind up, to incloſe
Embálm, v. a. to impregnate with ſpices (ing
Embálmer, ſ. one who preſerves bodies by embalm-
Embár, v. a. to ſhut in, hinder, block up, ſtop
Embárgo, ſ. a prohibition to ſail
Embárk, v. to put or go on ſhipboard
Embarkátion, ſ. a putting or going on ſhipboard
Embárraſs, v. a. to perplex, entangle, diſtreſs
Embárraſſment, ſ. perplexity, diſtreſs, trouble
Embáſe, v. a. to impair, degrade, make worſe
Embáſſador, ſ. one ſent on a public meſſage
Embáſſage, E'mbaſſy, ſ. a public meſſage
Embáttle, v. a. to arrange in order of battle
Embáy, v. a. to incloſe in a bay, wet, waſh
Embélliſh, v. a. to adorn, beautify, ſet off
Embélliſhment, ſ. ornament, decoration
E'mbers, ſ. pl. hot cinders or aſhes
Embézzle, v. a. to ſteal privately, waſte, ſpoil
Embézzlement, ſ. a miſapplying a truſt
Embláze, v. a. to blazon, adorn, paint
E'mblem, ſ. a moral device, a repreſentation
E'mblem, v. a. to repreſent alluſively
Emblemát'ical, a. alluſive, uſing emblems
Emblemát'ically, ad. alluſively
Emblem'atiſt, ſ. a writer or inventor of emblems
E'mboliſm, ſ. an intercalation, time inſerted
Embóſs, v. a. to adorn with riſing work, to incloſe
Embóſſing, ſ. the art of making figures in relievo
Embóſſment, ſ. relief, riſing work
Embóttle, v. a. to include in bottles, to bottle
Embow'el, v. a. to take out the entrails
Embráce, v. a. to ſqueeze in kindneſs, to welcome
Embráce, Embrácement, ſ. a claſp, a hug
Embraſúre, ſ. a battlement, an opening in a wall
E'mbrocate, v. a. to foment a part diſeaſed

Embrocátion, ſ. a fomentation
Embróider, v. a. to adorn with figure work
Embróiderer, ſ. one who embroiders
Embróidery, ſ. variegated needle-work
Embróil, v. a. to diſturb, confuſe, diſtract
Embróth'el, v. a. to incloſe in a brothel
E'mbryo, ſ. a child indiſtinctly formed, any thing
Embúrſe, v. a. to reſtore money owing (unfiniſhed
Emendátion, ſ. a correction, an alteration
Em'erald, ſ. a green precious ſtone
Em'erge, v. n. to iſſue, to riſe out of
Em'ergency, ſ. a riſing out of, great neceſſity
Em'ergent, part. a. coming into ſight, ſudden
Emérſion, ſ. a riſing out of water
Emet'ic, a. provoking vomits; ſ. a vomit
Emicátion, ſ. a ſparkling, a glittering
Emíction, ſ. a making of urine
Emigrate, v. n. to remove from place to place
Emigrátion, ſ. a change of habitation
Em'inence, ſ. height, honor, top, a cardinal's title
Em'inent, a. high, lofty, remarkable, exalted
Em'inently, ad. conſpicuouſly, in a high degree
Em'iſſary, ſ. a ſecret agent, a ſpy
Emíſſion, ſ. a throwing out, vent, ſhooting
Emít, v. a. to dart, let fly, iſſue out
E'mmet, ſ. an ant, a piſmire
Emmew', v. a. to mew or coop up
Emóllient, a. ſoftening, ſuppling
Emolli"tion, ſ. the act of ſoftening
==Emol'ument, ſ. profit, advantage, benefit==
Emótion, ſ. diſturbance of mind, a ſudden motion
Empále, v. a. to incloſe, fortify, fence in
Empánnel, v. a. to ſettle a jury
Empánnel, ſ. the ſchedule of a jury
Empáſſion, v. a. to move with paſſion, to affect
E'mperor, ſ. a monarch ſuperior to a king
E'mphaſis, ſ. a remarkable ſtreſs on a word
Emphát'ical, a. ſtrong, forcible, ſtriking
Emphát'ically,

Digitized by Google