# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

Part 6 of 10

**A - 1**

# THE
# Complete English Dictionary:

OR,

GENERAL REPOSITORY

OF THE

ENGLISH LANGUAGE.

CONTAINING

A COPIOUS EXPLANATION

OF ALL THE

WORDS in the ENGLISH LANGUAGE;

TOGETHER WITH

Their different SIGNIFICATIONS, viz.

I. The WORDS, and the various Senses in which they are used.
II. The TRUE PRONUNCIATION pointed out by being properly accented.
III. INITIAL LETTERS placed to denote the Part of Speech to which each Word belongs.
IV. A geographical DESCRIPTION of the four Quarters of the World.
V. A more particular DESCRIPTION of the Counties, Cities, and principal Towns in England and Wales, than has ever appeared in any Book of this Kind.
VI. As the LIVES of the ENGLISH POETS, and others, celebrated for their Learning and Genius, can no where be introduced with more Propriety than in a DICTIONARY of the ENGLISH LANGUAGE, we have enriched our Performance with the most entertaining and authentic Memoirs of those illustrious Men who have flourished in these Kingdoms.

To which will be prefixed,

A COMPLETE ENGLISH GRAMMAR.

By the Rev. FREDERICK BARLOW, M. A.
Vicar of BURTON.

Assisted by several other GENTLEMEN.

---

LONDON:
Printed for the AUTHOR,

And Sold by T. EVANS, at No. 54, in Pater-noster-Row; F. BLYTH, at the Royal Exchange; Mr. JACKSON at Oxford; Mess. FLETCHER and HODSON, at Cambridge; Mr. WILSON, at Dublin; Mr. ETHERINGTON, at York; and all other Booksellers, &c. in Great Britain and Ireland.

aversion; used with *from.* "What *disgusts* me from having to do with answer-jobbers." *Swift.*

DISGU'STFUL, Adj. producing aversion or dislike.

DI'SH, S. [*disc*, Sax.] a broad shallow vessel with a rim, either of silver, pewter, china, &c. used for holding joints, or other victuals at a table, and differing from a plate in size. Figuratively, the meat placed in a *dish.*

To DI'SH, V. A. to serve meat up elegantly, or place it in a *dish.* To *dish out,* to adorn, deck, or set off.

DISHABI'LLE, S. [Fr.] an undress; a loose and negligent morning dress.

DISHABI'LLE, Adj loosely, carelessly, and negligently dress'd.

To DISHA'BIT, V. A. to displace or uncover a thing. "From their fixed beds of lime had been *dishabited.*" *Shak.*

To DISHEA'RTEN, V. A. to deprive of courage; to terrify; to make a person imagine a thing to be impracticable.

DISHERI'SON, S. the act of debarring or hindering a person from an inheritance.

To DISHE'RIT, V. A. to debar or cut off from an inheritance.

To DISHEVE'L, V. A. [*decheveler,* Fr.] to spread hair in a loose, negligent, careless, and disorderly manner.

DISHO'NEST, Adj. fraudulent, or inconsistent with justice. Reproachful, or shameful.

DISHO'NESTLY, Adv. so as to be inconsistent with honour, honesty, or justice.

DISHO'NESTY, S. want of probity. The act of doing any thing to defraud another. Injustice. Figuratively, unchasteness, or lewdness. "If you suspect me in any *dishonesty,*" *Shak.*

DISHO'NOUR, S. that which affects a person with disgrace. Figuratively, reproach, loss of reputation.

To DISHO'NOUR, V. A. to bring to shame or disgrace. To blast or injure the character of a person. To violate a person's chastity. To treat with indignity, or contempt.

DISHO'NOURABLE, Adj. void of respect, reverence, or esteem. Shameful; reproachful; disreputable.

DISHO'NOURER, S. one who treats another with indignity, or violates the chastity of a female.

To DISINCA'RCERATE, V. A. to free from imprisonment. Figuratively, to release, or free from confinement. "Open the surface of the earth for to *disincarcerate* the same venene bodies." *Harvey.*

DISI'NCLINATION, S. want of affection, or bias. Want of propensity, less than aversion.

To DISINCLI'NE, V. A. to lessen or abate one's affections for a thing or person.

DISINGENU'ITY, S. unfairness; low and mean artifice; cunning.

DISINGE'NUOUS, Adj. not openly and frankly. Meanly, sly, cunning, subtle.

DISINGE'NUOUSLY, Adv. in an unfair, sly, or subtle manner.

To DISINHE'RIT, V. A. to cut off or deprive of an inheritance.

DISINTERE'SED, Adj. [from *dis* and *interesse,* Fr.] without any regard to private interest; without any bias on account of a person's own emolument, or advantage. Impartial.

DISIN'TEREST, S. that which is contrary to a person's success or interest. A disadvantage or loss. Disregard of profit or private advantage.

DISI'NTERESTED, Adj. not influenced by any selfish views of private lucre, or advantage.

To DISJOIN, V. A. [*dejoindre,* Fr.] to separate things which are united. To part, or sever.

To DIS'JOINT, V. A. [pronounced *disjint,* with the *i* long] to put out of joint. To separate things at the joint. To carve or cut into pieces. To make incoherent. To marr or destroy the connection of words, or sentences. "Her words *disjointed.*" *Smith.* Neuterly, to fall in pieces.

DISJO'INT, Part. divided. "Thanks —our state to be *disjoint.*" *Shak.*

DISJU'NCTION, S. [*disjunctio,* Lat.] separation; division. "The *disjunction* of the body and the soul." *South.*

DISJU'NCTIVE, Adj. [*disjunctivus,* Lat.] disuniting; unfit for union. In grammar, applied to such particles as denote a separation, or contrast. In Logic, applied to such propositions whose parts are opposed to each other by disjunctive particles.

DISJU'NCTIVELY, Adv. in a separate manner; distinctly; separately.

DIS'K, S. [*disc,* Sax. *discus,* Lat.] in astronomy, the body of the sun or planets, divided by astronomers into 12 parts. In optics, the magnitude of the glass of a telescope, or the width of its aperture. In botany, the middle part of radiated flowers.

DISKI'NDNESS, S. want of kindness, affection, charity, or benevolence. An act whereby a person receives detriment, and is supposed to be derived from ill-will.

To DISLI'KE, V. A. to want of approbation, affection, or esteem.

To DISLI'KE, V. A. to disapprove. To look on as improper, or faulty. To hate. To shew disgust, or dis-esteem.

To DISLI'KEN, V. A. to change the appearance from what it was before.

To DI'SLOCATE, V. A. [from *dis* and *locatus,* Lat.] to put, or force out of its proper place. To disjoint.

DISLOCA'TION, S. [from *dislocate*] the putting

figures wrought with the needle. Figures raised on a ground with a needle.

To EMBRO'IL, V. A. [*brouiller,* Fr.] to set persons at variance; to excite quarrels. To involve in confusion and trouble.

EM'BRYO, EM'BRYON, S. [*εμβρυον,* Gr.] the first rudiments of an animal. In Botany, the grain of a plant. Figuratively, the state of any thing not finished or come to maturity.

EMEN'DABLE, Adj. [from *emendo,* Lat.] that which may be made better.

EMENDA'TION, S. [*emendatus,* Lat.] the act of making a thing better by alteration, change or correction.

EMENDA'TOR, S. [Lat.] one who improves, or renders a thing better. A corrector.

EM'ERALD, S. [*smaragdus,* Lat.] in natural History, the most beautiful of all the class of coloured gems, when perfect. It is found sometimes in the roundish or pebble form, sometimes in the columnar or crystaline one; the pebble emeralds, however, are the most valued; there are multitudes found of the size of a large pin's head, for one of any tolerable bigness; though now and then there occurs stones of the size of a horse-bean, and even up to that of a walnut, tho' this last very rare. The pebble emeralds are found loose in the earth of mountains, and in the beds of rivers; the crystalliform ones are usually met with adhering to a white, opaque, crystalline matter, though sometimes to pieces of jasper or of the prasius, a coarser and softer gem of the same colour, only with some tinge of a yellowish cast, and called the root of the emerald. The pebble emeralds are, in their natural state, bright and transparent, though less glossy than the columnar ones; both are always of a perfect and pure green. It has this green in all the different shades, from very dark to extremely pale, and is probably sometimes colourless, though the English jewellers call it white sapphire.

The smaragus of the ancients, properly so called, was evidently the same with our emerald; though they comprehended also under this name every gem, or even stone or any considerable beauty, and of a green colour.

To EMER'GE, V. N. [*emergo,* Lat.] to rise out of any thing, with which it is covered. To issue, or proceed. To rise from obscurity, distress, or ignorance.

EMER'GENCE, EMER'GENCY, S. the act of rising from any thing which covers or depresses. The rising from a state of obscurity. Any pressing necessity, a sudden occasion.

EMER'GENT, Part. [*emergens,* Lat.] rising from that which covers, conceals, or depresses. Proceeding or issuing from, used with *from.* Sudden, or pressing, joined to *occasion.* In Chronology, the *emergent* year, is that from which time is reckoned.

EMER'SION, S. [*emersus,* Lat.] in Physics, the rising of any solid above the surface of a fluid into which it is violently thrust.

EM'ERY, S. [*emeril,* Fr. *smyris,* Lat.] in Natural History, an iron ore, of a dusky, brownish red on the surface, but when broken, of a fine, bright iron-grey, with some tinge of redness, and spangled all over with shining specks; found in Guernsey, Tuscany, and Germany, prepared by being ground in mills, used in cleaning and polishing steel, grinding an edge to tools, and by lapidaries to cut their stones with.

EME'TIC, S. [*εμετικ,* Gr.] a medicine which excites vomiting.

EME'TIC, EME'TICAL, Adj. having the quality of provoking vomits.

EME'TICALLY, Adv. so as to provoke vomiting.

To EM'IGRATE, V. N. [*emigratus,* Lat.] to remove from one place to another.

EMIGRA'TION, S. change of dwelling from one place to another. Removal from one place to another.

EM'INENCE, EM'INENCY, S. [*eminentia,* Lat.] loftiness; the summit, or highest part of a thing. A part rising higher than the rest. Figuratively, exaltation; preferment; fame; A supreme, or superior degree. A title of dignity peculiar to cardinals.

EM'INENT, Part. [*eminens,* Lat.] high, lofty, applied to situation. Figuratively, exalted, preferred, or conspicuous on account of rank, or merit.

EM'INENTLY, Adv. conspicuously; deserving notice. In a high degree.

EM'ISSARY, S. [*emissarius,* low Lat.] a person sent out on private messages; a spy. In Anatomy, that which emits, or sends out, the same as *excretory.*

EMI'SSION, S. [*emissio,* Lat.] the act of sending out; vent. The act of ejecting, throwing, or drawing a fluid from within outwards. The expulsion of the seed.

To E'MIT, V. A. [*emitto,* Lat] to drive outwards; to dart; to send forth.

EM'MET, S. [*æmette,* Sax.] see ANT.

EMO'LLIENT, Part. [*emolliens,* Lat.] softening, or rendering soft and pliable.

EMO'LLIENTS, S. in Medicine, such remedies as sheath the acrimony of humour, and soften and supple the solids.

EMOLLI'TION, S. [*emollitio,* Lat.] the act of softening, or suppling The state of a thing rendered. "Bathing and anointing give a relaxation or *emollition.*" *Bacon.*

EMO'LUMENT, S. [*emolumentum,* Lat.] profit, gain, or advantage.

EMO'TION, S. [Fr.] a violent struggle. A strong sensation, or passion, excited either by a pleasing, or a disagreeable object.

To EMPA'LE, V. A. [*empaler,* Fr.] to fortify,

A

# NEW DICTIONARY

OF THE

# ENGLISH LANGUAGE:

CONTAINING,

Not only the *Explanation* of Words, with their *Orthography*, *Etymology*, and *Idiomatical Use* in WRITING;

BUT LIKEWISE,

Their *Orthoepia* or Pronunciation in SPEECH, according to the present Practice of polished Speakers in the Metropolis; which is rendered obvious at Sight, in a Manner perfectly simple, and principally new.

TO WHICH IS PREFIXED,

# A RHETORICAL GRAMMAR;

IN WHICH

The Elements of Speech in general, and those of the English Tongue in particular are analyzed; and the Rudiments of Articulation, Pronunciation and Prosody intelligibly displayed.

## BY WILLIAM KENRICK, LL.D.

Ἀνδρὸς χαρακτὴρ ἐκ λόγου γνωρίζεται.

LONDON:

Printed for JOHN and FRANCIS RIVINGTON, WILLIAM JOHNSTON, THOMAS LONGMAN, and THOMAS CADELL.

MDCCLXXIII.

EMP

EMME'KAGOGUES. n. f. [ἐμμηνα and ἄγω.] Medicines that promote the courses.

E'MMET — EM-MET. n. f. [æmette, Sax.] An ant; a pismire.

EMO'LLIENT — E-MOL-LI-ENT. adj. [emolliens, Lat.] Softening; suppling.

EMO'LLIENTS. n. f. Such things as sheath and soften the asperities of the humours, and relax and supple the solids at the same time.

EMOLLI'TION. n. f. [emollitio, Latin.] The act of softening.

EMO'LUMENT — E-MOL-U-MENT. n. f. [emolumentum, Lat.] Profit; advantage.

EMO'TION — E-MO-TION. n. f. [emotion, Fr.] Disturbance of mind; vehemence of passion, or pleasing or painful.

To EMPA'LE — EM-PALE. v. a. [empaler, Fr.] To fence with a pale.—To fortify.—To inclose; shut in.—To put to death by spitting on a stake fixed upright. It is chiefly used in the latter sense.

EMPA'NNEL — EM-PAN-NEL. n. f. [from panne, Fr.] The writing or entering the names of a jury into a parchment schedule, or roll of paper, by the sheriff, which he has summoned to appear for the performance of such public service as juries are employed in.

To EMPA'NNEL. v. a. [from the noun.] To summon to serve on a jury.

EMPA'RLANCE. n. f. [from parler, Fr.] A desire or petition in court of a day to pause what is best to do; and it is sometimes used for the conference of a jury in the cause committed to them.

To EMPA'SSION. v. a. [from passion.] To move with passion; to affect strongly; to throw off from equanimity.

E'MPEROUR — EM-PER-OUR. n. f. [empereur, Fren. imperator, Lat.] A monarch of title and dignity superior to a king: as, the emperour of Germany.

E'MPHASIS — EM-PHA-SIS. n. f. [ἔμφασις.] A remarkable stress laid upon a word or sentence; particular force impressed by stile or pronunciation.

EMPHA'TIC — EM-PHAT-IC. } adj. [ἐμφάσιμ.] Forcible;
EMPHA'TICAL.             } strong; striking.—Striking the sight.—Appearing; seeming not real.

EMPHA'TICALLY — EM-PHAT-I-CAL-LY. adv. [from emphatical.] Strongly; forcibly; in a striking manner.—According to appearance.

E'MPIRE — EM-PIRE. n. f. [empire, Fr. imperium, Lat.] Imperial power; supreme dominion; sovereign command. The region over which dominion is extended.—Command over any thing.

E'MPIRIC — EM-PIR-IC. n. f. [ἐμπειρικός.] A trier or experimenter; such persons as have no true education in, or knowledge of physical practice, but venture upon hearsay and observation only.

E'MPIRIC.    } adj. [from the noun.] Versed in expe-
EMPI'RICAL. } riments.—Known only by experience; practised only by rote, without rational grounds.

EMPI'RICALLY. adv. [from emperical.] Experimentally; according to experience.—Without rational grounds; charlatanically; in the manner of quacks.

EMP

EMPI'RICISM — EM-PIR-I-CISM. n. f. [from empirick.] Dependence on experience without knowledge or art; quackery.

To EMPLA'STER — EM-PLAS-TER. v. a. [from ἔμπλαστρον.] To cover with a plaster.

EMPLA'STIC — EM-PLAS-TIC. adj. [ἐμπλαστικός.] Viscous; glutinous; fit to be applied as a plaster.

To EMPLE'AD. v. a. [from plead.] To indict; to prefer a charge against; to accuse.

To EMPLO'Y — EM-PLOY. v. a. [employer, Fr.] To busy; to keep at work; to exercise.—To use as an instrument.—To use as means.—To use as materials.—To commission; to intrust with the management of any affairs.—To fill up with business.—To pass or spend in business.

EMPLO'Y. n. f. [from the verb.] Business; object of industry.—Publick office.

EMPLO'YER — EM-PLOY-ER. n. f. [from employ.] One that uses or causes to be used.

EMPLO'YMENT. n. f. [from employ.] Business; object of industry; object of labour.—Business; the state of being employed.—Office; post of business.—Business ins ulted.

To EMPO'ISON — EM-POI-SON. In common discourse the middle syllable is pronounced as if written with an i or y. See POISON. v. a. [empoisonner, Fr.] To destroy by poison; to destroy by venomous food or drugs; to poison.—To taint with poison; to envenom. This is the more usual sense.

EMPO'ISONER. n. f. [empoisonneur, Fr.] One who destroys another by poison.

EMPO'ISONMENT. n. f. [empoisonnement, Fr.] The practise of destroying by poison.

EMPO'RIUM — EM-PO-RI-UM. n. f. [ἐμπόριον.] A place of merchandise; a mart; a town of trade; a commercial city.

To EMPO'VERISH — EM-POV-ER-ISH. v. a. [pauvre, Fr.] To make poor; to depauperate; to reduce to indigence.—To lessen fertility.

EMPO'VERISHER. n. f. [from empoverish.] One that makes others poor.—That which impairs fertility.

EMPO'VERISHMENT. n. f. [from empoverish.] Diminution; cause of poverty; waste.

To EMPO'WER. v. a. [from power.] To authorise; to commission; to give power or authority to any purpose.—To give natural force; to enable.

E'MPRESS — EM-PRESS. n. f. The queen of an emperor.—A female invested with imperial dignity; a female sovereign.

EMPRI'SE. n. f. [emprises Fr.] Attempt of danger; undertaking of hazard; enterprise.

E'MPTINESS — EMP-TI-NESS. n. f. [from empty.] Absence of plenitude; inanity.—The state of being empty.—A void space; vacuity; vacuum.—Want of substance or solidity.—Unsatisfactoriness; inability to fill up the desires.—Vacuity of head; want of knowledge.

E'MPTION — EMP-TION. n. f. [emptio, Lat.] The act of purchasing; a purchase.

E'MPTY — EMP-TY. adj. [æmtig, Sax.] Void; having nothing in it; not full.—Devoid; unfurnished.—Unsatisfactory; unable to fill the mind or desires.—Without any
thing

# AN ACCURATE NEW Spelling Dictionary, and Expositor OF THE ENGLISH LANGUAGE,

## CONTAINING

A much larger COLLECTION of Modern WORDS than any Book of the Kind and Price extant:

And shewing how the same are to be written correctly, and pronounced properly; with the different Meanings or Significations of each Word.

TO WHICH IS ADDED,

An entire New DICTIONARY

## Of all the Heathen *Gods* and *Goddesses*:

And also of the most illustrious HEROES treated of by *Homer*, *Virgil*, *Ovid*, and other ancient Poets: With a summary Account of their Origin, Descent, and Exploits, and how represented by Statuaries, Painters, &c.

To the whole is prefixed, A compendious, practical

## GRAMMAR of the ENGLISH LANGUAGE.

By A. FISHER,

Author of the *Practical New English Grammar*, the *New English Tutor*, calculated for the New Method of Teaching English, &c. &c.

The SIXTH EDITION, much improved.

LONDON: Printed for the AUTHOR, and sold by G. G. J. and J. Robinson, in Pater-noster-Row; and S. Hodgson, Newcastle. MDCCLXXXVIII.

Digitized by Google

# EMP          ENC

Embroil', v. to disturb, to confuse, to distract
Em'bryo, n. a child distinctly formed; any thing unfinished, or in design
Emendátion, n. a correction, an alteration
Em'erald, n. a green precious stone
Emer'ge, v. to issue, to rise out of
Emer'ging, part. rising out of the water
Emer'gency, n. a casual event
Emer'gent, q. coming into sight, sudden
Em'ery, n. used in burnishing, an iron ore
Emeróids, or Emerods, n. the piles
Emer'sion, n. a rising out of water
Emet'ic, or Emetical, q. provoking vomits
Emicátion, n. sparkling, small particles
Emic'tion, n. urine
Em'igrate, v. to remove from place to place
Emigrátion, n. change of habitation
Em'inence, n. height, top, a cardinal's title
Em'inent, q. lofty, remarkable, exalted
Em'issary, n. a messenger, agent, spy
Emis'sion, n. throwing out, vent, shooting
Emit', v. to dart, to let fly, to issue out
Emmen'agogues, n. medicines that promote the courses
Em'met, n. an ant, a pismire
Emol'lient, q. softening, suppling
Emol'ument, n. advantage, profit, benefit
Emótion, n. disturbance of mind
Empále, v. to inclose, to hedge in
Empan'nel, v. to settle or call a jury
Empar'lance, n. a petion, motion, conference
Empas'mas, n. a powder against the bad scent of the body
Em'peror, n. a monarch superior to a king
Em'phasis, n. a stress on a word
Emphat'ic, or Emphatical, q. strong, forcible
Em'pire, n. an imperial dominion

Em'piric, n. a pretended physician, a quack
Empir'icism, n. quackery
Emplas'tic, q. viscous, glutinous
Empléad, v. to indict, to bring a charge
Employ', v. to keep at work, to exercise
Employ', n. public office, business
Employ'ment, n. business
Empórium, n. the seat of merchandize
Empov'erish, v. to make poor, to exhaust
Empov'erishment, n. the cause of poverty
Empow'er, v. to authorise, to enable
Em'press, n. a woman with imperial dignity
Emp'tiness, n. vacuity, want of sense
Emp'tion, n. the act of purchasing
Emp'ty, q. void, unfinished, ignorant
Emp'ty, v. to evacuate, to exhaust
Empyr'eal, q. refined, beyond aerial
Empyréan, n. the heaven that gives heat
Empyrósis, n. conflagration, general fire
Em'ulate, v. to rival, to resemble, to imitate
Emulátion, n. rivalry, contention
Em'ulative, q. rivalling, emulous
Emulátor, n. a rival, a competitor
Emul'ge, v. to milk out, to empty
Emul'gent, q. milking out, draining out
Em'ulous, q. desirous to excel
Emul'sion, n. a liquid oily medicine
Enáble, v. to make able
Enact', v. to establish, to effect, to perform
Enal'lage, n. a figure, a change of things
Enam'el, v. to inlay with colours
Enam'el, n. the matter used in enamelling
Enam'eller, n. one who enamels
Enam'our, v. to inflame with love
Enarrátion, n. explanation, explication
Enatátion, n. the act of swimming out
Encáge, v. to shut up, to coop, to confine

# A COMPLETE AND UNIVERSAL ENGLISH DICTIONARY ON A NEW PLAN:

### INCLUDING NOT ONLY

I. A FULL EXPLANATION of DIFFICULT WORDS and TECHNICAL TERMS in all FACULTIES and PROFESSIONS,

#### WHETHER IN

| | | |
|---|---|---|
| ALGEBRA, | GEOMETRY, | NATURAL HISTORY, |
| ANATOMY, | GRAMMAR, | NAVIGATION, |
| ARCHITECTURE, | HERALDRY, | OPTICS, |
| ARITHMETIC, | HISTORY, | PAINTING, |
| ASTRONOMY, | HUSBANDRY, | PERSPECTIVE, |
| BOTANY, | HYDROSTATICS, | PHILOSOPHY, |
| CHEMISTRY, | LAW, | PNEUMATICS, |
| DIALLING, | MATHEMATICS, | POETRY, |
| DIVINITY, | MECHANICS, | RHETORIC, |
| GARDENING, | MILITARY ART, | SCULPTURE, |
| GEOGRAPHY, | MUSIC, | SURVEYING, &c. |

#### BUT

## II. A PRONOUNCING DICTIONARY;

In which the proper SOUNDS of ENGLISH WORDS are given in a Manner so plain and simple, that both NATIVES and FORRIGNERS may correct an IMPROPER, or acquire a RIGHT PRONUNCIATION of the ENGLISH LANGUAGE.

III. The ORIGIN of each WORD; its different Meanings or Applications explained; and illustrated by AUTHORITIES, and properly ACCENTED; as also followed by INITIAL LETTERS, denoting the PART of SPEECH to which it is appropriated.

IV. The DIFFERENCE between WORDS esteemed SYNONIMOUS pointed out; and the proper Choice of them determined.

V. An EPITOME of the HISTORY of ENGLAND; including every remarkable EVENT from the Time of EGBERT to the Conclusion of the PEACE of VERSAILLES in 1763, arranged alphabetically under each KING's Name, and including the Character of each SOVEREIGN, with the State of the ARTS and SCIENCES during his Reign.

VI. An HISTORICAL and GEOGRAPHICAL DESCRIPTION of the various EMPIRES, KINGDOMS, STATES, REPUBLICS, PROVINCES, CITIES, and CHIEF TOWNS of the Known World.

VII. A short ACCOUNT of the PRIMITIVE and MODERN SECTS and DIVISIONS in the CHRISTIAN CHURCH; their OPINIONS and PRACTICES; together with a brief HISTORY of the PROPHETS and APOSTLES.

VIII. An authentic ACCOUNT of the COUNTIES, CITIES, and MARKET TOWNS in ENGLAND, WALES, and SCOTLAND; as also the VILLAGES with Fairs; the Days on which they are kept according to the NEW-STILE; as well as the Cattle, Goods, and Merchandise sold thereat; and the exact Distance from LONDON, carefully corrected from the latest Measurements.

#### To which are prefixed,

A FREE ENQUIRY into the ORIGIN and ANTIQUITY of LETTERS:
An ESSAY on the ORIGIN and ANTIQUITY of the ENGLISH LANGUAGE:
A Sketch of the CONSTITUTION, GOVERNMENT, and TRADE of ENGLAND:
A New Compendious GRAMMAR of the ENGLISH LANGUAGE:

And to the Whole is added,
An OUTLINE of ANTIENT and MODERN HISTORY;
Including a CHRONOLOGICAL SERIES of REMARKABLE EVENTS, DISCOVERIES and INVENTIONS, from the CREATION to the PRESENT TIME: together with a Complete LIST of the GRECIAN, ROMAN, and ENGLISH CLASSICKS.

The Whole comprising several thousand Articles not to be found in any other DICTIONARY.

### By the Rev. JAMES BARCLAY,

CURATE of *Edmonton*, in *Middlesex*, and many Years MASTER of an ACADEMY in *Goodman's-Fields*, and at *Tottenham*;

### AND OTHERS.

LONDON:
1774(?)
Printed for RICHARDSON and URQUHART; W. OTRIDGE; H. GARDNER; G. PEARCH; S. LEACROFT; W. GOLDSMITH; J. BEW; and T. W...

bing any diseased part with medical liquor; the lotion with which any diseased part is rubbed.

To EMBROI'DER, V. A. [Fr.] to border with ornaments; to adorn silk, velvet, or other stuff with ornaments, wrought with a needle, either in gold, silver, silk, or thread of the same colour.

EMBROI'DERER, S. one who works a thing with flowers, or other ornaments, of raised needle-work.

EMBROI'DERY, S. the enriching with figures wrought with the needle; figures raised or wrought on a ground with a needle. Figuratively, the different colours which adorn the fields in summer.

To EMBROI'L, V. A. [Fr.] to disturb; to set persons at variance; to excite quarrels; to involve in confusion and trouble by civil discord and commotion.

E'MBRYO, or E'MBRYON, S. [Gr.] the first rudiments of an animal which is not come to its state of perfection. In Botany, the grain, or seed of a plant; or the germ or first sprout appearing out of the seed. Figuratively, the state of any thing not finished or come to maturity.

EME'NDABLE, Adj. [Lat.] capable of being made better by change or alteration.

EMENDA'TION, S. [Lat.] the act of making a thing better by alteration, change, or correction; an alteration made in the reading of an author by a critic.

EMENDA'TOR, S. [Lat.] one who improves, or renders a thing better by alteration or correction; a corrector.

E'MERALD, S. [Fr.] in Natural History, a precious stone, usually of a very bright and naturally polished surface, always of a pure and beautiful green, without admixture of any other colour, and of all the various shades from the deepest to the palest.

To EMERGE, V. N. [Lat.] to rise out of any thing with which it is covered, or depressed; to issue, or proceed; to rise from a state of obscurity, distress, or ignorance.

EME'RGENCE, or EME'RGENCY, S. the act of rising from any thing which covers; the act of rising from a state of obscurity and distress; any pressing necessity; a sudden occasion; an unexpected incident.

EME'RGENT, Part. [Lat.] rising from that which covers, conceals, obscures, or depresses. Proceeding or issuing from, used with from. Sudden, or pressing, joined to occasion.

E'MERODS, S. [corrupted from hemorrhoids] the piles. "Smote them with emerods." 1 Sam. v.

EME'RSION, S. [Lat.] in Physics, the rising of any solid above the surface of a fluid into which it is violently thrust. In Astronomy, the appearance of a star, after its having been obscured by too near an approach to the sun; or after having been eclipsed or hid by the interposition of the moon, earth, or other body.

E'MERY, S. [Lat.] in Natural History, an iron ore, of a dusky, brownish red on the surface, used in cleaning and polishing steel, grinding an edge to tools, and by lapidaries to cut their stones with.

EME'TIC, S. [Gr.] a remedy which excites vomiting.

EME'TIC, or EME'TICAL, Adj. having the quality of provoking vomits.

EME'TICALLY, Adv. in such a manner as to provoke to vomit.

EMICA'TION, S. [Lat.] sparkling; flying off in small particles.

EMI'CTION, S. [Lat.] urine.

To E'MIGRATE, V. N. [Lat.] to remove from one place to another.

E'MINENCE, or E'MINENCY, S. [Lat.] loftiness; height from the ground upwards; the summit, or highest part of a thing. Figuratively, exaltation; preferment; fame; or the state of being exposed to public view and notice; a supreme or superior degree. A title of dignity and honour, peculiar to cardinals; hence it is used for respect, notice, reverence, or all the submissions due to superior rank.

E'MINENT, Adj. [Lat.] high, lofty, applied to situation. Figuratively, exalted, preferred, or conspicuous on account of place, rank, or merit.

E'MINENTLY, Adv. conspicuously; in such a manner as to attract notice; in a high degree.

E'MISSARY, S. [low Lat.] one sent out on private messages; a spy, or secret agent. In Anatomy, that which emits, or sends out; the same as excretory.

EMI'SSION, S. [Lat.] the act of sending out; vent; the act of throwing or drawing a thing, particularly a fluid, from within outwards; the expulsion or ejection of the seed.

To EMI'T, V. A. [Lat.] to drive outwards; to dart; to send forth. In Law, to issue out according to the form prescribed.

EMME'NAGOGUES, [éménagògæ] S. [Gr.] medicines that promote the menses.

E'MMET, S. [Sax.] See ANT.

EMO'LLIENT, Part or Adj. [Lat.] softening, or rendering pliable.

EMO'LLIENTS, S. in Medicine, such remedies as sheath the acrimony of humours, and at the same time soften and supple the solids.

EMO'LUMENT, S. [Lat.] profit arising from an office or employ; gain, or advantage. SYNON. Some persons are so particularly rigid as to condemn all gain arising from play. Many will idly call that profit which has accrued by illicit means. It is low and sordid to be ever led by lucre. We do not always find the greatest honour in offices where there are the greatest emoluments.

EMO'TION, S. [Fr.] a violent struggle
or

# A NEW AND COMPLETE DICTIONARY OF THE ENGLISH LANGUAGE.



IN WHICH

ALL THE WORDS are introduced,

The DIFFERENT SPELLINGS preserved,

The Sounds of the LETTERS occasionally distinguished,

The OBSOLETE and UNCOMMON WORDS supported by AUTHORITIES,

And the DIFFERENT CONSTRUCTION and USES illustrated by EXAMPLES.

TO WHICH IS PREFIXED,

A COMPREHENSIVE GRAMMAR.

By JOHN ASH, LL.D.

Author of GRAMMATICAL INSTITUTES; or, An EASY INTRODUCTION to Dr. LOWTH's ENGLISH GRAMMAR.

IN TWO VOLUMES.

VOL. I.

LONDON:
PRINTED FOR EDWARD AND CHARLES DILLY IN THE POULTRY, AND R. BALDWIN IN PATER-NOSTER ROW.
MDCCLXXV.
[ Price Twelve Shillings bound. ]