# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

Part 7 of 10

**A - 1**

Embu'rfe (*v. t. not fo common a fpelling*) To imburfe. *Sc.*
EME (*s. obfolete, from the* Sax. eame) An uncle. *Spenfer.*
EMED'ULLATE (*v. t. from the* Lat. e *from, and* medulla *marrow*) To take out the marrow, to take out the pith. *Scott.*
EMEM'BRATE (*v. t. from the* Lat. e *from, and* membrum *a member*) To geld, to caftrate. *Scott.*
EMEN'DABLE (*adj. from the* Lat. emendo *to mend*) Capable of emendation.
Emen'dals (*s. in the inner temple*) Remains, ftock in hand.
Emenda're (*v. t. a law term*) To make amends for any crime or trefpafs.
EMENDA'TION (*s. from the* Lat. emendo *to mend*) An amendment, an alteration by verbal criticifm.
EMENDA'TOR (*s. from the* Lat. emendo) A corrector, one that alters for the better.
EM'ERALD (*s. in natural hiftory*) A precious ftone of a green colour.
Emeran'dis (*s. obfolete*) Emeralds. *Chaucer.*
EMER'GE (*v. int. from the* Lat. e *from, and* mergo *to plunge*) To rife out of any furrounding element, to iffue, to rife from a ftate of oppreffion and obfcurity.
Emer'gence (*s. from* emerge) The act of rifing from any furrounding element, the act of rifing into view; a fudden occafion, a preffing neceffity.
Emer'gency (*s. not fo common a word, from* emerge) An emergence.
Emer'gent (*adj. from* emerge) Rifing from any furrounding element, rifing into view, fudden, unexpected; getting out of the beams of the fun, becoming vifible.
Emer'gentnefs (*s. from* emergent) The ftate of being emergent. *Scott.*
Emer'ging (*p. a. from* emerge) Rifing from any furrounding element, coming into view, rifing from oppreffion or obfcurity.
Em'eril (*s. not fo common a fpelling*) The emery.
Emer'lon (*s. obfolete*) A merlin, a kind of hawk. *Ch.*
Em'erods, Em'eroides (*s. a corruption of* hemorrhoids) The painful fwellings of the hemorrhoidal veins, the piles.
Emer'fed (*adj. from* emerge) Raifed up, rifen up from a ftate of oppreffion or obfcurity.
Emer'fion (*s. from* emerge) The act of rifing above the furface of any furrounding fluid, the time when a ftar emerges from the beams of the fun and becomes vifible.
EM'ERY (*s. from the* French efmeril) A kind of iron ore much ufed in polifhing fteel; a glazier's diamond.
EMET'IC (*adj. from the* Greek εμεω *to vomit*) Having the quality of provoking vomits.
Emet'ic (*s. in medicine, from the adj.*) A vomit, a medicine to provoke vomiting.
Emet'ical (*adj. from* emetic) Having the power to promote vomiting.
Emet'ically (*adv. from* emetical) In fuch a manner as to provoke a vomit.
EME'U (*s. in ornithology*) The caffowary.
Fnfor'th (*adv. obfolete*) As far as, fo far as. *Chaucer.*
EMICA'TION (*s. from the* Lat. e *from, and* mico *to fhine*) A fparkling, the act of flying off in fhining particles.
EMIC'TION (*s. from the* Lat. e *out, and* mingo *to pifs*) Urine, that which is voided by the urinary paffages.
Emid'dis (*adv. obfolete*) In the middle, in the midft of. *Chaucer.*
EMI'GRANT (*adj. from the* Lat. e *from, and* migro *to depart*) Departing from a place, wandering.
Emi'grant (*s. from the adj.*) One who goes out of his own country to refide in another.
EMI'GRATE (*v. int. from the* Lat. e *from, and* migro *to depart*) To remove from one place to another.
Emi'grating (*p. a. from* emigrate) Removing from one place to another.
Emigra'tion (*s. from* emigrate) A removal, a change of habitation.
EMI'LIA (*s.*) The name of a woman.
EM'IMS (*s. from the* Heb. *fignifying* a formidable people) The gigantic inhabitants of Ar in the land of Canaan.
EM'INENCE (*s. from the* Lat. e *from, and* nineo *to be ready to fall*) The loftinefs, the height, the fummit, the higheft part, exaltation, the place or ftate of being expofed to view, notice, diftinction, fupreme degree, the title of a cardinal.
Em'inency (*s. from* eminence) Eminence.
EM'INENT (*adj. from the* Lat. e *from, and* mineo *to be ready to fall*) High, lofty, exalted, dignified, confpicuous, remarkable.
Eminen'ter (*adv. an academical term*) Eminently. *Scott.*
Eminen'tial (*adj. in algebra*) Belonging to a kind of artificial equation.

Em'inently (*adv. from* eminent) In a high degree, confpicuoufly.
E'MIR (*s. with the* Turks *and* Saracens) A title of dignity.
E'mifpere (*s. an obfolete fpelling*) An hemifphere. *Ch.*
EM'ISSARY (*s. from the* Lat. e *from, and* mitto *to fend*) One fent on a private meffage, a fpy, a fecret agent; one that emits or fends out. *Arbuthnot.*
Emis'fible (*adj. not much ufed*) Capable of being caft out, capable of being fent out. *Scott.*
Emis'fion (*s. from* emit) The act of fending out, a vent.
Emiffi'tious (*adj. not much ufed*) Caft out. *Scott.*
EMI'T (*v. t. from the* Lat. e *from, and* mitto *to fend*) To fend forth, to let go, to give vent to, to let fly, to dart; to iffue out judicially.
Emit'ted (*p. from* emit) Sent forth, darted out, iffued judicially.
Emit'ting (*p. a. from* emit) Sending forth, darting out, iffuing judicially.
EM'MA (*s.*) The name of a woman.
EMMA'US (*s.*) The name of a place in the neighbourhood of Jerufalem.
EMMENAGO'GUES (*s. in phyfic, from the* Greek εμμηνια *the menfes, and* αγω *to provoke*) Medicines to promote the monthly courfes.
EMMENALO'GIA (*s. from the* Greek εμμηνια *the menfes, and* λογος *a difcourfe*) A treatife on the emmenia.
EMME'NIA (*s. from the* Greek) The menfes, the monthly courfes of women.
EM'MET (*s. from the* Sax. æmette) The ant, the pifmire.
Emme'w (*v. t. from* mew) To mew, to coop up.
Emmew'ed (*p. from* emew) Mewed, cooped up.
Emmew'ing (*p. a. from* emmew) Cooping up.
Emmoi'fed (*adj. obfolete*) Comforted. *Cole.*
EM'MOR (*s. from the* Heb. *fignifying* an afs) The name of a man.
Em'met (*s. an incorrect fpelling*) An emmet, an ant.
Emmo'tion (*s. not fo common a fpelling*) An emotion.
Em'move (*v. t. now grown nearly obfolete*) To roufe, to put into emotion. *Spenfer.*
EMMUSELLE' (*adj. in heraldry*) Muzzled.
Emodula'tion (*s. from* modulation) The act of finging in juft meafure and proportion.
Emol'lid (*adj. not much ufed*) Soft, tender. *Scott.*
EMOL'LIENT (*adj. from the* Lat. e *from, and* mollio *to foften*) Softening, fuppling.
Emol'lient (*s. from the adj.*) A medicine to foften the afperities of the humours, and relax and fupple the folids.
Emol'liment (*s. not much ufed*) The act of affwaging, the act of foftening, a foftening application.
EMOLU'TION (*s. with phyficians*) The act of foftening, a relaxation. *Bacon.*
**EMOL'UMENT (*s. from the* Lat. emolumentum) An advantage, a profit.**
Emon'g, Emong'is (*prep. obfolete*) Amongft. *Chaucer.*
Emon'g, Emongis (*adv. obfolete*) Commonly, fometimes, now and then. *Chaucer.*
Emon'g, Emong'is (*conj. obfolete*) Likewife, alfo. *Ch.*
Emon'gft (*prep. obfolete*) Among. *Spenfer.*
Em'ony (*s. with florifts, an incorrect fpelling*) The anemony.
EMO'TION (*s. from the* Lat. e *from, and* moveo *to move*) A difturbance of mind, a vehemence of paffion good or bad.
Empai're (*v. t. an obfolete fpelling*) To impair. *Chaucer.*
Empair'ement (*s. obfolete*) A damage, a hurt. *Chaucer.*
Empair'in (*v. t. obfolete*) To impair, to damage. *Ch.*
EMPA'LE (*v. t. from the* French empaler) To fence with pales, to fortify, to inclofe, to fhut in, to put to death by fpitting the body on a ftake or pole fet upright.
Empa'led (*p. from* empale) Fenced with pales, inclofed, fortified, put to death by being fpitted on a pole.
Empa'lement (*s. in antiquity*) An ancient and barbarous kind of punifhment in which a fharp pole was thruft up the fundament.
Empa'lement (*s. in botany*) The calyx, that part which furrounds and fupports the petals or flower leaves of a plant.
Empa'ling (*p. a. from* empale) Fencing with a pole, fortifying, inclofing, putting to death by fpitting the body on a pole.
Empan'nel (*v. t. from* pannel) To fummon to ferve on a jury, to fwear in a jury.
Empan'nel (*s. from* pannel) The lift of jurors fummoned to appear in a court of judicature.
Empan'neled (*p. from* empannel) Summoned to ferve on a jury, fworn to ferve on a jury.
              Pp 2            Empan'neling

# THE ROYAL STANDARD ENGLISH DICTIONARY

IN WHICH

The Words are not only rationally divided into Syllables, accurately accented, their Part of Speech properly diftinguifhed, and their various Significations arranged in one line; But likewife, by

## A KEY TO THIS WORK,

COMPRISING

The various Sounds of the Vowels and Confonants, denoted by typographical characters, and illuftrated by Examples which render it intelligible to the weakeft capacity, IT EXHIBITS THEIR

## TRUE PRONUNCIATION,

ACCORDING TO THE PRESENT PRACTICE OF

MEN of LETTERS, EMINENT ORATORS, and POLITE SPEAKERS in LONDON;

UPON A PLAN

PERFECTLY PLAIN, and ENTIRELY NEW.

TO WHICH IS PREFIXED,

A COMPREHENSIVE GRAMMAR of the ENGLISH LANGUAGE.

---

By W. PERRY, Mafter of the Academy Edinburgh, Author of The Man of Bufinefs, and Gentleman's Affiftant, and of The only Sure Guide to the Englifh Tongue.

---

EDINBURGH:

Printed for the Author, by DAVID WILLISON; and fold by J. WILKIE, T. EVANS, and J. MURRAY, London; A. DONALDSON, J. BELL, W. CREECH, J. DICKSON, C. ELLIOT, R. JAMIESON, Edinburgh; W. CHARNLEY, Newcaftle; C. ETHERINGTON, York; NORTON, Briftol; FREDERICK, Bath; and by the Author.   (Price bound Three Shillings.)

M.DCC.LXXV.

Digitized by Google

E-măn'cĭ-pā'tion, *f.* a deliverance from flavery
E-măſ'cu-lāte, *v. a.* to caſtrate, to effeminate
E-măſ-cu-lā'tion, *f.* caſtration, effeminacy
ĕm-bāle', *v. a.* to bind up, to incloſe in a bundle
ĕm-bâ/m', *v. a.* to impregnate with ſpices
ĕm-bàlm'ér, *f.* one who preſerves bodies by em-
   balming
ĕm-bàr', *v. a.* to block up, to ſhut in, to hinder
ĕm-bàr'gō, *f.* a prohibition to paſs or ſail
ĕm-bàrk', *v. a. & n.* to put or go on ſhipboard
ĕm-băr-kā'tion, *f.* a putting or going on ſhipboard
ĕm-băr'răſs, *v. a.* to diſtreſs, entangle, perplex
ĕm-băr'răſſ-mĕnt, *f.* entanglement, perplexity
ĕm-băſ'ſa-doùr, *f.* See *Ambaſſadour*
ĕm'băſ-ſage, }
ĕm'băſ-ſy,   } *f.* a public or ſolemn meſſage
ĕm-băt'tle, *v. a.* to arrange in order of battle
ĕm-běl'lĭſh, *v. a.* to adorn, beautify, decorate
ĕm-běl'lĭſh-mĕnt, *f.* ornament, decoration, ad-
ĕm'bérs, *f. pl.* hot cinders     (ventitious beauty
ĕm-běz'zle, *v. a.* to ſteal privately, to waſte
ĕm-běz'zle-mĕnt, *f.* miſapplication of a truſt
ĕm-blāze', *v. a.* to adorn, to blazon
ĕm'blĕm, *f.* a moral device, typical deſignation
ĕm'blĕm, *v. a.* to repreſent alluſively    (tative
ĕm-ble-măt'ĭc-ăl, *a.* alluſive, occultly repreſen-
ĕm-ble-măt'ĭc-ăl-ly, *ad.* alluſively    (blems
ĕm-blĕm'ăt-ĭſt, *f.* a writer or inventor of em-
ĕm'ból-ĭſm, *f.* time inſerted, intercalation
ĕm-bŏſs', *v. a.* to adorn with riſing work
ĕm-bŏſſ'ĭng, *f.* the art of making figures in *relievo*
ĕm-bŏſſ'mĕnt, *f.* riſing work, relief
ĕm-bŏw'ĕl, *v. a.* to take out the intrails
ĕm-brāce', *v. a.* to ſqueeze in kindneſs, welcome
ĕm-brāce', ĕm-brāce'mĕnt, *f.* a claſp, a hug
ĕm-brā'ſūre, *f.* opening in a wall, a battlement
ĕm'bro-cāte, *v. a.* to foment a part diſeaſed
ĕm-bro-cā'tion, *f.* fomentation, act of rubbing

ĕm-brŏĭd'ér, *v. a.* to adorn with figured work
ĕm-brŏĭd'ér-ĕr, *f.* one who embroiders
ĕm-brŏĭd'ér-y, *f.* variegated needle work
ĕm-brŏĭl', *v. a.* to confuſe, diſtract, diſturb
ĕm-brŏt͡h'ĕl, *v. a.* to incloſe in a brothel
ĕm'brў-o, *f.* a child indiſtinctly formed, any
   thing unfiniſhed
ĕm-bŭrſe', *v. a.* to reſtore money owing
ĕm-ĕn-dā'tion, *f.* an alteration, a correction
ĕm'e-răld, *f.* a green precious ſtone   (in view
E-mérge', *v. n.* to riſe out of, to iſſue, to come
E-mér'g,ĕnce, *f.* a riſing out of, ſudden occaſion
E-mér'g,ĕnt, *a.* coming to ſight, ſudden
ĕm'ér-oĭds,, hĕm'ór-rboĭdes,, *f.* the piles
E-mér'ſion, *f.* the time when a ſtar, having
   been obſerved by its too near approach to the
   ſun, appears again
E-mĕt'ĭc, *a.* provoking vomits
E-mĕt'ĭc-ăl-ly, *ad.* in ſuch a manner as to pro-
   voke to vomit
E-mĭc'tion, *f.* urine     (another
ĕm'ĭ-grāte, *v. n.* to remove from one place to
ĕm-ĭ-grā'tion, *f.* change of habitation
ĕm'ĭn-ĕnce, *f.* height, top, a cardinal's title
ĕm'ĭn-ĕnt, *a.* exalted, high, lofty, remarkable
ĕm'ĭn-ĕnt-ly, *ad.* in a high degree, conſpicuouſly
ĕm'ĭſ-ſa-ry, *f.* a ſecret agent, a ſpy
E-mĭſ'ſion, *f.* a throwing out, vent, ſhooting
E-mĭt', *v. n.* to iſſue out, to dart, to let fly
ĕm'mĕt, *f.* an ant, a piſmire
E-mŏl'lĭ-ĕnt, *a.* ſoftening, ſuppling
E-mŏl-lĭ'tion, *f.* the act of ſoftening
==E-mŏl'u-mĕnt, *f.* advantage, profit==
ĕm-pāle', *v. a.* to fence in, to fortify, to in-
   cloſe, to put to death by ſpitting on a ſtake
   fixed upright
ĕm-păn'nĕl, *f.* the ſchedule of a jury
ĕm-păn'nĕl, *v. a.* to ſummon to ſerve on a jury

Digitized by Google

A CRITICAL

# PRONOUNCING DICTIONARY

*Catharine Futerell 1796.*

AND EXPOSITOR OF THE

# ENGLISH LANGUAGE.

IN WHICH

Not only the Meaning of every Word is clearly explained, and the Sound of every Syllable distinctly shown, but where Words are subject to different Pronunciations, the Reasons for each are at large displayed, and the preferable Pronunciation is pointed out.

TO WHICH ARE PREFIXED,

## PRINCIPLES OF ENGLISH PRONUNCIATION;

IN WHICH

The Sounds of Letters, Syllables, and Words, are critically investigated, and systematically arranged; the Rules for Pronouncing are so classed and disposed as to be easily applicable to the most difficult Words; and the Analogies of the Language are so fully shown as to lay the Foundation of a consistent and rational Pronunciation.

LIKEWISE

RULES to be observed by the NATIVES of SCOTLAND, IRELAND, and LONDON, for avoiding their respective Peculiarities; and

DIRECTIONS to FOREIGNERS for acquiring a Knowledge of the Use of this Dictionary.

THE WHOLE INTERSPERSED WITH

OBSERVATIONS, PHILOLOGICAL, CRITICAL, AND GRAMMATICAL.

By JOHN WALKER,

Author of ELEMENTS of ELOCUTION, RHYMING DICTIONARY, MELODY of SPEAKING DELINEATED, &c. &c.

Quare, si fieri potest, & verba omnia, & vox, hujus alumnum urbis oleant: ut oratio Romana plane videatur, non civitate donata.
QUINTILIAN.

LONDON:

Sold by G. G. J. and J. ROBINSON, Paternoster Row; and T. CADELL, in the Strand.

M.DCC.XCI.

Digitized by Google

(546).— Fàte, får, fåll, fåt;— mé, mét;— pine, pin;—

EMBROCATION, ěm-brō-kā'shŭn. f.
The act of rubbing any part diseased with medicinal liquors; the lotion with which any diseased part is washed.

To EMBROIDER, ěm-brŏė'dŭr. v. a.
To border with ornaments, to decorate with figured work.

EMBROIDERER, ěm-brŏė'dŭr-ŭr. f.
One that adorns clothes with needlework.

EMBROIDERY, ěm-brŏė'dŭr-ē. f.
Figures raised upon a ground, variegated needlework; variegation, diversity of colours.

To EMBROIL, ěm-brŏĭl'. v. a.
To disturb, to confuse, to distract.

To EMBROTHEL, ěm-brŏTH'ěl. v. a.
To inclose in a brothel.

EMBRYO, ěm'brē-ō. }
EMBRYON, ěm'brē-ŏn. } f.
The offspring yet unfinished in the womb; the state of any thing yet not fit for production, yet unfinished.

EMENDABLE, ē-měn'dā-bl. a.
Capable of emendation, corrigible.

EMENDATION, ěm-ěn-dā'shŭn. f.
(530). Correction, alteration of any thing from worse to better; an alteration made in the text by verbal criticism.

EMENDATOR, ěm-ěn-dā'tŭr. f. (521)
A corrector, an improver.

EMERALD, ěm'ě-rǎld. f.
A green precious stone.

To EMERGE, ē-měrje'. v. n.
To rise out of any thing in which it is covered; to rise, to mount from a state of oppression or obscurity.

EMERGENCE, ē-měr'jěnse. }
EMERGENCY, ē-měr'jěn-sē. } f.
The act of rising out of any fluid by which it is covered; the act of rising into view; any sudden occasion, unexpected casualty; pressing necessity.

EMERGENT, ē-měr'jěnt. a.
Rising out of that which overwhelms and obscures it; rising into view or notice; proceeding or issuing from any thing; sudden, unexpectedly casual.

EMEROIDS, ěm'ěr-ŏĭdz. f.
Painful swellings of the hemorrhoidal veins, piles, properly œmorrhoids.

EMERSION, ē-měr'shŭn. f.
The time when a star, having been obscured by its too near approach to the sun, appears again.

EMERY, ěm'ěr-ē. f.
Emery is an iron ore. It is prepared by grinding in mills. It is useful in cleaning and polishing steel.

EMETICAL, ē-mět'ē-kǎl. }
EMETICK, ē-mět'ĭk. } a.
Having the quality of provoking vomits.

EMETICALLY, ē-mět'ē-kǎl-ē. ad.
In such a manner as to provoke to vomit.

EMICATION, ěm-ē-kā'shŭn. f. (530)
Sparkling, flying off in small particles.

EMICTION, ē-mĭk'shŭn. f.
Urine.

To EMIGRATE, ěm'ē-grāte. v. n.
To remove from one place to another.

EMIGRATION, ěm-ē-grā'shŭn. f.
(530) Change of habitation.

EMINENCE, ěm'ē-něnse. }
EMINENCY, ěm'ē-něn-sē. } f.
Loftiness, height; summit, highest part; exaltation, conspicuousness, reputation, celebrity; supreme degree; notice, distinction; a title given to cardinals.

EMINENT, ěm'ē-něnt. a.
High, lofty; dignified, exalted; conspicuous, remarkable.

EMINENTLY, ěm'ē-něnt-lē. ad.
Conspicuously, in a manner that attacts observation; in a high degree.

EMISSARY, ěm'ĭs-sǎr-ē. f.
One sent out on private messages, a spy, a secret agent; one that emits or sends out.

EMISSION, ē-mĭsh'ŭn. f.
The act of sending out, vent.

To EMIT, ē-mĭt'. v. a.
To send forth; to let fly, to dart; to issue out juridically.

EMMET, ěm'mĭt. f.
An ant, a pismire.

To EMMEW, ěm-mū'. v. a.
To mew or coop up.

EMOLLIENT, ē-mŏl'yěnt. a.
Softening, suppling.

EMOLLIENTS, ē-mŏl'yěnts. f.
Such things as sheath and soften the asperities of the humours, and relax and supple the solids.

EMOLLITION, ěm-mŏl-lĭsh'ŭn. f.
The act of softening.

==EMOLUMENT, ē-mŏl'ū-měnt. f.==
==Profit, advantage.==

EMOTION, ē-mō'shŭn. f.
Disturbance of mind, vehemence of passion.

To EMPALE, ěm-pāle'. v. a.
To fence with a pale; to fortify; to inclose, to shut in; to put to death by spitting on a stake fixed upright.

EMPANNEL, ěm-pǎn'něl. f.
The writing or entering the names of a jury into a schedule by the sheriff, which he has summoned to appear.

To EMPANNEL, ěm-pǎn'něl. v. a.
To summon to serve on a jury.

To EMPASSION, ěm-pǎsh'ŭn. v. a.
To move with passion, to affect strongly.

To EMPEOPLE, ěm-pē'pl. v. a.
To form into a people or community.

EMPERESS, ěm'pě-rěs. f.
A woman invested with imperial power; the queen of an emperor.

EMPEROR, ěm'pěr-ŭr. f.
A monarch of title and dignity superior to a king.

EMPERY, ěm'pěr-ē. f.
Empire, sovereign command. A word out of use.

EMPHASIS, ěm'fǎ-sĭs. f.
A remarkable stress laid upon a word or sentence.

EMPHATICAL, ěm-făt'ĭk-ǎl. }
EMPHATICK, ěm-făt'ĭk. } a.
Forcible, strong, striking.

EMPHATICALLY, ěm-făt'ē-kǎl-ē. ad.
Strongly, forcibly, in a striking manner.

To EMPIERCE, ěm-pěrse'. v. a. (250)
To pierce into, to enter into by violent approach.—See Pierce.

EMPIRE, ěm'pīre. f. (140).
Imperial power, supreme dominion; the region over which dominion is extended; command over any thing.

☞ I have differed from Mr. Sheridan in the pronunciation of the last syllable of this word; as I think the long sound of i is more agreeable to the ear, as well as to the best usage, though I confess not so analogical as the short i.

EMPIRICK, ěm'pē-rĭk. f.
A trier or experimenter, such persons as have no true knowledge of physical practice, but venture upon observation only; a quack.

EMPIRICAL, ěm-pĭr'ē-kǎl. }
EMPIRICK, ěm-pĭr'ĭk. } a.
Versed in experiments; known only by experience, practised only by rote.

EMPIRICALLY, ěm-pĭr'ē-kǎl-ē. ad.
Experimentally, according to experience; without rational grounds; in the manner of a quack.

EMPIRICISM, ěm-pĭr'ē-sĭzm. f.
Dependence on experience without knowledge or art, quackery.

EMPLASTER, ěm-plǎs'tŭr. f.
An application to a sore of an oleaginous or viscous substance spread upon cloth.

To EMPLASTER, ěm-plǎs'tŭr. v. a.
To cover with a plaster.

EMPLASTICK, ěm-plǎs'tĭk. a.
Viscous, glutinous.

To EMPLEAD, ěm-plēde'. v. a.
To indict, to prefer a charge against.

To EMPLOY, ěm-plŏė'. v. a.
To busy, to keep at work, to exercise; to use as an instrument; to commission, to intrust with the management of any affairs; to fill up with business; to pass or spend in business.

EMPLOY, ěm-plŏė'. f.
Business, object of industry; publick office.

EMPLOYABLE, ěm-plŏė'ā-bl. a.
Capable to be used, proper for use.

EMPLOYER, ěm-plŏė'ŭr. f.
One that uses, or causes to be used.

EMPLOYMENT, ěm-plŏė'měnt. f.
Business, object of industry; the state of being employed; office, post of business.

To EMPOISON, ěm-pŏė'z'n. v. a.
To destroy by poison, to destroy by venomous food or drugs; to taint with poison, to envenom.

EMPOISONER, ěm-pŏė'z'n-ŭr. f.
One who destroys another by poison.

EMPOISONMENT, ěm-pŏė'z'n-měnt. f. The practice of destroying by poison.

EMPORETICK, ěm-pō-rět'ĭk. a.
That which is used at markets, or in merchandize.

EMPORIUM, ěm-pō'rē-ŭm. f.
A place of merchandise, a mart, a commercial city.

To EMPOVERISH, ěm-pŏv'ěr-ĭsh. v. a. To make poor, to reduce to indigence; to lessen fertility.

☞ This word, before Dr. Johnson's Dictionary was published, was always written impoverish; nor since he has reformed the orthography do we find any perceptible difference in the sound of the first syllable, except in solemn speaking; in this case, we must undoubtedly preserve the e in its true sound.—See Embalm.

EMPOVERISHER, ěm-pŏv'ěr-ĭsh-ŭr. f. One that makes others poor; that which impairs fertility.

EMPOVERISHMENT, ěm-pŏv'ěr-ĭsh-měnt. f.
Diminution, cause of poverty, waste.

To EMPOWER, ěm-pŏů'ŭr. v. a.
To authorise, to commission; to enable.

EMPRESS, ěm'prěs. f.
The queen of an emperor; a female invested with imperial dignity, a female sovereign; properly Emperess.

EMPRISE, ěm-prīze'. f.
Attempt.

A - 75

# A COMPLETE DICTIONARY OF THE ENGLISH LANGUAGE,

Both with regard to SOUND and MEANING:

One main Object of which is, to establish a plain and permanent

## STANDARD of PRONUNCIATION.

TO WHICH IS PREFIXED

## A PROSODIAL GRAMMAR.

By THOMAS SHERIDAN, A. M.

QUO MINUS SUNT FERENDI QUI HANC ARTEM UT TENUEM AC JEJUNAM CAVILLANTUR; QUÆ NISI ORATORI FUTURO FUNDAMENTA FIDELITER JECERIT, QUICQUID SUPERSTRUXERIS, CORRUET. NECESSARIA PUERIS, JUCUNDA SENIBUS, DULCIS SECRETORUM COMES; ET QUÆ VEL SOLA, OMNI STUDIORUM GENERE, PLUS HABET OPERIS, QUAM OSTENTATIONIS.
QUINCT. L. I. C. 4.

THE THIRD EDITION,
Revised, Corrected, and Enlarged by the AUTHOR.

IN TWO VOLUMES.

VOL. I.

LONDON:

PRINTED FOR CHARLES DILLY, IN THE POULTRY.
MDCCXC.

## EMI

To EMBROTHEL, Im-bròth'-Il. v.a. To inclose in a brothel.
EMBRYO, èm-bryŏ'. ⎱ ſ. The off-
EMBRYON, èm'-bryŏn. ⎰ ſpring yet unfiniſhed in the womb; the ſtate of any thing yet not fit for production, yet unfiniſhed.
EMENDABLE, è-mèn'-dàbl. a. Capable of emendation, corrigible.
EMENDATION, è'-mèn-dà"-ſhùn. ſ. Correction, alteration of any thing from worſe to better; an alteration made in the text by verbal criticiſm.
EMENDATOR, è'-mèn-dà"-tòr. ſ. A corrector, an improver.
EMERALD, èm'-è-ràld. ſ. A green precious ſtone.
To EMERGE, è-mèrj'e. v. n. To riſe out of any thing in which it is covered; to riſe, to mount from a ſtate of oppreſſion or obſcurity.
EMERGENCE, è-mèr'-jènſe. ⎱ ſ.
EMERGENCY, è-mèr'-jèn-ſy̆. ⎰ The act of riſing out of any fluid by which it is covered; the act of riſing into view; any ſudden occaſion, unexpected caſualty; preſſing neceſſity.
EMERGENT, è-mèr'-jènt. a. Riſing out of that which overwhelms and obſcures it; riſing into view or notice; proceeding or iſſuing from any thing; ſudden, unexpectedly caſual.
EMEROIDS, èm'-roidz. ſ. Painful ſwellings of the hemorrhoidal veins, piles.
EMERSION, è-mèr'-ſhùn. ſ. The time when a ſtar, having been obſcured by its too near approach to the ſun, appears again.
EMERY, èm'-èr-y̆. ſ. Emery is an iron ore. It is prepared by grinding in mills. It is uſeful in cleaning and poliſhing ſteel.
EMETICAL, è-mèt'-ì-kàl. ⎱ a. Having
EMETICK, è-mèt'-ìk. ⎰ the quality of provoking vomits.
EMETICALLY, è-mèt'-ì-kàl-y̆. ad. In ſuch a manner as to provoke to vomit.
EMICATION, è-mì-kà-ſhùn. ſ.

## EMP

Sparkling, flying off in ſmall particles.
EMICTION, è-mìk'-ſhùn. ſ. Urine.
To EMIGRATE, èm'-my̆-gràte. v.n. To remove from one place to another.
EMIGRATION, è'-mì-grà"-ſhùn. ſ. Change of habitation.
EMINENCE, èm'-y̆-nènſe. ⎱ ſ.
EMINENCY, èm'-y̆-nèn-ſy̆. ⎰ Loftineſs, height; ſummit, higheſt part; exaltation, conſpicuouſneſs, reputation, celebrity; ſupreme degree; notice, diſtinction; a title given to cardinals.
EMINENT, èm'-y̆-nènt. a. High, lofty; dignified, exalted; conſpicuous, remarkable.
EMINENTLY, èm'-y̆-nènt-ly̆. ad. Conſpicuouſly, in a manner that attracts obſervation; in a high degree.
EMISSARY, èm'-ìſ-ſèr-y̆. ſ. One ſent out on private meſſages, a ſpy, a ſecret agent; one that emits or ſends out.
EMISSION, è-mìſh'-ùn. ſ. The act of ſending out, vent.
To EMIT, è-mìt'. v. a. To ſend forth; to let fly, to dart; to iſſue out juridically.
EMMET, èm'-mìt. ſ. An ant, a piſmire.
To EMMEW, ìm-mù'. v.a. To mew or coop up.
EMOLLIENT, è-mòl'-lyènt. a. Softening, ſuppling.
EMOLLIENTS, è-mòl'-lyènts. ſ. Such things as ſheath and ſoften the aſperities of the humours, and relax and ſupple the ſolids.
EMOLLITION, è-mòl-lìſh'-ùn. ſ. The act of ſoftening.
==EMOLUMENT, è-mòl'-ù-mènt. ſ. Profit, advantage.==
EMOTION, è-mò'-ſhùn. ſ. Diſturbance of mind, vehemence of paſſion.
To EMPALE, ìm-pà'le. v. a. To fence with a pale; to fortify; to incloſe, to ſhut in; to put to death by ſpitting on a ſtake fixed upright.
EMPANNEL, ìm-pàn'-nìl. ſ. The writing or entering the names of a

# ENGLISH ETYMOLOGY;

OR, A

# DERIVATIVE DICTIONARY

OF THE

# ENGLISH LANGUAGE:

IN TWO ALPHABETS,

Tracing the ETYMOLOGY of those ENGLISH WORDS, that are derived

I. From the GREEK, and LATIN Languages;
II. From the SAXON, and other *Northern* Tongues.

THE WHOLE COMPILED FROM

| | |
|---|---|
| VOSSIUS, | SKINNER, |
| MERIC CASAUBON, | VERSTEGAN, |
| SPELMAN, | RAY, |
| SOMNER, | NUGENT, |
| MINSHEW, | UPTON, |
| JUNIUS, | CLELAND, |

AND OTHER ETYMOLOGISTS.

By the Reverend GEORGE WILLIAM LEMON,

Rector of *Geytontthorpe*, and Vicar of *East Walton*, NORFOLK.

Multa renascentur, quæ jam cecidêre; cadentque,
Quæ nunc sunt in honore *vocabula*; si volet usus;
Quem penes arbitrium est, et jus, et norma loquendi.   ART. POET. 70.

*Etymologia* continet autem in se multam eruditionem; sive illa ex *Græcis* orta tractemus, *quæ sunt plurima*, præcipueque *Æolicâ* ratione (cui est *sermo noster* simillimus) sive ex historiarum veterum notitiâ nomina Hominum, (Rerum) Locorum, Gentium, Urbium requiramus.
QUINTILIAN. Cap. I. Sec. 6.

LONDON:
Printed for G. ROBINSON, in PATER-NOSTER Row.

M.DCC.LXXXIII.

quædam variatio, dum digitis fortimur, apparet, *micare digitis*, accipe pro *digitis fortiri*; λαγχανω.

E-MINENCE; Μυαω, *moneo*; unde *minor, minæ*; *to admonish, advise, threaten*; *to lift up, raise up in a threatening manner*: hence *mineo*, and *immineo*, signify *banging ready to fall*: and *emineo, eminens*, and *eminentia*, signify *excellence*; *the standing*, or *shewing himself above others*.

E-MOLUMENT; Μυλη, *mola*; *a mill*; *molo*; *to grind*; *emolo*; *to grind thoroughly*; unde *emolumentum*; *profit gotten properly by grist, or whatever is ground at the mill*: hence used to signify *any advantage*, or *gain*.

EM-PEROR; Πηραω, Πηρω, *tento, paro*; unde *impero*; ab *in*, intensivâ particulâ; et *paro*; quasi *statim paro*, vel *prorsus paro*; *to command with authority, to bid immediately into action*:—Clel. Way. 81, n, says, that "the Latins and Romans took their word *imperator* from the Celtic *imb*, or *bough of command*; it answers to our *staff-officer*; it was the antient *truncheon*, and *sceptre*: *contumacy* was called *the flight of the imb*:"—and in p. 26, he tells us, that *limb* signifies *a bough, branch*, or *wand*; consequently they are the same, and may be Gr.: see LIMB. Gr.

EM-PHASIS; "Εμφασις, Εμφαινω, *repræsento*: R. Φαινω, *luceo, appareo*: Nug."—there is likewise another sense of this word in our lang. though the Dr. has not taken notice of it; viz. *a stress, an energy of expression*; *expressa rei significatio*; *quum verbis inest tacita quædam vis et significatio*; and consequently *cannot be uttered without some particular effort*: à Φαω, Φημι, *dico*; *for, fatus*; quasi *phatus*; unde *emphasis*; *to utter, speak, pronounce distinctly, and with grace*.

EM-PIRIC; "Εμπειρικος, *empiricus*; *qui solum ex experientiâ aliquid tractat*; *a physician, or rather quack, who has no other knowledge than experience*: R. Πηρα, *enterprize, experience*: Nug."—unde Πηραω, Πηρω, *tento, nitor, conor*; *to make desperate attempts on the human constitution, for the sake of gaining experience*.

EM-PLOY; Εμπολη, *quod sibi aliquis emit*, vel *comparavit*; *merces, onera*; *traffic, merchandise*: by metath. *employ* à Πωλεω, *vendo*; *to sell, to set to sale*: others derive it ab *impleo*, as it were *to fill one's time*; and that from Πλεος, *plenus*; *full*: Nug."—perhaps it might more naturally be derived ab Εμπλεκω, *implico*; *to bend*, or *enfold*; *to occupy*, or *busy one's self in any action*; *to be intent at work*; *wrapt up in business*.

EM-PORIUM, Εμπορειον, *emporium*, quasi *enforium*; *forum nundinarium*; *locus ad mercaturam exercendam aptus*; *a mart, market, fair, or exchange*: R. Εμπορος, *mercator*; *a merchant*: though we might rather suppose the real root was Πωλεω, *vendo*; *to buy and sell*; because we often find the ρ and λ, interchanging.

EMPTION, Εμος, quasi Εμον ποιεω, *meum facio*: unde *emo, emptio*; *a buying, purchasing*; *and thereby making any thing one's own*.

EMPTY; Εντος, *intus*; *within*; the negative compound Αεντος, *non intus*; *not within*; *inanis, vacuus*; *void, vacant, nothing within*.

EM-PYRÆAN; Εμπυριυω, vel Εμπυρω, *incendo, inflammo*; *cœlum empyræum*; *the brightest heaven*; *most resplendent, most illumined*: R. Πυρ, *ignis*; *fire*; meaning *the fires of heaven*; i. e. *the stars*.

EMULATION, Αμιλλαομαι, *contendo, æmulor*; *to strive, contend, rival*: R. Αμιλλα, *certamen, studium*; *earnestness, desire of glory*: Vossius quotes Mekerchus for deriving *æmulus* ab Αιμυλος—sed nimis sane abit significatio, adds he; nam Αιμυλος est *lepidus, festivus*: censeo igitur *æmulari* esse ab Αμιλλαν, *certare*; as above.

E-MULSION, Αμελγω, *mulgeo, emulgeo*; *to milk*; *to stroke gently*; also *an easy, softening medicine*.

E-MUNCTORY; Απομυξια, *quod emungendo detrahimus*; *emunctus, emunctorius*; *certain kernelly, or glandular parts, by which the principals discharge their superfluities*.

ENA-MEL; Μιλδω, *liquefacio*: Fr. Gall. *email, emailler*; seu *encausto obducere*, quia *encaustum liquando illinitur*; *to refine, and purify metals by melting them, and then pouring those encaustics over other metals, and thereby causing a vitrification*: see SMELTING, and IN-A-MEL, Gr.

EN-CHEIRIDION; Εγχειριδιον, *enchiridium*; *a manual*, or *portable volume*; *a pocket book*; *to be constantly in the hand*: R. Χειρ, *manus*; *the hand*.

EN-CLITIC, Εγκλιτικος, *encliticus*; *qui inclinari potest*; sive *qui accentum in vocem præcedentem reclinat*, vel *rejicit*; *a conjunction added to another, which then throws its accent on that word*: R. Εν, *in*; et Κλινω, *reclino*; *to recline*.

EN-COMIUM, Εγκωμιον, *encomium, præconium*; *an oration*, or *praise*.

EN-CROACHMENT: all our etymol. agree, that this word is derived from Fr. Gall. *encrocher*, unde *accrocher, accrochement, crochure*; and that they all originate from *croc*; *uncus*: *to encroach, enim est quasi unco injecto remorari, retardare, sibi attrahere, intrudere, sensim invadere, intercludere, proterminare, irrepere*:—so many significations could they find for this word; and yet could not find that *croc* must originate from the same root with *crooked*; for *croc* signifies *uncus*, vel *hamus*; we have therefore only to trace out the word *crooked*, and then every thing will be plain; which has been done under the art. CROOK: Gr.

EN-CYCLO-PÆDY, Εγκυκλοπαιδεια, *encyclopædia*; *disciplinarum orbis*, sive *complexus*; *a circle*, or *compendium of sciences*: R. Εν, κυκλος, *circulus*; et Παιδεια, *disciplina*.

Y 2                                                   END;

# A NEW
## SPELLING, PRONOUNCING, AND EXPLANATORY
# DICTIONARY
## OF N OGLE DOLIER
## THE ENGLISH LANGUAGE;

### CONTAINING,

I. The WORDS printed according to their true ORTHOGRAPHY, with the ACCENTED VOWEL or CONSONANT marked in each, and the PART OF SPEECH added to which each word belongs.

II. The WORDS REPRINTED, divided accurately as they are pronounced; and shewing, in the most simple and easy manner, the PROPER SOUND of every LETTER, without disfiguring the words or altering their orthography.

III. The VARIOUS SIGNIFICATIONS of each word.

### TO WHICH IS PREFIXED,
### AN INTRODUCTORY ESSAY, IN THREE PARTS.

1. ELEMENTS OF ENGLISH PRONUNCIATION.—2. ELEMENTS OF ELOCUTION, OR THE DELIVERY OF LANGUAGE.—3. ELEMENTS OF ENGLISH GRAMMAR.

### WITH AN APPENDIX,

CONTAINING AN ACCOUNT OF THE HEATHEN GODS AND GODDESSES, ANCIENT HEROES, &c. A TABLE OF REMARKABLE OCCURRENCES FROM THE CREATION; AND A LIST OF CELEBRATED WRITERS.

The whole forming an agreeable and valuable Companion for the Youth of both Sexes, and particularly calculated for the Improvement of Natives and Foreigners in the proper Speaking and Writing of the English Language.

### BY WILLIAM SCOTT,
*Teacher of English Reading, and Compiler of Lessons of Elocution, &c.*

---

### CORK:
### PRINTED BY HALY AND BOLSTER,
WHOLESALE BOOK PRINTERS, NORTH-STREET, MERCHANT'S-QUAY.

1810.

160  EMB  EMP

lad¹ lade² met³ mete⁴ fin⁵ fine⁶ hop⁷ hope⁸ cub⁹ cube¹⁰ far¹¹ call¹² full¹³

Ely'sium, s. e³ly¹sium⁹, the heaven of the heathens
Ema'ciate, v. e³ma²ciate¹, to lose flesh, waste, pine
Em'anant, a. em³a⁵nant¹, issuing or proceeding from
Emana'tion, s. em³a¹na²tion⁹, the act of issuing, what proceeds [slavery
Eman'cipate, v. e³man¹ci⁵pate², to set free from
Emancipa'tion, s. e³man¹ci⁵pa²tion⁹, a deliverance from slavery [minate
Emas'culate, v. e³mas⁵cu¹⁰late², to castrate, to effe-
Emascula'tion, s. e³mas⁵cu¹⁰la²tion⁹, a castration, effeminacy
Emba'lm, v. em³ba²lm¹¹, to preserve dead bodies
Emba'lmer, s. em³ba²lm¹¹er⁹, one who embalms [stop
Embar'go, s. em³bar²go⁸, a prohibition to sail; v. to
Embar'k, v. em³bark¹¹, to put or go on shipboard
Embarka'tion, s. em³bar¹ka²tion⁹, a putting or going on shipboard [distress
Embar'rass, v. em³bar²rass¹, to perplex, entangle,
Embar'rasment, s. em³bar¹rass¹ment², perplexity, distress, trouble [lic message
Embas'sadour, s. em³bas¹sa¹dour⁹, one sent on a pub-
Em'bassage, Em'bassy, s. em³bas⁵sage³, sy⁵, a public message [battle
Embat'tle, v. em³bat²tle⁹, to arrange in order of
Embel'lish, v. em³bel²lish⁵, to adorn, beautify, set off [coration
Embel'lishment, s. em³bel²lish⁵ment³, ornament, de-
Em'bers, s. em³bers⁹, hot cinders or ashes
Embez'zle, v. em³bez²zle⁹, to steal privately
Embez'zlement, s. em³bez²zle²ment³, a misapplying a trust [tation
Em'blem, s. em³blem³, a moral device, a represen-
Emblemat'ical, a. em³ble²mat¹⁵cal¹, allusive, using emblems
Emblemat'ically, ad. em³ble²mat¹⁵cal¹ly⁵, allusively
Emboss', v. em³boss³, to adorn with rising work, to enclose
Emboss'ing, s. em³bos⁷sing⁵, the art of making figures in relievo
Emboss'ment, s. em³bos⁷ment³, relief, rising work
Embow'el, v. em³bow¹⁵el³, to take out the entrails
Embra'ce, s. em³brace², to squeeze in kindness, to welcome
Embra'ce, em³brace², a clasp, a hug

Embrasu're, s. em³bra²sure¹⁰, a battlement, an opening in a wall [eased
Em'brocate, v. em³bro⁸cate², to foment a part dis-
Embroca'tion, s. em³bro⁸ca²tion⁹, a fomentation
Embroi'der, v. em³broi¹⁴der⁹, to adorn with figurework [ders
Embroi'derer, s. em³broi¹⁴der⁹er⁹, one who embroi-
Embroi'dery, s. em³broi¹⁴de⁹ry⁵, variegated needlework
Embroi'l, v. em³broil¹⁴, to disturb, confuse, distract
Em'bryo, s. em³bry²o⁸, a child unfinished in the womb, any thing unfinished [teration
Emenda'tion, s. em⁵en⁵da²tion⁹, a correction, an al-
Em'erald, s. em³e³rald¹, a green precious stone
Emer'ge, v. e³merge⁹, to issue, to rise out of
Emer'gency, s. e³mer⁹gen²cy⁵, a rising out of, great necessity
Emer'gent, a. e³mer⁹gent³, coming into sight, sudden
Emer'sion, s. e³mer⁹sion⁹, a rising out of water
Emet'ic, a. e³met²ic⁶, provoking vomits; s. a vomit
Em'igrant, a. em³i⁵grant¹, going from one place to another [to another
Emi'grate, v. em³i⁵grate², to remove from one place
Emigra'tion, s. em³i⁵gra²tion⁹, a change of habitation
Em'inence, s. em³i⁵nence², height, honour, a cardinal's title [exalted
Em'inent, a. em³i⁵nent³, high, lofty, remarkable,
Em'inently, ad. em³i⁵nent⁵ly⁵, conspicuously, in a high degree
Em'issary, s. e³mis¹sar¹ry⁵, a secret agent, a spy
Emis'sion, s. e³mis⁵sion⁹, a throwing out, vent, shoot-
Emit', v. e³mit⁶, to dart, let fly, issue out [ing
Em'met, s. em³met², an ant, a pismire
Emol'lient, a. e³mol⁵lient³, softening, supplying
Emolli'tion, s. e³mo⁵li²tion⁹, the act of softening
Emol'ument, s. e³mol²u¹⁰ment³, profit, advantage, benefit [den motion
Emo'tion, s. e³mo⁸tion⁹, disturbance of mind, a sud-
Empan'nel, v. em³pan²nel³, to settle a jury
Empan'nel, s. em³pan²nel¹, the schedule of a jury
Em'peror, s. em³pe²ror⁹, a monarch superior to a king
Em'phasis, s. em³pha²sis⁵, a remarkable stress on a word

**A - 81**