# APPENDIX A:

# "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

Case 1:17-cv-00458-GBD   Document 48-9   Filed 08/04/17   Page 2 of 26

# SHERIDAN IMPROVED.

## A GENERAL

# Pronouncing and Explanatory Dictionary

### OF

# THE ENGLISH LANGUAGE,

#### FOR THE USE OF SCHOOLS, FOREIGNERS, &c.

## ON THE PLAN OF MR. SHERIDAN.

*Considerably enlarged by Selections from*

| | | | | |
|---|---|---|---|---|
| ASH,<br>BAILEY,<br>BARCLAY,<br>BUCHANAN, | DYCHE,<br>ELPHINSTON,<br>ENTICK,<br>FRY, | JOHNSON,<br>JOHNSTON,<br>KENRICK,<br>LEMON, | MARRIOT,<br>MARTIN,<br>NARES,<br>PERRY, | RIDER,<br>SCOT,<br>and<br>WALKER, |

## BY STEPHEN JONES.

"Negligent speech doth not only discredit the person of the speaker, but it discrediteth the opinion of his reason and judgment."—*Ben Jonson.*

*Stereotype Edition, revised, corrected, and improved throughout.*

## LONDON:



PRINTED BY AND FOR J. W. H. PAYNE, No. 20, WARWICK-SQUARE, NEWGATE-STREET; FOR J. HARRIS; DARTON, HARVEY, AND DARTON; C. LAW; B. AND R. CROSBY, AND CO.; J. AND J. CUNDEE; G. COWIE, AND CO.; H. MOZLEY, GAINSBOROUGH; AND WILSON AND SON, YORK.

1818.

Embassage, ĕm'bäs-sĕdje, }
Embassy, ĕm'bäs-sў, } s.
A publick message; any solemn message.

Embattle, ĕm-bắt'tl, v. a.
To range in order of battle.

Embellish, ĕm-bĕl'lĭsh, v. a.
To adorn.

Embellishment, ĕm-bĕl'lĭsh-mĕnt, s. Ornament.

Embers, ĕm'bŭrz, s. pl. Hot cinders.

Ember-week, ĕm'bŭr-wĕk, s. A week in which an Ember-day falls; the ember-days at the four seasons are, the Wednesday, Friday, and Saturday after the first Sunday in Lent; the Feast of Pentecost; September 14th; December 13th.

Embezzle, ĕm-bĕz'l, v. a.
To steal privately, to waste.

Embezzlement, ĕm-bĕz'l-mĕnt, s. Misapplying of a trust.

Emblaze, ĕm-blắ'ze, v. a.
To blazon, paint.

Emblem, ĕm'blĕm, s. Allusive picture representing some moral sentiment.

Emblematical, ĕm-blў-mắt'ў-kŭl, a. Allusive.

Emblematically, ĕm-blў-mắt'ў-kŭl-ў, ad. Allusively.

Emboss, ĕm-bǎs', v. a. To form with protuberances; to engrave with relief or rising work; to enclose, to include, to cover.

Embowel, ĕm-bou'ĕl, v. a.
To deprive of the entrails.

Embrace, ĕm-brắ'se, v. a.
To hold fondly in the arms.

Embrace, ĕm-brắ'se, s. A clasp, a hug.

Embrasure, ĕm-brắ'zhŭre, s. An aperture in the wall, battlement.

Embrocate, ĕm'brŏ-kắte, v. a.
To foment a part diseased.

Embrocation, ĕm-brŏ-kắ'shŭn, s. A fomentation.

Embroider, ĕm-brắl'dŭr, v. a.
To decorate with figured work.

Embroiderer, ĕm-brắl'dŭr-ŭr, s. One that adorns clothes with needle-work.

Embroidery, ĕm-brắl'dŭr-ў, s. Variegated needlework.

Embroil, ĕm-brắl', v. a. To disturb.

Embryo, ĕm'brў-ŏ, }
Embryon, ĕm'brў-ŏn, } s.
The offspring yet unfinished in the womb; any thing unfinished.

Emendation, ĕm-ĕn-dắ'shŭn, s. Correction.

Emerald, ĕm'ў-rŭld, s.
A green precious stone.

Emerge, ĕ-mĕrdj'e, v. n.
To issue, to rise out of.

Emergence, ĕ-mĕr'djĕnse, }
Emergency, ĕ-mĕr'djĕn-sў, } s.
A rising out of; any sudden occasion, pressing necessity.

Emergent, ĕ-mĕr'djĕnt, a.
Sudden, unexpectedly casual.

Emersion, ĕ-mĕr'shŭn, s.
A re-appearance.

Emery, ĕm'ĕr-ў, s. An iron ore.

Emetick, ĕ-mĕt'ĭk, a. Provoking vomits; s. A vomit.

Emication, ĕm-ў-kắ'shŭn, s. Sparkling.

Emigrate, ĕm'mў-grắte, v. n.
To move from place to place.

Emigration, ĕm-ў-grắ'shŭn, s.
A change of habitation.

Eminence, ĕm'ў-nĕnse, }
Eminency, ĕm'ў-nĕn-sў, } s.
Loftiness, height; summit, highest part; distinction; a title given to cardinals.

Eminent, ĕm'ў-nĕnt, a. High, lofty.

Eminently, ĕm'ў-nĕnt-lў, ad. Conspicuously.

Emissary, ĕm'ĭs-sä-rў, s.
A secret agent.

Emission, ĕ-mĭsh'ŭn, s.
The act of sending out, vent.

Emit, ĕ-mĭt', v. a. To let fly, to dart.

Emmet, ĕm'mĭt, s.
An ant, a pismire.

Emmew, ĕm-mŭ', v. a.
To mew or coop up.

Emollient, ĕ-mŏl'yĕnt, a. Softening.

Emollition, ĕm-mŏl-lĭsh'ŭn, s.
The act of softening.

Emolument, ĕ-mŏl'ŭ-mĕnt, s.
Profit, advantage.

Emotion, ĕ-mŏ'shŭn, s. Disturbance of mind, vehemence of passion.

Case 1:17-cv-00458-GBD   Document 48-9   Filed 08/04/17   Page 3 of 26

THE

# UNION DICTIONARY;

CONTAINING ALL THAT IS TRULY USEFUL IN THE

## DICTIONARIES

OF

## JOHNSON, SHERIDAN, AND WALKER:

THE ORTHOGRAPHY AND EXPLANATORY MATTER SELECTED FROM

### DR. JOHNSON,

THE PRONUNCIATION ADJUSTED ACCORDING TO

### MR. WALKER,

WITH THE ADDITION OF

### MR. SHERIDAN'S PRONUNCIATION

OF THOSE WORDS

WHEREIN THESE TWO EMINENT ORTHOËPISTS DIFFER.

THE WHOLE DESIGNED TO PRESENT TO THE READER, AT ONE VIEW, THE
ORTHOGRAPHY, EXPLANATION, PRONUNCIATION, AND ACCENTUATION
OF ALL THE PUREST AND MOST APPROVED TERMS IN THE

## ENGLISH LANGUAGE.

WITH ABOUT

## TWO THOUSAND ADDITIONAL WORDS,

DEDUCED FROM THE BEST MODERN AUTHORITIES.

---

### BY THOMAS BROWNE, LL. D.

AUTHOR OF A NEW CLASSICAL DICTIONARY, VIRIDARIUM POETICUM, &c.

---

" Sounds lead to Words, and Words to Knowledge." *St. Basil.*

---

### THE FOURTH EDITION,

WITH NUMEROUS ADDITIONS AND IMPROVEMENTS.

---

### LONDON:

PRINTED FOR F. C. AND J. RIVINGTON; J. SCATCHERD; LONGMAN,
HURST, REES, ORME AND BROWN; W. GINGER; LACKINGTON AND CO.;
J. RICHARDSON; J. MAWMAN; J. BOOKER; BALDWIN, CRADOCK AND JOY;
W. BAYNES AND SON; KINGSBURY, PARBURY AND ALLEN; T. TEGG;
W. MASON; OGLE, DUNCAN AND CO.; G. AND W. B. WHITTAKER; G.
COWIE AND CO.; SIMPKIN AND MARSHALL; T. AND J. ALLMAN;
AND WILSON AND SONS, YORK.

## 1822.

EME                                    EMP

Răte, tăr, căll, căt ; bě, bět ; wine, win ; sŏ, prŏve, fŭr, pŏt ; căbe, cŭb, fŭll ; sŏll, mŏănd ; thick, thus.

**Emblematist,** ĕm-blĕm'ă-tĭst. s. a writer or inventor of emblems.                    *Brown.*
**Emblements,** ĕm'bli-mĕnts. s. pl. in law ; the profits of land sowed.              *Blackstone.*
**Embolism,** ĕm'ŏ-lĭzm. s. intercalation.  *Hold.* —The time inserted, intercalatory time.
**Embolus,** ĕm'ŏ-lŭs. s. any thing inserted and acting in another.                         *Arb.*
**Emboss,** ĕm-bŏs'. v. a. to engrave with relief, or raising work. *Dryd.*—To enclose. *Spens.*
**Embossment,** ĕm-bŏs'mĕnt. s. just eminence. *Bacon.*—Relief, rising work.            *Add.*
**Embottle,** ĕm-bŏt'tl. v. a. to include in bottles, to bottle.                      *Philips.*
**Embowel,** ĕm-bŏŭ'ĕl. v. a. to eviscerate, to deprive of the entrails.                 *Milt.*
**Embower,** ĕm-bŏŭ'ŭr. v. a. to cover with a bower or arbour.                       *Spens.*
**Embrace,** ĕm-brăse'. v. a to hold fondly in the arms. *Dry.*—To seize ardently, to welcome. *Till.*—To comprehend, to enclose. *Denh.* —v. n. To join in an embrace.           *Shak.*
**Embrace,** ĕm-brăse'. s. clasp, fond pressure in the arms. *Denham.*—Crush.
**Embracement,** ĕm-brăse'mĕnt. s. clasp in the arms, hostile hug. *Sidn.*—Comprehension. *Davies.*—Conjugal endearment.          *Shak.*
**Embracer,** ĕm-brā'sŭr. s. the person embracing.
**Embrasure,** ĕm-brā-zŭre'. s. an aperture in the wall, battlement.
**Embracery,** ĕm-brā'sŭr-ĕ. s. in law, is an attempt to influence a jury corruptly.
**Embrocate,** ĕm'brŏ-kăte. v. a. to foment any part diseased.                      *Wiseman.*
**Embrocation,** ĕm-brŏ-kā'shŏn. s. the act of rubbing and fomenting any part diseased, the lotion for fomenting.          *Wiseman.*
**Embroider,** ĕm-brŏĕ'dŭr. v. a. to border with ornaments, to decorate with figured work.
**Embroiderer,** ĕm-brŏĕ'dŭr-ŭr. s. one that adorns clothes with needlework.
**Embroidery,** ĕm-brŏĕ'dŭr-ĕ. s. variegated needlework. *Bacon.*—Diversity of colours.
**Embroil,** ĕm-brŏĕl'. v. a. to disturb, to confuse, to distract.            *King Charles.*
**Embrothel,** ĕm-brŏth'ĕl. v. a. to enclose in a brothel.                             *Donne.*
**Embryo,** ĕm'brĕ-ŏ.        ⎫ s. the offspring in the
**Embryon,** ĕm'brĕ-ŏn.     ⎭ womb before it has perfect shape. *Burnet.*—Any thing unfinished.
**Emendable,** ĕ-mĕn'dă-bl. a. capable of emendation, corrigible.
**Emendation,** ĕm-ĕn-dā'shŏn. s. correction, alteration.                              *Grew.*
**Emendator,** ĕm-ĕn-dā'tŭr. s. a corrector, an improver.
**Emerald,** ĕm'ĕ-răld. s. a green precious stone.
**Emerge,** ĕ-mĕrje'. v. n. to rise out of. *Boyle.* —To issue. *Newton.*—To mount from a state of depression.                      *Pope.*
**Emergence,** ĕ-mĕr'jĕnse. ⎫ s. the act of rising
**Emergency,** ĕ-mĕr'jĕn-sĕ. ⎭ out of. *Brown.*— Any sudden occasion. *Glan.*—Exigence.
**Emergent,** ĕ-mĕr'jĕnt. a. rising out of. *B. Jon.* —Issuing from any thing. *South.*—Unexpectedly casual.                         *Clar.*
**Emeroids,** ĕm'ĕr-ŏĭdz. s. painful swellings of the hemorrhoidal veins, piles.
**Emersion,** ĕ-mĕr'shŏn. s. the time when a star, having been obscured by its approach to the sun, appears again.              *Brown.*
**Emery,** ĕm'ĕr-ĕ. s. an iron ore used in polishing steel.                             *Hill.*
**Emetical,** ĕ-mĕt'ĕ-kăl. ⎫ a. having the quality
**Emetic,** ĕ-mĕt'ĭk.           ⎭ of provoking vomits.
                                         *Hale.*

**Emetically,** ĕ-mĕt'ĕ-kăl-lĕ. ad. in such a manner as to provoke to vomit.            *Boyle.*
**Emication,** ĕm-ĕ-kā'shŏn. s. sparkling, flying off in small particles.             *Brown.*
**Emiction,** ĕ-mĭk'shŏn. s. urine.        *Harvey.*
**Emigrant,** ĕm'mĕ-grănt. s. one that emigrates.
**Emigrate,** ĕm'mĕ-grăte. v. n. to remove from one place to another.
**Emigration,** ĕm-ĕ-grā'shŏn. s. change of habitation.                               *Hale.*
**Eminence,** ĕm'ĕ-nĕnse. ⎫ s. loftiness, summit.
**Eminency,** ĕm'ĕ-nĕn-sĕ. ⎭ *Ray.*—Conspicuousness, celebrity. *Still.*—Supreme degree. *Milt.*—Distinction, *Shak.*—A title given to cardinals.
**Eminent,** ĕm'ĕ-nĕnt. a. dignified, exalted, *Dryd.*—Conspicuous, remarkable.       *Milt.*
**Eminently,** ĕm'ĕ-nĕnt-lĕ. ad. conspicuously. *Milt.*—In a high degree.            *Swift.*
**Emir,** ĕ'mĭr. s. among the Turks, a title given to those who claim to be of the race of Mahomet.                           *Mason & Sup.*
**Emissary,** ĕm'ĭs-săr-rĕ. s. a spy, a secret agent. *Swift.*—One that emits or sends out. *Arb.*
**Emission,** ĕ-mĭsh'ŏn. s. the act of sending out, vent.                             *Evelyn.*
**Emit,** ĕ-mĭt'. v. a. to send forth. *Woodw.*— To discharge.                         *Prior.*
**Emmet,** ĕm'mĭt. s. an ant, a pismire. *Sidney.*
**Emmew,** ĕm-mŭ'. v. a. to mew or coop up.
**Emollient,** ĕ-mŏl'yĕnt. a. softening, suppling.
**Emollients,** ĕ-mŏl'yĕnts. s. pl. such things as soften and relax the solids.       *Quincy.*
**Emollition,** ĕm-ŏl-lĭsh'ŏn. s. the act of softening.                               *Bacon.*
<mark>**Emolument,** ĕm-mŏl'ŏ-mĕnt. s. profit, advantage.</mark>
**Emotion,** ĕ-mŏ'shŏn. s. disturbance of mind, vehemence of passion.               *Dryd.*
**Empale,** ĕm-păle'. v. a. to fence with a pale. *Donne.*—To enclose. *Cleave.*—To put to death by spitting on a stake fixed upright.
**Empalement,** ĕm-păle'mĕnt. s. the punishment of empaling.—*In Heraldry,* a conjunction of coats of arms.
**Empannel,** ĕm-păn'nĕl. s. the writing by the sheriff the names of a jury summoned to appear.                             *Cowell.*
**Empannel,** ĕm-păn'nĕl. v. a. to summon to serve on a jury.
**Emparlance,** ĕm-păr'lăns. s. it signifies a desire or petition in court of a day to pause what is best to do.            *Cowell.*
**Empassion,** ĕm-păsh'ŏn. v. a. to move with passion, to affect strongly.            *Milt.*
**Empassionate,** ĕm-păsh'ŭn-ăte a. strongly affected.                         *Mason's Sup.*
**Empeople,** ĕm-pĕ'pl. v. a. to form into a people or community.                     *Spens.*
**Emperess,** ĕm'pĕ-rĕs. s. a woman invested with imperial power. *Davies.*—The wife of an emperor.                             *Shak.*
**Emperor,** ĕm'pĕr-ŭr. s. a monarch of dignity superior to a king.                   *Shak.*
**Empery,** ĕm'pĕr-ĕ. s. empire, sovereign command.                               *Shak.*
**Emphasis,** ĕm'fă-sĭs. s. a remarkable stress laid upon a word or sentence.       *Holder.*
**Emphatical,** ĕm-făt'ĕ-kăl. ⎫ a. forcible, strong.
**Emphatic,** ĕm-făt'ĭk.         ⎭ *Garth.*—Striking the sight.                        *Boyle.*
**Emphatically,** ĕm-făt'ĕ-kăl-lĕ. ad. strongly, forcibly, in a striking manner.       *South.*
**Empierce,** ĕm-pĕrse'. v. a. to pierce into. *Spen.*
**Empire,** ĕm'pĭre. s. imperial power. *Rowe.*— The region over which dominion is extended. *Temple.*—Command.

A

# DICTIONARY

OF THE

# ENGLISH LANGUAGE,

GREATLY IMPROVED;

THE PRONUNCIATION ASCERTAINED BY A NEW AND SIMPLE NOTATION.

TO WHICH ARE PREFIXED

THE PRINCIPLES OF ENGLISH PRONUNCIATION,

AND THE ELEMENTS OF READING;

WITH COPIOUS LISTS OF GREEK, LATIN, AND SCRIPTURE PROPER NAMES,

&c. &c.

By G. FULTON AND G. KNIGHT,

AUTHORS OF A PRONOUNCING SPELLING-BOOK, PRONOUNCING VOCABULARY, &c.

MDCCCXXXIII.

STIRLING & KENNEY, EDINBURGH;

WHITTAKER, TREACHER & ARNOT, LONDON.

77.

EMB                    107                    EMP

Emancipation, ė-man-ċi-pā'shon, *n.* the act of set-
ting free ; delivery from slavery

Emasculate, ė-mas'cū-lāte, *v.* to castrate

Embale, em-bāle', *v.* to enclose ; to bind up

Embalm, em-bâm', *v.* to impregnate a body with
aromatics, that it may resist putrefaction

Embar, em-bár', *v.* to shut ; to block up

Embarcation, em-bär-cā'shon, *n.* the act of putting
or going on shipboard

Embargo, em-bâr'gō, *n.* a prohibition to sail

Embark, em-bârk', *v.* to put on shipboard ; to go on
shipboard

Embarrass, em-bar'rass, *v.* to perplex

Embarrassment, em-bar'rass-ment, *n.* perplexity ;
entanglement

Embase, em-bāse', *v.* to vitiate ; to degrade

Embassage, em'bas-sáġe, } *n.* a public message ; any
Embassy, em'bas-sy,       } solemn message

Embattle, em-bat'tle, *v.* to range in order of battle

Embellish, em-bel'lish, *v.* to adorn

Embellishment, em-bel'lish-ment, *n.* ornament

Embers, em'bèrś, *n. pl.* hot cinders

Embezzle, em-bez'zle, *v.* to steal privately ; to waste

Embezzlement, em-bez'zle-ment, *n.* the misapplying
of what is intrusted to one's care

Emblaze, em-blāze', *v.* to blazon ; to paint

Emblem, em'blem, *n.* an allusive picture ; an occult
representation

Emblematic, em-blė-mat'ic,     } *a.* allusive ; using
Emblematical, em-blė-mat'ic-al, } emblems

Emboss, em-boss', *v.* to form with protuberances ;
to engrave with relief or rising work ; to enclose ;
to include ; to cover

Embowel, em-bow'el, *v.* to deprive of the entrails

Embrace, em-brāċe', *v.* to hold fondly in the arms
—*n.* a clasp ; a hug

Embrasure, em-brā'zhúre, *n.* an aperture in the
wall ; a battlement

Embrocate, em'brō-cāte, *v.* to foment a part diseased

Embrocation, em-brō-cā'shon, *n.* a fomentation

Embroider, em-brôi'dėr, *v.* to decorate with figured
work

Embroiderer, em-brôi'dėr-ėr, *n.* one that adorns
clothes with needlework

Embroidery, em-brôi'dėr-y, *n.* variegated needlework

Embroil, em-brôil', *v.* to disturb ; to distract

Embryo, em'bry-ō,   } *n.* the offspring yet unfinish-
Embryon, em'bry-on, } ed in the womb ; any
thing unfinished

Emendation, em-en-dā'shon, *n.* correction

Emerald, em'ė-rald, *n.* a green precious stone

Emerge, ė-merġe', *v.* to issue ; to rise out of

Emergence, ė-merġ'enċe, } *n.* the act of rising into
Emergency, ė-merġ'enċ-y, } view ; any pressing ne-
cessity

Emergent, ė-merġ'ent, *a.* sudden ; unexpectedly ca-
sual ; rising into view

Emersion, ė-mer'shon, *n.* a re-appearance

Emery, em'ėr-y, *n.* an iron ore

Emetic, ė-met'ic, *a.* provoking vomits—*n.* a vomit

Emication, em-i-cā'shon, *n.* a sparkling

Emigrant, em'i-grant, *n.* one who leaves his own
country to settle in another

Emigrate, em'i-grāte, *v.* to move from place to place

Emigration, em-i-grā'shon, *n.* a change of habita-
tion

Eminence, em'i-nenċe, } *n.* loftiness ; height ; sum-
Eminency, em'i-nenċ-y, } mit ; highest part ; dis-
tinction ; a title given to cardinals

Eminent, em'i-nent, *a.* high ; lofty

Eminently, em'i-nent-ly, *adv.* conspicuously

Emissary, em'is-sar-y, *n.* a secret agent

Emission, ė-mish'on, *n.* the act of sending out ; vent

Emit, ė-mit', *v.* to let fly ; to dart

Emmet, em'met, *n.* an ant ; a pismire

Emmew, em-mū', *v.* to mew or coop up

Emollient, ė-moll'yent, *a.* softening

Emollition, em-ol-lish'on, *n.* the act of softening

<mark>Emolument, ė-mol'ū-ment, *n.* profit ; advantage</mark>

<mark>Emotion, ė-mō'shon, *n.* disturbance of mind ; vehe-</mark>
mence of passion

Empale, em-pāle', *v.* to fence ; to enclose ; to put
to death by fixing on a stake

Empannel, em-pan'nel, *n.* the schedule of a jury—*v.*
to summon to serve on a jury

Empassion, em-pash'on, *v.* to move with passion

Emperor, em'per-or, *n.* a monarch of title and dig-
nity superior to a king

A

# Compendious Dictionary

OF THE

## English Language.

In which FIVE THOUSAND Words are added
to the number found in the BEST ENGLISH COMPENDS ;

The ORTHOGRAPHY is, in some instances, corrected ;

The PRONUNCIATION marked by an Accent or other suitable Direction ;

And the DEFINITIONS of many Words amended and improved.

TO WHICH ARE ADDED FOR THE BENEFIT OF THE

MERCHANT, the STUDENT and the TRAVELLER,

I.——TABLES of the MONEYS of most of the commercial Nations in the world, with the value expressed in Sterling and Cents.

II.——TABLES of WEIGHTS and MEASURES, ancient and modern, with the proportion between the several weights used in the principal cities of Europe.

III.——The DIVISIONS of TIME among the Jews, Greeks and Romans, with a Table exhibiting the Roman manner of dating.

IV.——An official List of the POST-OFFICES in the UNITED STATES, with the States and Counties in which they are respectively situated, and the distance of each from the seat of Government.

V.——The NUMBER of INHABITANTS in the United States, with the amount of EXPORTS.

IV.——New and interesting CHRONOLOGICAL TABLES of remarkable Events and Discoveries.

By NOAH WEBSTER, Esq.

From Sidney's Press.

FOR HUDSON & GOODWIN, BOOK-SELLERS, HARTFORD, AND INCREASE COOKE & CO.

BOOK-SELLERS, NEW-HAVEN.

1806.

Em'baſſage, Em'baſſy, *n.* a public meſſage or truſt
Embat'tle, *v. t.* to ſet or range in order of battle
Embáy, *v. t.* to incloſe in a bay, waſh, bathe
Embel'liſh, *v. t.* to adorn, trim, beautify, ſet off
Embel'liſhment, *n.* ornament, decoration, grace
Em'bers, *n. pl.* hot cinders, aſhes not yet dead
Embez'zle, *v. t.* to defraud by appropriating to *one's own uſe*, what is entruſted to one's care,
Embez'zlement, *n.* fraud by uſing anothers property for one's own benefit
Emblázon, *v. t.* to blazon, adorn, paint, deſcribe
Em'blem, *n.* a moral device, repreſentation, token
Em'blem, *v. t.* to repreſent or deſcribe alluſively
Emblemat'ical, *a.* uſing emblems, alluſive
Emblematically, *ad.* alluſively, with alluſion
Emblem'atiſt, *n.* a writer or inventor of emblems
Em'blements, *n. pl.* the produce from ſown land
Em'boliſm, *n.* an intercalation, a time inſerted
Emboſs', *v. t.* to adorn with riſing work, to incloſe
Emboſs'ing, *n.* the art of making figures in relievo
Emboſs'ment, *n.* relief, riſing work, a ſculpture
Embot'tle, *v. t.* to include in bottles, to bottle up
Embow'el, *v. t.* to take out the entrails, to gut
Embráce, *v. t.* to ſqueeze, take, compriſe
Embráce, Embrácement, *n.* a claſp, hug, cruſh
Embrácery, *n.* an attempt to influence a jury corruptly      (a jury
Embrácing, *n.* the crime of attempting to corrupt
Em'braſure, *n.* a battlement, an opening in a wall
Embrocáte, *v. t.* to foment or rub a part diſeaſed
Embrocátion, *n.* fomentation, rubbing, lotion
Embroid'er, *v. t.* to adorn with figure-work
Embroid'erer, *n.* a perſon who works embroidery
Embroid'ery, *n.* a ſort of variegated needlework
Embroil', *v. t.* to diſturb, confuſe, involve, broil
Embroth'el, *v. t.* to ſhut in a brothel, *ob.*
Embrúted, *a.* reduced to brutality, very depraved
Em'bryo, Em'bryon, *n.* the rudiments of an animal or plant, before the parts are diſtinctly formed, the beginning
Em'bryon, *a.* pertaining to firſt rudiments
Emendátion, *n.* a correction, alteration, change
Em'erald, *n.* a gem, a kind of green precious ſtone
Emerge', *v. i.* to iſſue, to riſe out of, from or up
Emer'gency, *n.* a riſing out of, preſſing neceſſity
Emer'gent, *a.* coming out or into ſight, ſudden
Em'erods, *n.* the piles
Emerſion, *n.* the act of riſing out of water, a riſe
Em'ertis, *n.* plain India muſlins, thin and of inferior quality, about 7 8ths in width
Em'ery, *n.* a kind of iron ore, a glazier's diamond
Emet'ic, *a.* that provokes vomiting ; *n.* a vomit.
Emicátion, *n.* the act of ſparkling or glittering
Emiction, *n.* urine, the making of urine      (away
En'rigrant, *a.* going from place to place, moving
Em'igrant, *n.* a perſon who quits his own country to reſide in another
Em'igrate, *v. i.* to remove from place to place
Emigrátion, *n.* a change of habitation or place

Em'inence, *n.* height, honor, top, a cardinal's title
Em'inent, *a.* high, lofty, remarkable, celebrated
Em'inently, *ad.* conſpicuouſly, in a high degree
E'mir, *n.* a Turkiſh prince, Vizer or Baſhaw
Em'iſſary, *n.* a ſecret agent, agent, ſpy, ſcout
Emiſ'ſion, *n.* a throwing out, a ſhooting
Emit', *v.* to dart, let fly, ſend out, iſſue out, diſ-
Em'met, *n.* a kind of inſect, ant, piſmire    (charge
Emmew', *v. t.* to mew, ſhut or coop up, *ob.*
Emmóve, *v. t.* to move, ſtir or rouſe up, *ob.*
Em'olleſcence, *n.* ſoftneſs, or the loweſt degree of fuſibility in bodies
Emol'lient, *a.* ſoftening, ſuppling, moiſtening
Emol'lient, *n.* a medicin which ſoftens
Emolli'tion, *n.* the act of ſoftening or relaxing
Emol'ument, *n.* profit, gain, advantage, benefit
Emolument'al, *a.* uſeful, producing emolument
Emótion, *n.* a ſudden motion, diſturbance of mind
Empále, *v. i.* to incloſe, fortify, fence in, put on a ſtake      (flower
Empálement, *n.* a fixing on a ſtake, the calyx of a
Empéople, *v.* to form into a community, *ob.*
Em'peror, *n.* a monarch, a title ſuperior to king
Em'phaſis, *n.* a remarkable ſtreſs laid on a word
Em'phaſize, *v. t.* to pronounce with a ſtreſs of voice
Emphat'ical, *a.* ſtrong, forcible, ſtriking, eager
Emphat'ically, *ad.* ſtrongly, forcibly, ſtrikingly
Emphyſem'atous, *a.* bloated, ſwelled, puffed up
Em'pire, [Em'pery,] *n.* imperial power, command,
Empir'ic, *n.* a pretended phyſician, a quack   (ruic
Empir'ical, *a.* experimental, practiced by rote
Empir'ically, *ad.* experimentally, pretendedly
Empir'iciſm, *n.* the practice or profeſſion of quacks
Emplaſ'ter, *v. t.* to cover with a plaſter
Emplaſ'tic, *a.* viſcous, glutinous, clammy, tough
Employ', *v. t.* to keep at work, exerciſe, uſe, ſpend
Employ', Employ'ment, *n.* buſineſs, a public office
Employ'able, *a.* fit to be employed or uſed
Employ'er, *n.* one who employs or ſets to work
Empoiſ'on, *v. t.* to poiſon, to deſtroy by poiſon
Empoiſ'oner, *n.* one who poiſons another perſon
Empórium, *n.* a ſeat of merchandiſe, a mart
Empov'eriſh *ſee* Impoveriſh
Empow'er, *v. t.* to authoriſe, to enable    (dignity
Emp'reſſor Em'preſs, *n.* a woman having imperial
Emprize, *n.* an attempt of danger, enterpriſe, *ob.*
Emp'tier, *n.* one who empties, one who makes void
Emp'tineſs, *n.* a void ſpace, vanity, ignorance
Emp'tion, *n.* the act of buying, a purchaſe
Emp'ty, *a.* void, unfurniſhed, ignorant, fooliſh
Emp'ty, *v. t.* to exhauſt, make void, deprive
Empur'ple, *v. t.* to make or dye of a purple color
Empuz'zle, *v. t.* to puzzle, perplex, confound, *ob.*
Empyr'eal, *a.* refined, beyond aerial, heavenly
Empyr'ean, *n.* the higheſt heaven
Empyr'eum, *n.* the very higheſt heaven or region
Empyreumat'ical, *a.* reſembling burnt ſubſtances
Empyrôſis, *n.* a general fire, a conflagration
Em'u, *n.* a very large bird of S. America, ſix feet

A - 89

# APPENDIX B:

# "EMOLUMENT" IN LEGAL DICTIONARIES, 1523-1792

### Table 2: Definitions of "Emolument" in Legal Dictionaries, 1523-1792

| | Author | Title | 1st ed. | Image | Definition |
|---|---|---|---|---|---|
| 1 | **Rastell, John/William** | *Exposiciones terminorum legum anglorum (Les Termes de la Lay)* | 1523 | 1st ed. 1523 | no definition |
| 2 | **Cowell, John** | *The Interpreter* | 1607 | 1st ed. 1607 | no definition |
| 3 | **Leigh, Edward** | *A Philologicall Commentary* | 1652 | 2d ed. 1658 | no definition |
| 4 | **Sheppard, William** | *An Epitome of All the Common & Statute Laws of This Nation Now in Force* | 1656 | 1st ed. 1656 | no definition |
| 5 | **Spelman, Henry** | *Glossarium archaiologicum* | 1664 | 1st ed. 1664 | no definition |
| 6 | **Blount, Thomas** | *Nomo-Lexicon* | 1670 | 2d ed. 1691 | no definition |
| 7 | **Jacob, Giles** | *A New Law Dictionary* | 1729 | 1st ed. 1729 | no definition |
| 8 | **Cunningham, Timothy** | *A New and Complete Law-Dictionary* | 1764 | 1st ed. 1764 | no definition |
| 9 | **Kelham, Robert** | *A Dictionary of the Norman* | 1779 | 1st ed. 1779 | no definition |
| 10 | **Burn, Richard** | *A New Law Dictionary* | 1792 | 1st ed. 1792 | no definition |

**Table 3: Other Uses of "Emolument" in Legal Dictionaries, 1523-1792**

| Author | Title | 1st ed. | Image | Other Uses of Emolument |
|---|---|---|---|---|
| **Blount, Thomas** | *Nomo-Lexicon* | 1670 | 2d ed. 1691 | used to define "Maritima Angliae" |
| **Jacob, Giles** | *A New Law Dictionary* | 1729 | 1st ed. 1729 | used to define "Maritima Angliae"<br><br>used in a sample form for the release and conveyance of lands |
| **Cunningham, Timothy** | *A New and Complete Law-Dictionary* | 1764 | 1st ed. 1764 | used to define "Apportum"<br><br>used to define "Maritima Angliae" |
| **Burn, Richard** | *A New Law Dictionary* | 1792 | 1st ed. 1792 | used to explain "Isle of Man" |

**Transcripts of Legal Dictionary Definitions and Other Uses, 1523-1792**

1) THOMAS BLOUNT, NOMO-LEXICON (2d ed. 1691).

> **Maritima Angliae**, the **Emolument** arising to the King from the see, with Sheriffs anciently collected, but was afterwards granted to the Admiral. *Pat. 8. Hen. 3. In. 4.* Richardus Lucy *dicitur babere* Maritimam Angliae.

2) GILES JACOB, A NEW LAW DICTIONARY (1st ed. 1729).

> **Maritima Angliae**, The Profit and **Emolument** arising to the King from the Sea, which anciently was collected by Sheriffs; but it was afterwards granted to the Lord Admiral. Richardus Lucy, *dicitur babere* Maritimam Angliae. *Pat. 8. H. 3.  M. 4.*

> [Sample conveyance stock language]
> This indenture made, &c. Between A.B. of, & c. of one Part, and CD. Of, & c. of the other Part, Witnesseth, that the said A.B. for and in Consideration of the Sum of Five hundred Pounds of lawful Money of Great Britain, so him in hand paid by the said C.D. the Receipt whereof the said A.B. doth hereby confess and acknowledge, and for other good Causes and Considerations him thereunto moving, be the said A.B. hath granted, bargained and sold, aliened, released and confirmed, and by these Present doth fully, freely, and absolutely grant, bargain and sell, alien, release and confirm unto said C.D. (in his actual possession now being, by Virtue of a Bargain and Sale to him theretof made for one Year, by Indenture hearing Date the next before the Day of the Date of these Presents, and by the Force of the Statute for transferring of Uses into Possession ) and to his Heirs and Affirm, for ever, All that Message or Tenement, & c. with the Rights, Members, and Appurtenances thereof situate, lying and being in, &c. And all Houses, Edifices, Buildings, Gardens, Orchards, Lands, Meadows, Commons, Pastures, Feedings, Trees, Woods, Underwoods, Ways, Paths, Waters, Easements, Profits, Commodities, Advantages, **Emoluments**, and Hereditaments whatsoever to be said Message or Tenement belonging, or in any way appertaining …

3) TIMOTHY CUNNINGHAM, A NEW AND COMPLETE LAW-DICTIONARY (1st ed. 1764).

> **Apportum**, Seems to be deduced from the French *apport,* and signifies the revenue, gain, or profit, which a thing brings in to its owner. It is also used for an augmentation given to any abbot, for his better support out of the profits of a manor—*ita quod proficua manerii predicti* apporti *qualibet anno prefato* A. in *subventinum sustentationis sine solverantor. Ann. 22 Ed. 2. N. 72. Line.* The word was commonly used for a corrody or pension:--Nicolaus Gwun *prior de* Andover, *debt xx macron de quodam* apporto, *ad capitalem dominum ejusdem prioris in partibus transmorinis,*

*in tempore paci debito. Ex register Evidentiarum Colleg.* Wickham. *Jucta* Winton. *MS.—Rex* Edwardus 3. *Restituit terras prioratum aliengigenarum salve nobis* apporto, *quod prasectus procurator alicai domain superiori salvere tenetur. Cianf. 14. Ed. 3.* The word misht at fist signify any profit or **emolument** *apported* or brought to another; and therefore *Du Fresene* observes in which the Customary of *Rhemes, apport* was the portion which the wife brought to the husband.

 **Maritima Angliae**, The **emolument** arising to the King from the sea, which sheriffs anciently collected; but was afterwards granted to the admiral. *Pat. 8. Hen. 2. M. 4.* Richardus de Lucy *dicitur babere* maritimam Angliae.

4)  RICHARD BURN, A NEW LAW DICTIONARY (1st ed. 1792)

**Isle of Man**, is a distinct territory from *England,* and is not governed by our laws; neither doth any act of parliament extend to it, unless it be particularly named therein. It was formerly a subordinate feudatory kingdom, subject to the kings of *Norway;* then to the kings of *England;* afterwards to the kings of *Scotland;* and then again to the crown of *England;* and was finally granted, by the king *James* the first, to *William Stanley* earl of *Derby*, and the heirs male of his body, with remainder to his heirs general; which grant was confirmed by an act of parliament, with a restraint of the power of alienation by the said earl and his issue male. On the death of *James* ear of *Derby* in the year 1735, the male line of earl *William* failing, the duke of *Athol* succeeded to the island, as heir general by a female branch. In the mean time, though the title of king had long been disused, the earls of *Derby,* as lords of *Man,* had maintained a sort of royal authority therein; which being found inconvenient for the purposes of public justice, and for the revenue, (it affording a commodious asylum for debtors, outlaws, and smugglers,) authority was given to the treasure, by statute 12 *G.c.28.* to purchase the interest of the then proprietors for the use of the crown; which purchase was at length completed in the year 1765, and confirmed by the statutes *5 G.3.c.26 & 39.* whereby the whole island, and all its dependencies, (except the landed property of the *Athol* family, their manerial rights and **emoluments**, and the patronage of the bishopric and other ecclesiastical benefices,) are unalienably vested in the crown, and subjected to the regulations of the British excise and customs. 1 *Black. 105.*

Expoſiciones tminoꝛ legũ angloꝛ. Et
natura bꝛeuiũ cũ diuerſis caſibus re=
gulis ꞇ fundamentis legum tam de libꝛis
Magiſtri Litteltoni quam de aliis legum
libꝛis collectis ꞇ bꝛeuiter compilatis ꝑ Iu=
uinibꝫ valde neceſſariis.

The expoſicions of the termys of ꝑ law of englond
ꞇ the nature of the wꝛyttys wyth dyuers rulys and
pꝛyncyples of ꝑ law aſwell out of ꝑ bokys of maſter lyttel=
ton as of other bokys of the law gadeꝛyd ꞇ bꝛeuely coplyd
foꝛ yong men very neceſſary.

A

Abiuracion
Abatement
Abbe
Abbꝛegement
Acceſſoꝛy
Accompt
Acciõ reals ꞇ ꝑſoncls
Addicion
Adminiſtratoꝛ
Admeſuremẽt ꝺ dower
Admeſuremẽt ꝺe paſtur
Age pꝛayer
Ad quod dampnum
Abiournement
Amendment
Ayd
Ayd de roy
Ayle
Areſt
Annuite
Aſſetz
Aſſyſe
Attornement
Attaynt
Auacion demeſne

Audita querela
Auerment
Auowꝛe.
Ayon
Appropꝛyacyon
Aduowſon
B
Barr
Battel
Baſtaꝛdy
Burglary
C
Champerty
Charge
Ceſſauit
Cetcioꝛare
Chymyn
Cõtynuall clayme
Conuſauns ꝺe ple
Conſpyꝛacy
Colucyon
Comen
Conterple
Conſultacyon
Contract

Contra foꝛmam fe=
oſamenti
Cõtra foꝛmam cola=
cionis
Colynage
Couenaunt
Cui in vita
Cui ante deuoꝛciũ
D
Daren pꝛeſẽtement.
Deuyſe.
Denyzyn
Decies tantum
Depter
Det
Diem clauſit extre=
mium
Dyſclaymer.
Diſſeiſoꝛ ꞇ diſſeiſe
Diſcontynuaunce
Dyſceyt
Demaũdãt ꞇ pleit
Deſeffendãtꝫ tenãt
Dyſtres.

dõg is disseise ou son seyte ou ꝑa
le dēute sur disseisyn in se ꝑ ã ul et
le ꝟf dirr i qd id nonsit ignessu nisi
ꝑ B. cui C. illud ei dimisit i ꝺe iustu
ꝗ. Et nota ꝗ nul ꝟf ditre in se ꝑ
cui serra mayntenable so nisi mꝛa
sou if ꝗ tenãt soit tenus ꝑ ꝑurchase
ou ꝑ discët meos si lasynaof ou discët
soint tenenu; flou des tegres sur ꝗf
nul ꝟf se puit et soit in se ꝑ me s ep
ã ul dõg; serra fait in se post ã se ꝟf
dira in qd a non fit ignessu nisi post
dissefisinan quam B.tui C. illud ei
sine iudicio fecit ꝓfaf. N. vel in
ꝑaine N. cui; heres ipse est.

than the dysseyse oꝛ hys heyre shall haue a
wꝛit of entre sur disseysyn in the ꝑ et cut and
the wꝛit shall sey in qd id a non het ingressu
nisi ꝑ B.cui C. illud ei dimisit qui inde ina
iuste ꝛ. And note well that no wꝛyt of en=
tre in ꝑ ꝑ et cui shalbe mayntenable agaynst
non but where he that is tenaunte be in by
purchase oꝛ dyscent/ but yf the alyenacyon
oꝛ dyscent be come out of the degrees vppõ
ꝗ hych no wꝛyt may be made in the ꝑno; in
the ꝑt cui than yt shalbe made in the post/
and the wꝛyt shall sey in qd a non habet in=
gressum nisi post dissesisinan quam B. ide
iniuste et sine iudicio fecit ꝓfaf. N. vel in
ꝑaine N. cuius heres ipse est.

ou Sicod. de sondera ou in an ceute
de record ꝓ sayꝺe Deute se record et
ꝑꝛes denault seu iustiu et Banck de ꝛoy
ꝗ sa si erroꝛur soit troue sser reuerse
mes si fauy iugemët soit don in Banck
de ꝛoy dõg; sser a reuerse ꝑ ꝑliamët
Auysi si fauy iugemët soit don i couit
que nest de record come in comte biscꝛ
dire ou couit baron dõg; sa pte aue
ea ꝟese de fauy ingement put sayꝺe
se record Deuit denault iustice de comi
Banck. Auysi si erroꝛur soit troue in sef
cheque; sser a reuerse ꝑ ꝑ chauceloꝛ
ꝗ tresoꝛur sit patet ꝑ statutu. E. iii.
anno. xxvI. C. xii.

and ꝑ sheꝛyffes of london/ oꝛ in other couit
de recoꝛd ꝓ foꝛ to make the recoꝛd and ꝓces
to come before the iustyce of ꝑ kyngys bech
and yf ther erroꝛur be found yt shalbe reuct
syd/ but yf a fals iugement be gyuen in the
kyngꝭ bench than it shalbe reuersyd by ꝑ
ꝑlyament also yf a false iugemët be geuen
in couit that ys not of recoꝛd as in coumte
hundꝛed oꝛ couit baron then the parte shall
haue a wꝛit of fals iugement foꝛ to make ꝑ
recoꝛd to come befoꝛe ꝑ iustyce of the comē
place/ Also yf erroꝛur be found in the esche=
quer it shalbe reuersyd by the chauncellout
ꝗ tresoꝛer as yt apꝑeth by ꝑ statute of ed=
ward the. iii. anno. xxxI. C. xii.

¶Eiectmt de gard side be co
apꝛes in se title de gard.

¶Eiectment de garde loke therfoꝛe aftes
in the tytle of Garde.

¶Eiegit est vne bꝛ iudiciall ã gist
sou sont ã ꝛecouer det ou damagis
in se couit ꝓ si suppose ã seu des
haue ne sot sufficiēt dõgꝭ it auet cest
bꝛ af Tic. a deliuer a sup toutes hꝭ
ã ꝯtenaus except lꝭ boes ã affers
de ꝯcarue ã aux if le moyt de sa ꝺt ꝗ
serra a sup iusꝑur ꝑ resonable ꝑꝛise
if if tienda tanq; le some soit leuey
des issu; ꝗ ꝑtis

¶Eiegit is a wꝛit iudycyall and yt lyeth
where a mã hath ꝛecoueꝛid in ꝑ kyngꝭ couit
det oꝛ damage; yf he suppose ꝗ ꝑ goodys
of ꝑ other be not sufficyet thã he shall haue
thys wꝛit to the shyryf to delyuer to hym al
hys goodys ã cattells crept oxen ã kylnemt
of hys cart/ã also the half of hys lãd whych
shalbe to hym delyueryd by resonable extẽt
that he shall hold yt tyll the some be leuyed
of the seyd issuys and ꝑfetys.

¶Esson est sou action est pot
ã se pleyntif ou deffendant ne poit be
appere aloutꝛ iỹ couit put in de. V
cause; de fouẽ expꝛesse; dõg; iỹ sef
esson de fauer fo defaut vnde nota
ã sont. v. maners de esson.s. esson de
oustre se mere ã ceo fert put in
bꝛ. iiỹ. esson de seri sed ã ceo fert put in
an ã vne iour.ã cey deuy ferrd gest
aꝑꝺ convenient de pse ꝑ dicitur. Le
tiere esson i de male Deuent ã ceo sert
at comen ioura come faction require
ã est aꝑꝑesse comen esson ã quant
ã covent cest esson serra side lꝭ sta=
tutꝭ ã le iuer de adiegnde iỹ statutes
tut cest sõ declare. Auysi le. iiiỹ. esson
est de malo lectit at ceo est sofkmēt in
bꝛefe de droyt et sur esso iffera brefe
sous deist chaunceꝛy direct aꝑ sꝛolle
que vt maund.iiiỹ. ꝯputabo aꝑ les
ꝑaine de Doyer se teruaut et sit sot

¶Esson ys wher anaceꝑyõ ys bꝛought ã ꝑ
playnt yf oꝛ deffendaunt may not well ap
pere at the day in couite foꝛ one of the. v.
causys vnder expꝛessyd then he shalbe esso
nyd to saue hys defaute /wherupon note
well that there be. v. manɯ of essones /that
ys to say/Eston de oustre le mere and ꝑ ys
by vI. days the secondꝰ eston ys de terra sꝭ
ta ã that shalbe by a yere ã a day/ and the se
mayne shalbe leyd in the begynnynge of ꝑ
ple vt dicitur/ the. iiỹ. esson is de male Deuet
ã when it holꝺ this esso shalbe loke ꝑ statuiꝗ
ã the boke of bꝛegemēt of statutys wher it
is well declaryd /allso ꝑ. iiii. esso ys de malo
lecti ã ꝑ is only a wꝛit of tꝛoght ã theruꝑõ
ther shalla wꝛyt go out of ã chauceꝛy dyrect
to the shyryfe ꝑ he shall send. iiii. knyghtys
to the tenaunt to se the tenaunte ã yf he be

¶Erroꝛur est vn bꝛ ã gist sou fauy
iugemēt don in sã couit Banck ou de
uãt iustice in assise ou deuãt iustice de
oyer ã ꝛermiuer ou deuãt sa maꝛye

¶Erroꝛur is a wꝛit ã it lyeth where a false
iugement is gyuen in ꝑ comen place oꝛ be=
foꝛe the iustyce in assise oꝛ before the iustice
of oyer determyner oꝛ before the Maꝛye

ꝑ.ii.

# THE
# INTERPRETER:

### O R

## BOOKE CONTAINING
### the Signification of Words:

*Wherein is set foorth the true meaning of all, or*
the most part of such Words and Termes, as are mentioned in
the *Lawe VVriters, or Statutes of this victorious and re-*
*nowned Kingdome, requiring any Exposition*
*or Interpretation.*

A Worke not onely profitable, but necessary for such as desire
throughly to be instructed in the knowledge of our
Lawes, Statutes, or other Antiquities.

Collected by IOHN COWELL Doctor, and the Kings
Maiesties Professour of the Ciuill Law in the
Vniuersitie of *Cambridge.*

*In Legum obscuritate captio.*



E L      E M

gestion made, that the Cleike formerly assigned, is gone to dwell in another place, or hath hinderance to let him from following that businesse, or hath not land sufficient to answer his transgression, if he should deale amisse, &c. *Fitzh. nat. br. fol.* 164.

*Elegit*, is a writ Iudiciall, and lyeth for him, that hath recouered debt or dammages in the kings court, against one not able in his goods to satisfie: and directed to the *Shyreeue*, commaunding him that he make deliuery of halfe the parties lands or tenements, and all his goods, oxen and beasts for the plough excepted. *Old nat. br. fol.* 152. *Register originall fol.* 299. *& 301.* and the Table of the Register Iudiciall, which expresseth diuers vses of this writ. The author of the new terms of law saith, that this writ should be siewed within the yeare, whom read at large for the vse of the same.

*Elk*, a kinde of ewe to make bowes of. *anno* 33. *H* 8. *cap.9.*

*Empanel* (*Impanellare, Ponere in assisis & Iuratis*) commeth of the french (*Panne.* 1. *pellis*) or of (*Panneau*) which signifieth some time as much as a pane with vs, as a pane of glasse, or of a windowe. It signifieth the wrighting or entring the names of a Iury into a parchment schedule or Rolle or paper, by the Shyreeue, which he hath sommoned to appeare for the perfourmance of such publique seruice, as Iuries are imployed in. See *Panell.*

*Emparlance*, commeth of the french (*Parler*) and signifieth in our common lawe, a desire or petition in court of a day to pause, what is best to doe. The ciuilians call it (*petitionem induciarū*) *Kitchin fol.*200. interpreteth it in these words: If he imparle or pray continuance. For praying continuance is spoken *interpretatiue* in that place, as I take it. The same author maketh mention of *Emparlance* generall. *fol.* 201. and *Emparlance* speciall *fol.* 200. *Emparlance* generall seemeth to be that which is made onely in one word, and in generall terms. *Emparlance* speciall, where the parry requireth a day to deliberate, adding also these words: *saluis omnibus aduantagiis tam ad iurisdictionem Curiæ quàm ad breue & narrationem,* or such like: *Britton* vseth it for the conference of a Iury vpon the cause committed vnto them. *ca.53.* See *Imparlance.*

*Emprouement*, See *Improuement.*

*Enchefon. A.* 50. *Ed.* 3. *ca.* 3. is a french word, signifiing as much as occasion, cause, or reason wherefore any thing is done, See *Skene de verbo. significa: verbo Enchefon.*

Bb 2      *En-*

A - 98

# A *Philologicall*
# C O M M E N T A R Y:

OR,

## An Illustration of the most
Obvious and Useful words in the

# L A VV.

## With their Distinctions
### and divers Acceptations, as they are
found as well in Reports Antient and
Modern, as in Records, and Memorials
never Printed : Usefull for all Young
Students of the Law.

*Thomas*

*Arist.* 3. *Metaph. Cap* 4.

Τὸ γὰρ μὴ ἕν τι σημαίνειν ὐδὲν σημαίνειν ὄτι.

*Ley*

The second Edition Reviewed and Inlarged.

By *Edward Leigh* Gentleman, some-
times of the *Middle Temple*.

*L O N D O N*,
Printed by *A. M.* for *Charles Adams*, and are to be sold
at his Shop at the Sign of the Talbot near S<sup>t</sup>
*Dustans* Church in Fleetstreet. 1658.

A - 99.

| 84 | *A Philologicall* | *Commentary,* | 85 |

unto you 2〈…〉 s. or a robe at the feast of Easter, after the feast you may bring an Action of Debt, for the one or the other.

If a Wife be indowed *ex assensu patris*, and the Husband dieth, the Wife hath election either to have her dower at the Common Law, or *ex assensu patris*, if she bring a Writ of Dower at the Common Law and count, albeit she recover not, yet shall she never after claim her dower *ex assensu*, &c.

*Dyer fol. 18.164.* — *A.* covenanteth to pay *B* a pound of Pepper or Saffron before Whitsuntide, which of them he will pay, but if he payes it not before the same feast, then afterwards it is at the election of *B* to have his action for which he pleaseth, either of the Pepper, or of the Saffron.

*21 H.7.19.* — So if a man giveth to another his Horse or Cow, the Donee may take the one or the other at his election, but if it was that he will give it in the future tense, there the Donee cannot take the one nor the other, for then the Election is in the Donor.

*Cook l.5. Rep. fol. 59.* — If a Justice of Peace directeth his Warrant to a Constable, to bring the party apprehended before him or another Justice, it is in the Election of the Constable to go to what Justice he pleaseth.

*Cowel Instit.* — ### E L E G I T.

Elegit, *est nomen Brevis, sic dictum ab hoc verbo* ( *Elegit* ) *in eodem comprehenso.*

*Cowels Interpreter.* — ### E M P A R L A N C E.

*Emparlance,* cometh of the French word ( *parler* ) and signifieth a desire or petition in Court, of a day to pause what is best to do.

*E N D I C T.*

---

## E N D I C T M E N T.

*Endictment,* signifieth in Law an accusation found by an enquest, of twelve or more upon their oath, and the accusation is called *endictamentum,* and as the appeal is ever at the suit of the party, so the endictment is alwaies at the suit of the King, and his Declaration. — *Some derive it from* ρⲟⳤⲉⲛxⲟⳝⲁⲓ, *the word to accuse.*

To make a good endictment it is necessary to put in the day, year, and place, when and where the felony is done. — *If it be uncertain, it is not good.*

It ought to be certain also in the matter, as appears. *P.8.E.4 f.5.* where a Bailiff was endicted, because he took one for suspicion of felony, and after *cum felonic̀, & voluntarie ad largum ire permisit,* and did not shew in certain for what suspicion of felony, so when one is endicted that he made an hundred shillings of Alchymy *ad instar pecunia Domini Regis,* and alledged not what money it was, groats or pennies: but in case a man be slain, and he is so mangled in the visage that one cannot know him, but the party which killed him is well known, there is no reason he should escape punishment, therefore although no appeal lie against him in this case, yet and Endictment lies, and he shall be endicted, *quod interfecit quendam ignotum,* the same Law is if one be endicted that he stole the goods *cujusdam ignoti,* or *bona cujusdam persona,* the reason is, because the Endictment is not his which was the owner of the goods, but is the suit of the King, which is to have the goods, if none claim them. — *Stamford pl. of Cr. l. 2. c. 30.*

— *Stam. ubi supra.*

An Endictment ought to expres in certain, as well in what part the mortall wound is, as the profundity and latitude of it, and therefore it was moved that such an Endictment , *quod unam plagam*

G 3

A - 100

# AN
# EPITOME

## OF ALL THE

# Common & Statute
# LAWS

## OF THIS
# NATION,

### Now in force.

Wherein more then Fifteen hundred of the
hardeſt Words or Terms of the L A W are Explained ;
And all the moſt uſeful and profitable Heads or Titles of
the L A W by way of *Common Place,*
Largely, Plainly, and Methodi-
cally handled.

### With an Alphabetical T A B L E.

---

## By WILLIAM SHEPPARD, Eſq;

---

### *Publiſhed by His Highneſs Special Command.*

---

*LONDON,*

Printed for *W. Lee, D. Pakeman, J. Wright, H. Twyford, G. Bedell,
Tho. Brewſter, Ed. Dod,* and *J. Place.* 1656.

A - 101

And when the thing granted, is of a thing Annual, and to have continuance, there the Election doth remain to the Grantee, when the Law doth give him the Election, as well after the day as before; as when one grants the Annuity of twenty shillings, or a Robe at *Easter*, but when it is to be performed *Unica vice* onely, *contra*: And therefore if one contract with me to pay me twenty shillings, or a Robe at *Easter*, if he fail, I may sue for either.

If an Election be given to divers persons, and one of them make a choice; this shall binde all the rest, though they agree not to it, *Co* 2. 36: *Co. super Littl.* 146.

5. What Act shall amount to an Election, and be good and binding, or not. *Services: Dower.*

If two be Joyntenants of a Manor, and a Wardship happen, and one of them seize the Ward; this will binde the other, and he cannot after wave him, and demand his Services, *Co* 1. 03:

If a Rent-charge be granted to a man and his heirs, and the wife of the Grantee brings a Writ of Dower against the Heir, and the Heir to prevent the wife of Dower, claims it to be an Annuity, and not a Rent-charge; this is no good Election, and therefore she shall recover her Dower; and after this Endowment, the Heir cannot have Annuity for the two parts, for he must have all as a Rent-charge, *Co. super Littl.* 444.

6. By what means an Election may be gone, or not.

If two things pass by one Gift or Grant, altogether uncertain at the first, and the Feoffee or Donee die before Election; this Election is gone, and the Grant void: As in the case of the Feoffment of one of two Acres, and of the Wood, and the gift of one of his horses, *Co* 2. 36, 37: *Dyer* 281.

If one have an Election to pay one of two things at a day, and he do not pay it at the day, then his Election is gone to the other, as in the case above, *Kelw.* 78. *Dennis* case, *Trin.* 8 *Jac.* B.R. And if after the Election given to the Grantee he brings a Writ of Annuities for one onely, and have Judgment for that one; his Election is gone, and he can never demand the other, *Co* 2. 36, 37:

If one enfeoff another of two Acres, to have the one for life, and the other in tail, and before Election the Feoffee make a Feoffment of both: Now his Election is gone, and the Feoffor may enter upon which he will for Forfeiture, *Co.* 2. 37.

If one grant a Rent-charge, and after the Grantee distrain and avow for it in a Court of Record, or bring an Annuity, and have a Judgment in it; in these cases his Election is gone: So if the Grantee of the Rent, before Election, purchase the Land, or release all Annuities, it seems his Election is gone, *Dyer* 344. 140. But in cases where the Gift or Grant is of one thing, but by several Titles, or in a divers manner: As in the case of Lease that hath words of Bargain and Demise also, or of a Grant of a Rent; the alteration of the estate of him in Reversion, or the death of either of the parties will not determine the Election: And if in the first case the Lessee enter generally, and do not declare how he will take it; this is no determination of his Election, *Co.* 3. 37.

If a Term be given to the Executor, and he enter generally, and do not declare how, whether as Legatory, or as Executor; this is no Determination of his Election, but he may afterwards make his Election well enough, *Co* 2. 37.

If a Lessee for years be of Land, determinable upon the death of *J. S.* and he grant a Rent-charge out of his Land, and before the Election of the Grantee how to take this Rent *J. S.* die; so that now the Land cannot be charged; yet the Grantee his Election is not go gone, but he may charge the Grantor in an Annuity, *Co.* 2. 36.

*Rent.*

If one give to a man two Acres of Land, to have one in Tail, and the other in Fee, and he make a Feoffment of both; in this case the Election is not gone, to the Heir in Tail; for he may bring a Formedon for either, *Co.* 2. 36.

If an Ideot in Tail make a voidable Lease and die, and the Guardian of his Heir avoid him (as he may) yet, this notwithstanding, the Election of the Heir at his full age remaineth, *Co* 7. 7.

If one grant a Rent-charge in Fee, without the words *pro se & heredibus suis*, and the Grantee bring a Writ of an Annuity against the Heir, and after discontinue his Suit, yet he hath the same Election he had, and may distrain the Land, *Dyer* 344.

If

If a Grantee be in the disjunctive of two Annual things, and things of continuance; if the Election belong to the Grantor, and the fail of the day, his Election is not gone; otherwise it is of things that are to be performed *unica vice* onely: As if one grant by Copy, twenty Trees growing upon Black-acre, or White-acre to be cut down yearly by himself, and delivered to the Grantee such a day, and the Grantor fail of the day, yet his Election is not gone, *Co.* of *Copihold.* 120.

In most of all these cases before, when once a man hath made his Election, it is peremptory to him, and shall never after wave it, and chuse again: So also after a Judgment for Debt or Damages, where a man hath an Election what execution to take; if he have taken Execution by Elegit, it seems he cannot afterwards take any other remedy for recovery of his Debt or Damages upon the Judgment, *Dyer* 229. 60.

7. Where an Election is peremptory, or not.

Where a Lord by Custom may seise a Herriot, the best Beast, and he chuseth one of the worst; he is bound by this, and he shall not chuse again. See more for this in *Contracts*, 16 H.7.4:

But where a man hath the Election of one Action of two, and he sue, and the other appear, and after is non-sute; this is no Determination of his Election, *Co* upon *Littl.* 146.

For Election of Persons to any Office or place, these things are to be known.

8. Election of persons.

1. Elections to Colledges, Churches, Hospitals, Schools, Halls, Benefices, Ecclesiastical Dignities, and Societies must be free.

2. So must the Admissions and Institutions into such places, free.

3. None may by threats disturb free Elections.

4. If any take any thing, or a promise of any thing to give his voice for an Election, it makes the Election void, and another may be chosen.

5. If a man take any thing, or a promise of any thing for resigning a place, he that gives is hereby made uncapable of the place:

6. If any take any thing, or a promise of any thing for a Presentation or Collation to a Benefice, by this he is made uncapable of it, for *Simony*.

7. So it is of Corrupt Exchanges and Resignations, between Incumbents of their Benefices, if they be with cure of Souls, 31 *Eliz.*6. *Westm.*1. And *Articuli Cleri*, and *Wingate, Abridgment* of them: *Fit. Election:*

---

## CHAP. LXXIV.

### *Of an Infant and Engagement.*

**B**Y an Infant, commonly and properly in our Law, is meant one that is in his Nonage, under the age of one and twenty years, whether Male or Female, *Co. super Littl.* 171. But the word is sometimes taken more largely: And the Law hath a great respect to Infants, to protect them from wrong, and this to preserve their estate; and therefore doth give them many Privileges, and Benefits above others; as in many cases.

1. An Infant: Nonage.

Their Priviledges.

*Stat.* 1.

First, Not to be sued, till they be of full age.

Secondly, Not to be bound by their Contract, or their other Acts, that may turn to their prejudice, but onely in some special cases; for which see in *Age*. And wrongs done to them, are more severely punished then to others.

F p p    For

THE LIBRARY OF CONGRESS
PHOTODUPLICATION SERVICE
WASHINGTON 25 D.C.

Liber iste, cui titulus *Glossarium Archaiologicum*

IMPRIMATUR

GUIL. MORICE.

*Aprilis 1.*
*1663.*

---

# GLOSSARIUM
## ARCHAIOLOGICUM:
### CONTINENS
## LATINO-BARBARA,

peregrina, obsoleta, & novatæ significationis *VOCA-BULA*; quæ post labefactatas a Gothis, Vandalisq; , res Europæas, in Ecclesiasticis, profanisq; Scriptoribus; variarum item Gentium Legibus antiquis municipalibus, Chartis, & Formulis occurrunt.

## SCHOLIIS & COMMENTARIIS

illustrata; in quibus prisci Ritus quam-plurimi, Magistratus, Dignitates, Munera, Officia, Mores, Leges ipsæ, & Consuetudines enarrantur.

AUTHORE

# Henrico Spelmanno
*Equite, Anglo-Britanno.*

*Ordior audaci tenebrosa per æquora velo,*
*Cymerium tentare adytum : submersaq; lethis*
*Sistere de barathro luci. Da maxime rerum*
*Conditor, ut fugiens sytes, scopulosq; latentes,*
*Fœlici inventam quæsitos littore portus ;*
*Et te perpetuo ductorem carmine laudem.*

LONDINI,
Apud ALICIAM WARREN Anno Domini
MDCLXIV.

## 194 · Henrici Spelmanni

2. Phil. & Mat. ca. 4. & 7 Eliz. c. 10.) per spacium menfes in hac veriari conditione. Exinde fenfim difparuere.

¶ **Eia.**] *Infula.* A Sax. ea3e, 3 ut folet in y vel i transfumant. Sic ɨypɲo le3, hæp pɲo ey3, ðæʒ pɲo ðey3 & infinita huiufmodi. Eft autem eaʒe propriè *amnis*, & *amnis*, nonfenfu hinc contraxit infula, quod in inter oculi vel ovi, & in mari exhibet. Sic in lib. Ramef. Sect. 3. *Ramefeia* exponitur , in fula æriûm ; in Itinerar. Cantii, *Shepeia*, infula *ovium* ; in hift. Hen. Huntindon lib. 3. *Heræi*, infula cervi. Occurrit etiam in villatum nominibus creberrimè, aliàs infulam, aliàs peninfulam, aliàs fœni manicuam, vel aquatilem denotans. Significat etiam & *aquam*, juxta Gallicum *eau*, quod 3 Saxonicum ut alia plurima in u mutat. Sic in paluftri regione, æquam à terra firma exceptam, *landeiam* vocant à interiorat aliàs, aliis cognominibus difcriminant ; fed *eiam* pafim vocant.

¶ **Eiecta marit.**] Vide *VVreccum.*

¶ **Eiera.**] *Eyot.*] Vox Forent. Iter : t (ut Callis fæpè) ellifo. Vide *Iter*, & *Jufti. ciarii itinerantes*, feu *errantes* ; nam iter etiam error dicitur.

¶ **Einecia, Enecia, Eneyus & Æf-necius.**] *Primogenitus,* junior. Vox forenf. A Gal. *aifne*, hoc idem fignificante. *Pars einetia*, ea dicitur quæ in hereditate hereditate foror primogenita cedit : cujus etiam in eligendo prærogativa, *afpecta* apud Fletam appellatur. In Statut. Scot. Rob. 1. ca. 3. *Qui vivens, id eft capitalem partem illius hæreditatis habet.*

¶ **Elaboratus & laboratus.**] In legibus & Chartis antiquis, fæpè venunt pro eo quod quis fuo labore vel induftria perquifivit : *laborare & elaborare*, pro acquirere, vel lucrari. Tradit. Fuldenf. lib. 1. ca. 18. *Trado fic elæmofinam meam ad Sanctum Bonifatium, quicquid proprietatis in elaboratis meis vifus fum habere, prater 2 boves, totum & integrum. Id fuit ortu 5. poteſtati 10. boves & vacca 38. duo caballi, vnmilas, veſtimenta, ra rationem, & quam diu vixerim illa per beneficium habeam.* Lib. 2. Trad. 26. *Trado — dimidium meum paternalem hereditatem , & duas partes de meis elaboratis , fu loco qui dicitur b. pro ripam finmini Fuldæ, id eſt, terris, filvis, campis, &c.* Trad. 40. *& meo Elaboratis noſtris, quicquid deincep elaboravimus.* Et 68. *Trado Rangeria Abbati — propriâ anciliâ meâ nomine VVF — & cum elaboratione illius anciliæ,id eſt, Vtramburg.* Longob. 3. Tit. 4. l. 5. *Non transfumant — alicui bonum cauſam fuam (id eſt rem) ſolvere, ſui ſuam laborant.* Sal. ca. 47. *eſt ſibi aliquid elaboravit — à me teſt.*

¶ **Elidiatus,**] Formul. Solen. 167. In judicio evindicationis de colono. *Colunicum — habeat evindicatum ſeu elidiatum,* Formul. 170. *in notitia de terra evindicata. Propterea judemus — ut iſſam terram ipſe Abbas habeat evindicatam atque elidiatam,*

---

Similè, formula. 142. Fotmul. 52. in donatione qua pater donat filium : *quam din ad vitrû tam in ipſe, quam hæredibus, ſibi pofſum tuos germanos vel germanos, quieto ordine vel eblidio, valeat poſſidere,* Etiam form. 30. ſine allius judicis conſtngnatione pars monaſterio noſtro , eblidiato ordine præfentatiter renutare faciat dominium. Lindenbrogius opinatur ita dictum, ut eblidio aliquem ab exculpatione 1. 4. Cod. de cond. cognit. Bignonius autem in Nor. ad diétam formulam 170. (quam in faa editione inter Veteres refert, ca. 7.) locum corruptum exiftimat, reftituendamque elidiatum, quaſi extra litem & contrarium litigium, &c. Sic præcolubilo verbi fenſus eſt, terram ſine litem vel contrariâ vel multiplici altâ nititur authoritate. Reperio tbide olim aliquando pro quadam curia dictum ; hac verò non audeo artibere. Mat. Parif. Regg. lib. 1. ca. 13. *explicatur* dixit pro Elifigare , vel *elidiare.*

¶ **Emenda, Emendatio.**] Quod in reftaurationem damni tribuitur : à Gal. *A mende & emende.* In hoc à malefiâ differt, quod multa judici, *emenda* parti lefæ datur. Spec. Sax. lib. 3. Art. 53. *Judex in ſuo judicio multam lodet & non emendam, ut quod Judex agere non poteſt , & indicare ; nimin verô emendatur, niſi aliter). Idcô, illuſtribus; emendam non competenter inſultis ad aliquibus vindictâ eſt.* Sed & pecuniariam multitam , *emendam* dici , multorum eſt ( apud Bignonium ) Petrus Fontanus ( qui B. Ludovico R. clarnit ) fic in judiciis noſtris legibus multæ probatur author. I.. 1. c. 50. *ritatis.* Videtur etiam *emenda* illa triplex fuiſfe, maior, media, minima. Nam in LL. *Knendna* Edouardi Confeſf. ca. 35. pa. 138. fic legitur maiû emenda. *— ſune compoſis, maiore emendatio foriſfa. nimina.*

*flura Saxonum lib 44. tib. Hæc ſortè emen danis ; alina foriſfafactura plena ; aliàs plena uyta* dicitur. Medis autem emendatio, & fic ibidem notatur ca. 12. *De opere verô ſi fiat , quod diſfranatur, & emendatur emendationis diétur. Minima emendatio ea videtur fuiſfe, quæ leniſſimè apponebatur : & reſpiciunt ſortè tres iſtæ emendationes, gravioræ aliæs, quæ inferioribus, æquivocationum, fuit, & redemptio appellantur.* Quære.

Sic *emendare* pro mulêtari. LL. eljd.ca. 35. *Knendar.* pa. 136. *Domino Regi graviter emendare de —*

*Emendare ſe :* pro, vitam redimere , feu *Knendare.* Wergildum ſolvere. Longob. lib. 1. Tit. 2. l. Sic in tertio verô ( culpa ) *ſi ſe non emendare rit , moriatur.*

¶ **Emme Chriſten.**] Frater in Chriſto. Saxonicum , *quod maſt* inteſhigentes, even Chriftian perlegunt : qua ſe refert in oratione Henrici VIII. ad Parliamentum an. regn. 37. Sed refert in LL. Edouardi Confeſf. ca. 36. *frater in par — quod Angli & caves* *emme Criſten.*

¶ **Emphiteofis.**] Dicitur cum quis prædia talis lege accepta, level et conſtant , vel emendationi reddit : à Gr. ἐμφυτεύω , i. conſero. Vulgariter autem idem eſt , quod conduſtio

---

## Glossarium. · 195

conduêtio ſeu elocatio prædi. Greg. Mag. Regiſt. Lib. 1. Epiſt. 70. *Qui terras vel infulas Eccleſia noſtra in empbiteoſin, ſibi poſtula dari. Aliàs & reétius Emphiteuſis, unde Emphyteuma & empbyteutas qui fundum fic accipit.*

¶ **Englecheria, & Englesceria.**] Fiétitium ſubſtantivum à Saxon. Englic, i. An-glicus. Quaſi Anglietas, vel nativitas Anglica. Prifcæ apud Anglos legis appellatio, cujus ortum, vigorem, & interitum indicabimus. Teftantur leges Edouardi Confeſſoris ca. 35. omnes Danos per univerſum regnum Angliæ, fub præventu infpiciendorum armorum univerſâ cujuſliq patriæ, uno quodemq die ab Æthelredo Rege occiſos eſfe. Deinceps igitur cum regni folium adepeus eſfet Rex Danorum Canutus : ut fui fuiſſq fœliciùs caveret, diuturnum retinuit exercitum , qui populum graviter atterens, introduxerunt legæ occaſio fuit ; ut Brætonus 1, 2, traét. 1. c. 15. de murdro agens per ſpicuè retulit. *Sive interfeétus, cognitus fuerit, ſive ignotus,diceretur Francigena, niſi Englecheria, i.quod Anglicus ſit probatur per parentes, & conorum Juſticiariis præſentatur. §. 3. Caſſa verô inventionis murderorum, fuit : quod ſu diebus Canuti Regis Danorum, qui poſt Anglos acquiſitam & pacificatam, regale baronum An-gitorum, remiſit ad Datianæ vervitum ſuum. Sed illiſ Baronis Anglia erga ipſum Regem Cam-tum ſideiuſſores exſtiterunt, quod quotquot Rex in Anglia ſecum retuvaret, firmam pacem per omnia haberet : ita quod ſiquis Anglorum, alio-rum hominum quem Rex ſecum adduxit inter-ſeceret, ſi ſe iuper hoc defendere non poſſet judi-cio Dei (ſcil. aqua vel ferro ) foret de eo juſtitia. Si autem effugeret & capi non poſſet, ſolveretur pro eo 66 marca, & colligebantur in villa, ubi quis eſſet interfeétus, & ſi non qua interfecŭerum adunabantur : & ſin tali villâ pro paupertate colligi non poſſet, colligeretur in hundredo,in ipſorum Regis deponit4a. §. 4. Et dicitur murderum extra vervum occiſio & no-mina acceptum, cum ipſe ne huic extraneus ; ille qui interfeétus eſt ſemper reputabatur Francige-na, niſi Englecheria vite ſparati quam Juſticia-riis præſentata, &c.* Vide legem hanc latam fuiſfe ( ex jure hofpitalitatis ) in præfidium extraneorum, viz. Danorum primò, & deinde ( olim ingreſſi eſſent Normanni ) Francigenarum ; eorum cædes multô graviùs pleétebatur quàm Anglorum. In mutigatio-nem igitur pœnæ fuit, fi legaliter conftaret de Engle cheria interfeéti; hoc eft, eum Angli-cum fuiſſe ; non Danum, non Francum, non extraneum.

Abrogata tandem eft lex iſta , ſtatuto anni 14. Ed. III. in Standrdut tralit 1. c. 10. ubi & Englechŭriam aſſerit fuiſſe inſtitu-nem legæ Communiæ : Eo quo inituedveras hodiernos Juriſconfultos, id legi Communi tribuere, cujus initium nec in Annalium fuis, nec in Statutorum volumine deprehenditur. Vide *VVelliſturas.*

¶ **Eorla, Erle.**] *Conſul, Comet.* Vox Danica, & ab illis ( quibus olim ſub ɛɲl nomine

honor ) ad nos delata. Danis autem Erle idem quod Saxonibus noſtra fupremi ordinis Aldermannus : ſed hoc de inferiori fæpe ma-giftratu, illud de illuſtriori ſemper ; & ab in-greſſu Normannorum, de ſolo Comite, quem Germani **Grafe** nuncupant , intelligitur. Æ-theldreno faxo lib. 4. ca. 5. *made evindicaturunt quos illi ( Dani ) Eorla ſolent nomi-nare, & rex verum eum.* Confules verò & Comites, æquivocè dixit ætas ea & ſubſequens, ea infiqer, & Ducæs. Sed diſtinguit jam cuni honorariis, & videtur *Erle,* Ducem poſuit vocæ, quam Comitem. Æ-theldreni eiim ( qui & ipſe Danus fuit ) *Eorlam & Aldermannum* Archiepiſcopo & Epifcopo confert : *Eorlam,* ab Aldermanno ita diſtinguit, ut Archiepiſcopum ab Epifcopo. Aldermannum verô eo loco pro Comite dux-ille, vernacuo vocis fignificato, locuæ ipſe, & ipſa comparatio, in qua ubi Ducem & Comi-tem , pro *Eorla* & Aldermanno ſubſtitu-unt; de quo vide fupra in *Dux.*

Sic autem Æthelftana in lege ſuam tulic de fingulorum capitum æftimatione. Ærcebiſ-ceoper 7 Eopler pæʒ;ilo biɲ xv. Ð. Ðpinʒæ 7 Biɲceoper 7 Ealdoɲmannæɲ VIII. Ð. i. *Archiepiſcopi & Eorla capitis æſtimatio,* 15000. *tbrimſa (unto. Epiſcopi & Aldermanni,* 8000. *Walftidae Stralo de re-bus Eccleſiaft. ca. 31.cum Archiepiſcopos re-gibus, Metropolitanos Ducibus comparabit : Quod* ( inquit ) *Comites vel præſeſſi in ſitulo, hoc Epiſcopi catera in Eccleſia explent.* Et Ealdorman hoc loco pro Comite accipien-dum moment etiam Ina LL. c. 36. ubi de Aldermanno loquitur qui furem evadere per-mittit, ita habent : Gæðe Ealdoɲman 7 ð-pɥliʒe hiɲ ꝼcipe. Sic Aldermannus ſit qui hoc receris ] *perdat Comitatum ſuum,* Qui Comitatum habuit quem perderet, niſi Co-mes? aut quid ea teſtempate judicium tu-lit de furib, in Comitatu capitis , niſi Co-mes?

Sed qui tandem fit ut non *Eorla* noſtros à Danis acceptimus, cum ipſi ne hodie quidem aut *Eorlam,* aut Comites , aut Barones nove-runt ? Certè nomen acceptimus, non gradum. Nec *Eorl* aliud quid ſignificatum propriè, quàm ( ut diximus ) Saxonibus noſtris , Al-derman : feniorem nempe, & per tranſlatio-nem honoratum, quia honorandi ( omnium Gentium fufragiis ) ſenioræs : ex quo & ipſi ſeniores. Reges hoc folo nomine fub iftis Conſu-ciebantur. Vide *Senior.* Exolevit ( judiò nova vox *Eorl* apud Danos, olim **ᴇᴀꞃ** & **ꞃꞃ,** pro *honore* : retinent hi tamen inde conceſſ0m adjeétivum; viz. Epitholaꝉ; hodie dirigunt, **ᴇꞃlɪʒ og verðlɪʒ manᶟ,** i. honorato & mobili viro, ut certiorem me reéti intellectu-rum juvenis Canutus Wiſfeldius, Jacobi regni Daniæ Cancellarii filius. At fic autem poſtqua m nobis rationoram exhibent, leges Canuti an-gliæ ( qui etiam Danus fuit ) par. 2. c. 69. ubi dignitatis amplitudinem melius judices ex indiêto ei *borote* quod hic infra vide in Hi-reſtuum.

Cc 2                    ¶ **Epacaræ.**]

# NOMO-ΛΕΞΙΚΟΝ:

## A

# LAW-DICTIONARY,

Interpreting ſuch Difficult and Obſcure

## 𝔚𝔬𝔯𝔡𝔰 𝔞𝔫𝔡 𝔗𝔢𝔯𝔪𝔰,

As are found either in

Our *Common* or *Statute*, *Ancient* or *Modern*,

# LAWS.

## WITH

# REFERENCES

To the ſeveral *Statutes*, *Records*, *Regiſters*, *Law-Books*, *Charters*, *Ancient Deeds*, and *Manuſcripts*, Wherein the Words are uſed :

And *Etymologies*, where they properly Occur.

The *SECOND EDITION*, with ſome Corrections, and the Addition of above Six Hundred Words.

Coke *on* Littl. fol. 68. b.

*Ad rectè docendum oportet primùm inquirere* Nomina ; *quia rerum cognitio à nominibus rerum dependet.*

By THO. BLOUNT late of the *Inner-Temple*, Eſq;

*LONDON:* Printed for *H. Herringman, T. Newcomb, R. Chiſwel,* and *R. Bentley* ; and ſold by *Tho. Salusbury* at the Sign of the Temple near *Temple-Bar* in *Fleet-ſtreet.*   M. DC. XCI.

next before *Quadragefima*, which is a great mistake.

**Emendals**, *(Emenda,)* Is an old word, still used in the Accounts of the *Inner-Temple*; where so much in *Emendals* at the foot of an Account, fignifies fo much in the Bank or Stock of the Houfe, for Reparation of Loffes, or other emergent occafions; *Quod in reftauratione damni tribuitur*, fays *Spelman.*

**Empanel**, *(Ponere in Affifa & Furatis,)* Signifies the Writing and Entring the Names of a Jury into a Parchment Schedule, or Roll of Paper, by the Sheriff, whom he has Summoned to appear for the performance of fuch publick Service, as Juries are employ'd in. See *Panel.*

**Emp.rlance**, (From the French, *Parler*, to fpeak,) Signifies a Defire or Petition in Court of a Day to paufe, what is beft to do; ( the *Civilians* call it, *Petitionem induciarum.*) *Kitchin*, ( fol. 200.) fays, If he *impart*, or *pray continuance*, &c. where *praying continuance* is fpoken interpretatively; and fol. 201. mentions *imparlance general* and *fpecial*; The firft feems to be that, which is made only in one word, and in general terms: *Emparlance fpecial*, where the Party requires a Day to deliberate; adding alfo thefe words, *Salvo omnibus advantagiis tam ad jurifdictionem Curia, quam ad brove & narrationem*—— or fuch like. *Britton* ufeth it for the conference of a Jury upon the Caufe committed to them, ca. 53. See *Imparlance.*

**Enchefon**, *(French,)* Signifies Occafion, Caufe or Reafon, wherefore any thing is done. 50 *Edw.* 3. ca. 3. See *Skene in hoc verbum.*

**Encroachment**, or **Accroachment**, ( Fr. *Accrochement*. i. A grafping, or hooping,) Signifies an unlawful encroaching, or gathering in upon another Man; As if two Mens Grounds lying together, the one preffeth too far upon the other; or if a Tenant owe two fhillings Rent-Service, and the Lord exacts three. So *Hugh* and *Hugh Spencer encroached* unto them Royal Power and Authority. *Anno* 1 *Edw.* 3. *in Proem.*

**Endictment**, *( Indictamentum,* from the Fr. *Enditer*. i. *Deferre nomen alicujus,)* Is a Bill or Declaration drawn in form of Law, for the Benefit of the Common-wealth, and exhibited by way of Accufation againft one for fome offence, either Criminal or Penal, and preferred unto Jurors, and by their Verdict, found and prefented to be true before a Judge or Officer, that has power to punifh, or certifie the Offence. An *Inditement* is always at the Sute of the King, and differs from an Accufation in this, That the Preferrer of the Bill is no way tied to the Proof of it, upon any Penalty, except there appear confpiracy. See *Stamf. pl. Cor. lib.* 2. ca. 23. *nf.*; 34. *Enditements* of Treafon, and of all other things ought to be moft curioufly and certainly penned. *Cak* 7. *Rep. Calvins Cafe.* The day, year and place, muft be put in. See the Stat. 37 *Hen.* 8. *ca.* 8. And 3 Part. *Inft. fol.* 134.

**Endowment**, *( Dotatio, )* Signifies the beftowing or affuring of a Dower. *See Dower.* But it is fometimes ufed Metaphorically, for the fetting forth or fevering a fufficient portion for a Vicar towards his perpetual maintenance, when the Benefice is appropriated. See *Appropriation*, and the Stat. 15 *Rich.* 2. ca. 6.

**Endowment de la plus belle part**, Is where a Man dying feized of fome Lands holden in Knights-fervice, and other fome in Soccage, the Widow is fped of her Dower, in the Lands holden in Soccage, as being the *fairer* or better part. Of which fee *Littleton at large*, *lib.* 1. *cap.* 5.

**Enfranchife**, (French, *Enfranchir*,) To make Free, to Incorporate a Man in any Society or Body Politick, to make one a Free Denizen.

**Enfranchifement**, *( French, )* Signifies the Incorporating a Man into any Society or Body Politick; For example, he that by Charter is made Denizen of *England*, is faid to be *Enfranchifed*; and fo is he that is made a Citizen of *London*, or other City, or Burgefs of any Town Corporate; becaufe he is made partaker of thofe Liberties that appertain to the Corporation, whereinto he is *Enfranchifed*. So a Villain was *Enfranchifed*, when he was made Free by his Lord.

**Englecerie, Englecherie** or **Englefchhire**, *( Englecceria, )* Is an old abftract word, fignifying the being an Englifhman. For example, if a Man were privily flain or murdered, he was in old time accounted *Francigena*, ( which comprehended every alien, efpecially *Danes*,) until *Englecerie* was proved, that is, until it were made manifeft, that he was an *Englifhman*. *Bracton, lib.* 3. *tract.* 2. *cap.* 15. *num.* 3.

This *Englecery* ( for the Abufes and Troubles that afterward were perceived to grow by it, ) was abfolutely taken away, by Stat. 14 *Edw.* 3. *cap.* 4.

**Enheritance**. See *Inheritance.*

**Enitia pars**. See *Efnecy.*

**Enplect**, Was anciently ufed for implead —— may Enplect *and be* Enpleeted *in all Courts*. Mon. Angl. 2. par. fol. 412. *b.*

**Enqueft**, Fr. *( Lat. Inquifitio,)* Is efpecially taken for that *Inquifition* of Jurors, or by Jury, which is the moft ufual tryal of all Caufes, both Civil and Criminal in this Realm. For in Caufes Civil, after fuch proof is made on either fide, as each Party thinks good for himfelf, if the doubt be in the fact, it is referred to the difcretion of Twelve indifferent Men, impannelled by the Sheriff for the purpofe; and as they bring in their Verdict, fo Judgment paffeth: For the Judge faith, the Jury finds the Fact thus, then is the Law ( if their Verdict do not contradict it, ) thus, and fo we judge. As to the *Enqueft* in Caufes Criminal, fee *Jury*, and fee Sir *Tho. Smith de Repub. Angl. lib.* 2. *cap.* 19. An *Enqueft* is either of Office, or at the Mife of the Party. *Stamf. Pl. Cor. lib.* 3. *cap.* 12.

*Entail.*