# APPENDIX A: "EMOLUMENT" IN ENGLISH LANGUAGE DICTIONARIES, 1604-1806

Part 10 of 10

**A - 1**

And by the 24 *G.* 3. *c.* 41. a licence is required to be taken out annually, by every maker of malt for fale, from the offices of excife.

MAN, *Ifle of*, is a diftinct territory from *England*, and is not governed by our laws; neither doth any act of parliament extend to it, unlefs it be particularly named therein. It was formerly a fubordinate feudatory kingdom, fubject to the kings of *Norway*; then to the kings of *England*; afterwards to the kings of *Scotland*; and then again to the crown of *England*; and was finally granted, by king *James* the firft, to *William Stanley* earl of *Derby*, and the heirs male of his body, with remainder to his heirs general; which grant was confirmed by act of parliament, with a reftraint of the power of alienation by the faid earl and his iffue male. On the death of *James* earl of *Derby* in the year 1735, the male line of earl *William* failing, the duke of *Athol* fucceeded to the ifland, as heir general by a female branch. In the mean time, though the title of king had long been difufed, the earls of *Derby*, as lords of *Man*, had maintained a fort of royal authority therein; which being found inconvenient for the purpofes of public juftice, and for the revenue, (it affording a commodious afylum for debtors, outlaws, and fmugglers,) authority was given to the treafury, by ftatute 12 *G.* *c.* 28. to purchafe the intereft of the then proprietors for the ufe of the crown; which purchafe was at length completed in the year 1765, and confirmed by the ftatutes 5 *G.* 3. *c.* 26. & 39. whereby the whole ifland, and all its dependencies, (except the landed property of the *Athol* family, their manerial rights and emoluments, and the patronage of the bifhopric and other ecclefiaftical benefices,) are unalienably vefted in the crown, and fubjected to the regulations of the Britifh excife and cuftoms. 1 *Black.* 105.

MANBOTE, a compenfation or recompence for homicide; for in ancient time almoft all offences might be compenfated for money.

MANDAMUS, is a writ iffuing in the king's name out of the court of king's bench, and directed to any perfon, corporation, or inferior court of judicature, *commanding* them to do fome particular thing therein fpecified, as appertaining to their office and duty. 3 *Black.* 110.

It is a high prerogative writ, of a moft extenfively remedial nature. It lies to compel the admiffion or reftoration of the party applying, to any office or franchife of a public nature,

# APPENDIX C: "EMOLUMENT" IN SYNONYMY DICTIONARIES, 1748-1813

# Explanations of "Emolument" in Synonymy Dictionaries, 1748-1813

| ABBÉ GIRARD | JOHN TRUSLER | HESTER PIOZZI | WILLIAM TAYLOR |
|---|---|---|---|
| SYNONYMES FRANÇOIS, LEURS DIFFERENTES SIGNIFICATIONS, ET LE CHOIX QU'IL EN FAUT FAIRE POUR PARLER AVEC JUSTESSE (New ed. 1748) | THE DIFFERENCE BETWEEN WORDS, ESTEEMED SYNONYMOUS, IN THE ENGLISH LANGUAGE; AND THE PROPER CHOICE OF THEM DETERMINED (1st ed. 1766) | BRITISH SYNONYM; OR AN ATTEMPT AT REGULATING THE CHOICE OF WORDS IN FAMILIAR CONVERSATION (1st ed. 1794) | ENGLISH SYNONYMS (1st ed. 1813) |
| *Gain. Profit. Lucre. Emolument, Benefice.*<br><br>Le *gain* semble être quelque chose de très casuel, qui suppose des risques & du hazard, voilà pourquoi ce mot est d'un grand usage pour les Joueurs & pour les Commerçans. Le *profit* paroit être sûr, & venir d'un rapport habituel, soit de fonds, soit d'industrie, ainsi l'on dit les *profits* de jeu, pour ceux qui donnent à jouer ou sournissent les cartes; & le *profit* d'une terre, pour exprimer ce qu'on en retire outre les revenus fixes par les baux. Le *lucre* est d'un stile plus soutenu, & don't l'idée a quelque chose de plus abstrait & de plus general; son caractère consiste dans un simple rapport à la passion de l'intérêt, de quelque manière qu'elle soit satisfaite: voilà pourquoi l'on dit très bien d'un homme, quiʼil aime le *lucre*; & qu'en pareille occasion on ne se serviroit pas des autres mots avec la même grace. L'émolument est affecté aux charges & aux emplois; marquant non seulement la finance règlée des appointemens, mais encoure tous les autres revenant-bons. *Bénéfice* ne se dit guères. Que pour les Banquiers, les Commissionaires, le change & le produit de l'Argent; ou dans la Jurisprudence pour les héritiers, qui craignant de trouver un succession surcharge de dettes, ne l'acceptent que par *benefice* d'inventaire. Quelques rigoristes ont déclaré illicite tout *gain* fait aux jeux de hazard. On nomme souvent *profit* ce qui est vol. Tout ce qui n'a que le *lucre* pour objet est roturier. Ce n'est pas toujours où il ya le plus d'émolumens que se trouve le plus d'honneur. Le benefice qu'on tire du changement des monnoies, ne répare pas la perte réelle que ce derangement cuase dans l'Etat. | *Gain, Profit, Lucre, Emolument.*<br><br>*Gain,* seems to arise from something very casual; and implies, risk and hazard; it is for this reason, the word, is in great use among gamesters and tradesmen. *Profit,* appears to be more sure; proceeding either from lands or industry. Thus, we say, the *profits* of the earth; or, the *profits* of our labour. The characteristic of *lucre* consists in a simple relation to the passion of interest; 'tis on this account, we say, with the greatest propriety, that man is fond of *lucre.* *Emolument* relates to commissions and employments; intimating, not only the salaries, but, all other perquisites. Some persons are so particularly rigid, as to condemn all *gain,* arising from play. Many will, idly, call that *profit*, which has accrued by illicit means. It is low and sordid, to be ever led by *lucre.* We do not, always, find the greatest honour, in offices, where there is the greatest *emolument.* | *No mention of emolument.* | *No mention of emolument.* |

# SYNONYMES FRANÇOIS,

LEURS

*DIFFERENTES SIGNIFICATIONS, ET LE CHOIX QU'IL EN FAUT FAIRE POUR PARLER AVEC JUSTESSE,*

*Par M. l'Abbé* GIRARD, *S. I. D. R.*

ET

# TRAITÉ

DE LA

# PROSODIE FRANÇOISE.

*Par M. l'Abbé* D'OLIVET.

*Nouvelle Edition.*

ACAD. SCIENT. LITT ET. ART. LUGD.

A AMSTERDAM,
Chez J. WETSTEIN.
MDCCXLVIII.

Martha Saunders

# THE DIFFERENCE,

BETWEEN

WORDS, esteemed SYNONYMOUS,

IN THE

ENGLISH LANGUAGE;

And, the Proper CHOICE of them determined:

TOGETHER WITH,

So much of Abbé GIRARD's Treatise, on this Subject, as would agree, with our Mode of Expression.

Useful, to all, who would, either, write or speak, with PROPRIETY, and, ELEGANCE.

In TWO VOLUMES.

VOL. I.

LONDON:
Printed, for J. DODSLEY, in *Pall-mall.*
MDCCLXVI.

## GAIN. PROFIT. LUCRE. ÉMOLUMENT. BÉNÉFICE.

Le *gain* femble être quelque chofe de très cafuel, qui fuppofe des rifques & du hafard; voilà pourquoi ce mot eft d'un grand ufage pour les Joueurs & pour les Commerçans. Le *profit* paroit être plus fûr, & venir d'un rapport habituel, foit de fonds, foit d'induftrie; ainfi l'on dit les *profits* du jeu, pour ceux qui donnent à jouer ou fourniffent les cartes; & le *profit* d'une terre, pour exprimer ce qu'on en retire outre les revenus fixés par les baux. Le *lucre* eft d'un ftile plus foutenu, & dont l'idée a quelque chofe de plus abftrait & de plus général; fon caractère confifte dans un fimple rapport à la paffion de l'intérêt, de quelque manière qu'elle foit fatisfaite: voilà pourquoi l'on dit très bien d'un homme, qu'il aime le *lucre*; & qu'en pareille occafion on ne fe ferviroit pas des autres mots avec la même grace. L'*émolument* eft affecté aux charges & aux emplois; marquant non feulement la finance règlée des appointemens, mais encore tous les autres revenant-bons. *Bénéfice* ne fe dit guères que pour les Banquiers, les Commiffionnaires, le Change & le produit de l'Argent; ou dans la Jurifprudence pour les héritiers, qui, craignant de trouver une fucceffion furchargée de dettes, ne l'acceptent que par *bénéfice* d'inventaire.

Quelques rigoriftes ont déclaré illicite tout *gain* fait aux jeux de hafard. On nomme fouvent *profit* ce

qui eft vol. Tout ce qui n'a que le *lucre* pour objet eft roturier. Ce n'eft pas toujours où il y a le plus d'*émolumens* que fe trouve le plus d'honneur. Le *bénéfice* qu'on tire du changement des monnoies, ne répare pas la perte réelle que ce dérangement caufe dans l'Etat.

| *Gain,* *Profit,* | *Lucre,* *Emolument.* |
|---|---|

*Gain,* feems to arife from fomething very cafual; and implies, rifk and hazard; it is for this reafon, the word, is in great ufe among gamefters and tradefmen. *Profit,* appears to be more fure; proceeding either from lands or induftry. Thus, we fay, the *profits* of the earth; or, the *profits* of our labour. The characteriftic of *lucre,* confifts in a fimple relation, to the [paffion of intereft; 'tis on this account, we

we fay, with the greateft propriety, that man is fond of *lucre.* *Emolument* relates to commiffions and employments; intimating, not only the falaries, but, all other perquifites.

Some perfons are fo particularly rigid, as to condemn all *gain,* arifing from play. Many will, idly, call that *profit,* which has accrued by illicit means. It is low and fordid, to be ever led by *lucre.* We do not, always, find the greateft honour, in offices, where there is the greateft *emolument.*

# SYNONYMES FRANÇOIS,

LEURS

*DIFFERENTES SIGNIFICATIONS, ET LE CHOIX QU'IL EN FAUT FAIRE POUR PARLER AVEC JUSTESSE,*

*Par M. l'Abbé* GIRARD, *S. I. D. R.*

ET

# TRAITÉ DE LA PROSODIE FRANÇOISE.

*Par M. l'Abbé* D'OLIVET.

*Nouvelle Edition.*

ACAD. SCIENT. LITT ET. ART. LUGD.

A AMSTERDAM,
Chez J. WETSTEIN.
MDCCXLVIII.

## GAIN. PROFIT. LUCRE. ÉMOLUMENT. BÉNÉFICE.

Le *gain* ſemble être quelque choſe de très caſuel, qui ſuppoſe des riſques & du haſard ; voilà pourquoi ce mot eſt d'un grand uſage pour les Joueurs & pour les Commerçans. Le *profit* paroit être plus ſûr, & venir d'un rapport habituel, ſoit de fonds, ſoit d'induſtrie ; ainſi l'on dit les *profits* du jeu, pour ceux qui donnent à jouer ou fourniſſent les cartes ; & le *profit* d'une terre, pour exprimer ce qu'on en retire outre les revenus fixés par les baux. Le *lucre* eſt d'un ſtile plus ſoutenu, & dont l'idée a quelque choſe de plus abſtrait & de plus général ; ſon caractère conſiſte dans un ſimple rapport à la paſſion de l'intérêt, de quelque manière qu'elle ſoit ſatisfaite : voilà pourquoi l'on dit très bien d'un homme, qu'il aime le *lucre* ; & qu'en pareille occaſion on ne ſe ſerviroit pas des autres mots avec la même grace. L'*émolument* eſt affecté aux charges & aux emplois ; marquant non ſeulement la finance règlée des appointemens, mais encore tous les autres revenant-bons. *Bénéfice* ne ſe dit guères que pour les Banquiers, les Commiſſionnaires, le Change & le produit de l'Argent ; ou dans la Juriſprudence pour les héritiers, qui, craignant de trouver une ſucceſſion ſurchargée de dettes, ne l'acceptent que par *bénéfice* d'inventaire.

Quelques rigoriſtes ont déclaré illicite tout *gain* fait aux jeux de haſard. On nomme ſouvent *profit* ce qui

qui eſt vol. Tout ce qui n'a que le *lucre* pour objet eſt roturier. Ce n'eſt pas toujours où il y a le plus d'*émolumens* que ſe trouve le plus d'honneur. Le *bénéfice* qu'on tire du changement des monnoies, ne répare pas la perte réelle que ce dérangement cauſe dans l'Etat.

THE

# DIFFERENCE,

BETWEEN

WORDS, eſteemed SYNONYMOUS,

IN THE

ENGLISH LANGUAGE;

And, the Proper CHOICE of them determined:

TOGETHER WITH,

So much of Abbé GIRARD's Treatiſe, on this Subject, as would agree, with our Mode of Expreſſion.

Uſeful, to all, who would, either, write or ſpeak, with PROPRIETY, and, ELEGANCE.

In TWO VOLUMES.

VOL. I.

LONDON:

Printed, for J. DODSLEY, in *Pall-mall.*

MDCCLXVI.

LIBRARY
UNIVERSITY OF CALIFORNIA

Digitized by Google

diſtant: we *banker after* things, that more affect us.

Princes, ſometimes, *have a mind*, to gratify their ambition, at the expence of their future welfare. Women with child, frequently, *long for* moſt things they ſee: Lazy people, often, ſit down and content themſelves, with *wiſhing for* thoſe things, they would, preſently, obtain, if diligent and aſſiduous. Some children will *banker*, a long time, *after* their nurſes, and, it is with the greateſt difficulty, they can be brought to forget them.

---

## 140.

| *Gain*, | *Lucre*, |
|---|---|
| *Profit*, | *Emolument*. |

*Gain*, ſeems to ariſe from ſomething very caſual; and implies, riſk and hazard; it is for this reaſon, the word, is in great uſe among gameſters and tradeſmen. *Profit*, appears to be more ſure; proceeding either from lands or induſtry. Thus, we ſay, the *profits* of the earth; or, the *profits* of our labour. The characteriſtic of *lucre*, conſiſts in a ſimple relation, to the paſſion of intereſt; 'tis on this account, we

we ſay, with the greateſt propriety, that man is fond of *lucre*. *Emolument* relates to commiſſions and employments; intimating, not only the ſalaries, but, all other perquiſites.

Some perſons are ſo particularly rigid, as to condemn all *gain*, ariſing from play. Many will, idly, call that *profit*, which has accrued by illicit means. It is low and ſordid, to be ever led by *lucre*. We do not, always, find the greateſt honour, in offices, where there is the greateſt *emolument*.

---

141.

*Very*,

*Extremely*.

We are apt to uſe theſe words indifferently, one as well as the other, to expreſs a great degree of any thing. Thus, for example, we ſay, in the ſame ſenſe, *very* wiſe; *extremely* wiſe; notwithſtanding this, there appears to me ſome difference between them: The word, *very*, marks an extraordinary degree; but *extremely*, a degree to admiration. Thus, we ſay, men

H 6 are

# BRITISH SYNONYMY;

OR,

## AN ATTEMPT

AT

## REGULATING THE CHOICE OF WORDS

IN

## FAMILIAR CONVERSATION.

INSCRIBED,

With Sentiments of Gratitude and Respect, to such of her Foreign Friends as have made English Literature their peculiar Study,

BY

HESTER LYNCH PIOZZI.

IN TWO VOLUMES.

VOL. I.

*LONDON:*

PRINTED FOR G. G. AND J. ROBINSON, PATERNOSTER ROW.

MDCCXCIV.

# ENGLISH SYNONYMS

DISCRIMINATED

by W. TAYLOR, JUN. of Norwich.

Nur selten wird ein Wort, oder eine Bedeutung, in allen den einzelnen Fällen gebraucht, in welchen sie doch gebraucht werden. könnten: alle diese unmerklich kleinen Schattierungen in den Bedeutungen durch Worteauszudrücken, ist unmöglich; und alle die Fälle anzuführen, in welchen ein Wort gebraucht werden kann, ist es nicht weniger, wenn maun auch die unabsehliche Weitläufigkeit, die solches würde verursachet haben, nicht mit in Rechnun bringen wollte.

ADELUNG.

LONDON:

PRINTED FOR W. POPLE, 67, CHANCERY LANE.

1813.