UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CITIZENS FOR RESPONSIBILITY AND ETHICS
IN WASHINGTON,

RESTAURANT OPPORTUNITIES CENTERS
(ROC) UNITED, INC.,

JILL PHANEUF, and ERIC GOODE,

                    Plaintiffs,

    -against-

**DONALD J. TRUMP**, *in his official capacity as*
*President of the United States of America*

                    Defendant.

------------------------------------- x

ORDER

17 Civ. 458 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant's motion to dismiss filed in the above-reference action is scheduled for October 18, 2017 at 10:30 a.m.

Dated:  August 9, 2017
          New York, New York

                                        SO ORDERED:

                                        GEORGE B. DANIELS
                                        United States District Judge

1