IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTERS (ROC) UNITED, INC., JILL PHANEUF, and ERIC GOODE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>*Defendant*. | Civil Action No. 1:17-cv-00458-GBD |

**NOTICE OF ERRATA**

The plaintiffs hereby submit the attached corrected declarations of Saru Jayaraman (Dkt. 50), Eric Goode (Dkt. 52), and Christopher C. Muller (Dkt. 54), which have been revised to correct certain minor factual errors as follows:

- Jayaraman Decl. ¶15 (corrected address for Zaytinya)
- Jayaraman Decl. ¶18 (corrected day of brunch at The Source from Sunday to Saturday)
- Jayaraman Decl. ¶26 (corrected address for Union Square Café)
- Muller Decl. ¶67 (corrected ballroom capacity for Trump SoHo Hotel)
- Muller Decl. ¶89 (corrected square footage of the Presidential Ballroom)
- Goode Decl. ¶27 (corrected price range for dinner entrées at Gemma)

|  | Respectfully submitted, |
|---|---|
| Dated: August 25, 2017 | GUPTA WESSLER PLLC |
|  | By: __/s/ Deepak Gupta__ |
|  |     Deepak Gupta |

NORMAN L. EISEN
RICHARD W. PAINTER
NOAH BOOKBINDER
STUART C. MCPHAIL
ADAM J. RAPPAPORT
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 408-5565

*Attorneys for Plaintiffs Citizens for Responsibility and Ethics in Washington (CREW)*

LAURENCE H. TRIBE*
Carl M. Loeb University Professor
and Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-1767

ZEPHYR TEACHOUT*
Associate Professor of Law
Fordham Law School
150 West 62nd Street
New York, NY 12580
(646) 312-8722

ERWIN CHEMERINSKY*
Dean of the School of Law
University of California, Berkeley
215 Boalt Hall
Berkeley, CA 92697
(510) 642-6483

DEEPAK GUPTA**
JONATHAN E. TAYLOR
JOSHUA MATZ
MATTHEW W.H. WESSLER
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, D.C. 20009
(202) 888-1741
*deepak@guptawessler.com*

JOSEPH M. SELLERS**
DANIEL A. SMALL**
CHRISTINE E. WEBBER
ROBERT A. BRAUN
GEORGE F. FARAH
ELIZABETH ANISKEVICH
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 408-4600
*jsellers@cohenmilstein.com*

*Attorneys for Plaintiffs Citizens for Responsibility and Ethics in Washington (CREW), Restaurant Opportunities Centers (ROC) United, Inc., Jill Phaneuf, and Eric Goode*

*\*Affiliations noted for identification purposes only*     *\*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed a copy of the foregoing notice of errata with attachments. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

> */s/ Deepak Gupta*
> Deepak Gupta

1