UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTER (ROC) UNITED, INC., JILL PHANEUF, AND ERIC GOODE,<br><br>Plaintiffs,<br><br>- v -<br><br>DONALD J. TRUMP,<br>IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Defendant. | 17 Civ. 458 (GBD) |

**NOTICE OF MOTION OF *AMICUS CURIAE* SCHOLAR SETH BARRETT TILLMAN AND PROPOSED *AMICUS CURIAE* JUDICIAL EDUCATION PROJECT FOR LEAVE TO FILE RESPONSE TO AMICI CURIAE BY CERTAIN LEGAL HISTORIANS**

PLEASE TAKE NOTICE that *Amicus Curiae* scholar Seth Barrett Tillman and proposed *amicus curiae* Judicial Education Project (JEP), through their respective undersigned counsel, will move this Court before Honorable George B. Daniels, United States District Judge for the Southern District of New York, at a date and time directed by the Court, for entry of an order granting Tillman and JEP permission to file a response to *Amici Curiae* Legal Historians [ECF No. 70], pursuant to L. Civ. R. 7.1 and the Court's inherent power, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 19, 2017

Respectfully submitted,


By: /s/ Robert W. Ray
Robert W. Ray
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: 212-751-3347
Email: robert.ray@tklaw.com
*Co-Counsel for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Josh Blackman
*Pro Hac Vice*
1303 San Jacinto Street
Houston, TX 77002
Telephone: 202-294-9003
Email: Josh@JoshBlackman.com
*Counsel of Record for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Carrie Severino
   Admission *pro hac vice* pending
Judicial Education Project
722 12th St., N.W., Fourth Floor
Washington, D.C. 20005
Telephone: 571-357-3134
Email: carrie@judicialnetwork.com
*Counsel for Proposed Amicus Curiae*
*Judicial Education Project*