UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTER (ROC) UNITED, INC., JILL PHANEUF, AND ERIC GOODE,<br><br>                              Plaintiffs,<br><br>                    - v -<br><br>DONALD J. TRUMP,<br>IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>                              Defendant. | 17 Civ. 458 (GBD) |

*AMICUS CURIAE* SCHOLAR SETH BARRETT TILLMAN'S AND
PROPOSED *AMICUS CURIAE* JUDICIAL EDUCATION PROJECT'S
MOTION FOR LEAVE TO FILE RESPONSE TO
AMICI CURIAE BY CERTAIN LEGAL HISTORIANS

Robert W. Ray
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022
Telephone: 212-751-3347
Email: robert.ray@tklaw.com
*Co-counsel for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Josh Blackman
*Pro Hac Vice*
1303 San Jacinto Street
Houston, TX 77002
Telephone: 202-294-9003
Email: Josh@JoshBlackman.com
*Counsel of Record for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Carrie Severino
   Admission *pro hac vice* pending
Judicial Education Project
722 12th St., N.W., Fourth Floor
Washington, D.C. 20005
Telephone: 571-357-3134
Email: carrie@judicialnetwork.com
*Counsel for Proposed Amicus Curiae*
*Judicial Education Project*

**INTRODUCTION**

On June 16, 2017, undersigned counsel for *Amicus Curiae* scholar Seth Barrett Tillman submitted a motion for leave to file an *amicus* brief on behalf of Tillman [ECF No. 37] in support of the Defendant, which the Court granted on June 28, 2017 [ECF No. 39]. On August 11, 2017, several Legal Historians filed a motion for leave to file an *amicus* brief in support of the Plaintiffs [ECF No. 70], which this Court granted on August 15, 2017 [ECF No. 73].[1]

**RELEVANT FACTS**

The Legal Historians allege that Tillman's "brief overlooks a key Hamilton manuscript that undercuts its thesis and belies its description of archival material" [ECF No. 70-1, p. 22 n.80]. Counsel for Plaintiffs has endorsed this allegation. Because the authenticity and provenance of this document bears directly on the question of whether the President holds an "Office . . . under the United States," and on the meaning of the Foreign Emoluments Clause, Tillman and proposed *amicus* JEP respectfully request leave to respond to this allegation. The proposed response, along with supporting Exhibits A–R, which are attached hereto as **Exhibit 1**, demonstrate that the Legal Historians are plainly wrong. The so-called "key Hamilton manuscript" was not signed by Alexander Hamilton, but rather is a scrivener's copy drafted a generation later.

**CONCLUSION**

For the foregoing reasons, the Court should enter an order authorizing the Clerk of the Court to file in the record the response brief and supporting Exhibits A–R.

---

[1] Tillman and proposed *amicus curiae* Judicial Education Project (JEP) are filing contemporaneously herewith a motion for leave for JEP to appear jointly with Tillman as *amici curiae*, and for JEP to join in the *amicus* brief previously filed on behalf of Tillman [ECF No. 37].

Dated: New York, New York
September 19, 2017

Respectfully submitted,


By: /s/ Robert W. Ray
Robert W. Ray
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3349
Email: robert.ray@tklaw.com
*Co-counsel for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Josh Blackman
*Pro Hac Vice*
1303 San Jacinto Street
Houston, Texas 77002
Telephone: (202) 294-9003
Email: Josh@JoshBlackman.com
*Counsel of Record for Amicus Curiae*
*Scholar Seth Barrett Tillman*

Carrie Severino
   Admission *pro hac vice* pending
Judicial Education Project
722 12th St., N.W., Fourth Floor
Washington, D.C. 20005
Telephone: (571) 357-3134
Email: carrie@judicialnetwork.com
*Counsel for Proposed Amicus Curiae*
*Judicial Education Project*


# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017 I caused a true and correct copy of the foregoing to be served on all counsel of record through the Court's CM/ECF system.

/s/ Robert W. Ray
Robert W. Ray, Esq.