UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

CITIZENS FOR RESPONSIBILITY AND ETHICS
IN WASHINGTON,

RESTAURANT OPPORTUNITIES CENTERS
(ROC) UNITED, INC.,

JILL PHANEUF, and ERIC GOODE,

                    Plaintiffs,

    -against-

**DONALD J. TRUMP**, *in his official capacity as
President of the United States of America*

                    Defendant.

------------------------------------------------x

ORDER

17 Civ. 458 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The motion filed by *amicus curiae* Seth Barrett Tillman and Judicial Education Project ("JEP") seeking leave for JEP to appear jointly with Tillman as *amici curiae* and for JEP to join in the *amicus* brief filed on Tillman's behalf is GRANTED.

Dated: September 21, 2017
       New York, New York

                              SO ORDERED:

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge