UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- -x

CITIZENS FOR RESPONSIBILITY AND ETHICS :
IN WASHINGTON,

RESTAURANT OPPORTUNITIES CENTERS :
(ROC) UNITED, INC., : ORDER

: 17 Civ. 458 (GBD)
JILL PHANEUF, and ERIC GOODE, :

                           Plaintiffs, :
    -against-
:

**DONALD J. TRUMP**, *in his official capacity as* :
*President of the United States of America* :

                             Defendant. :
:
------------------------------------- -x

GEORGE B. DANIELS, United States District Judge:

      The motion filed by *amicus curiae* Seth Barrett Tillman and Judicial Education Project ("JEP") requesting leave to be heard at oral argument is DENIED.

Dated: September 21, 2017
       New York, New York

                                       SO ORDERED:

                                       GEORGE B. DANIELS
                                       United States District Judge

1