

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave.
Washington, DC 20530

_____

October 25, 2017

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Citizens for Responsibility and Ethics in Washington v. Donald J. Trump*,
              Civil Action No. 1:17-cv-00458-GBD

Dear Judge Daniels:

      I write to correct a misstatement I made during the October 18, 2017, hearing on the government's motion to dismiss. Near the conclusion of that hearing (transcript at p. 94, line 11-14), the transcript reflects that I stated that "for purposes of this motion, we are assuming the President is subject to the Domestic Emoluments Clause." In so stating, I intended to refer to the Foreign Emoluments Clause, rather than the Domestic Emoluments Clause. I apologize for the error. As I also stated, the government has not conceded that the President is subject to the Foreign Emoluments Clause. There is, however, a transcription error in that regard.

                                      Respectfully submitted

                                      CHAD A. READLER
                                      Acting Assistant Attorney General
                                      Civil Division

                                      */s/ Brett Shumate*
                                      BRETT A. SHUMATE
                                      Deputy Assistant Attorney General
                                      U.S. Department of Justice
                                      Civil Division
                                      950 Pennsylvania Ave.

- 2 -

        Washington, DC 20530
        Phone: (202) 514-2331
        Email: Brett.A.Shumate@usdoj.gov

*Counsel for the Defendant*