

**U.S. Department of Justice**
Civil Division
20 Massachusetts Ave., N.W.
Washington, DC 20530

_____

November 24, 2017

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Citizens for Responsibility and Ethics in Washington v. Donald J. Trump*,
             Civil Action No. 1:17-cv-00458-GBD

Dear Judge Daniels:

      We write to inform the Court of a development since the Court heard oral argument on the President's Motion to Dismiss on October 18, 2017.

      In the Second Amended Complaint, the hospitality Plaintiffs allege that they will suffer injuries stemming from competition with the Trump SoHo, a hotel in which the President allegedly has a financial interest through the Trump Organization.  *See* 2d Am. Compl. ¶¶ 42, 196, 214; *see also* Pls' Opposition to MTD, ECF No. 55 at 19–21.  On November 22, 2017, the owner of the Hotel announced an agreement to buy out the remainder of its management and license agreement with the Trump Organization, with the transition expected to take place by year-end.  *See* BusinessWire, *Trump Hotels and Condominium Association Announce Management and License Contract Buyout for the Trump SoHo Hotel* (Nov. 22, 2017), http://www.businesswire.com/news/home/20171122005650/en/Trump-Hotels-Condominium-Association-Announce-Management-License.  This development undermines the hospitality Plaintiffs' reliance on alleged competition with the Trump SoHo to demonstrate standing and is further reason that this Court should dismiss the Second Amended Complaint.

Respectfully submitted

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JENNIFER D. RICKETTS
Branch Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division,
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Phone: (202) 514-3716
Email: jean.lin@usdoj.gov

*Counsel for the Defendant*