# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, RESTAURANT OPPORTUNITIES CENTERS (ROC) UNITED, INC., JILL PHANEUF, and ERIC GOODE,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America,

*Defendant*.

Civil Action No. 1:17-cv-00458-GBD

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in this case appeal to the United States Court of Appeals for the Second Circuit from this Court's order of December 21, 2017 (ECF No. 103), which granted the defendant's motion to dismiss, as well as the accompanying final judgment entered that same day (ECF No. 104).

Respectfully submitted,

Dated: February 16, 2018

GUPTA WESSLER PLLC

By: _/s/ Deepak Gupta_
    Deepak Gupta

NORMAN L. EISEN
RICHARD W. PAINTER
NOAH BOOKBINDER
STUART C. MCPHAIL
ADAM J. RAPPAPORT
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 408-5565

*Attorneys for Plaintiffs Citizens for Responsibility and Ethics in Washington (CREW)*

LAURENCE H. TRIBE*
Carl M. Loeb University Professor
and Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-1767

DEEPAK GUPTA**
JONATHAN E. TAYLOR
JOSHUA MATZ
MATTHEW W.H. WESSLER
Gupta Wessler PLLC
1900 L Street, N.W., Suite 312
Washington, DC 20009
(202) 888-1741
deepak@guptawessler.com

ZEPHYR TEACHOUT*
Associate Professor of Law
Fordham Law School
150 West 62nd Street
New York, NY 12580
(646) 312-8722

JOSEPH M. SELLERS**
DANIEL A. SMALL**
CHRISTINE E. WEBBER
ROBERT A. BRAUN
GEORGE F. FARAH
ELIZABETH ANISKEVICH
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com

ERWIN CHEMERINSKY*
Dean of the School of Law
University of California, Berkeley
215 Boalt Hall
Berkeley, CA 92697
(510) 642-6483

*Attorneys for Plaintiffs Citizens for Responsibility and Ethics in Washington (CREW), Restaurant Opportunities Centers (ROC) United, Inc., Jill Phaneuf, and Eric Goode*

*\*Affiliations noted for identification purposes only*     *\*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I electronically filed this notice of appeal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Deepak Gupta*
Deepak Gupta