UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Citizens for Responsibility and
Ethics in Washington, et al.      Plaintiff,          Case No. 1:17-cv-00458-GBD

       -against-

Donald J. Trump          Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____George Fuad Farah_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GF-3472          My State Bar Number is: 4434726

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Cohen Milstein Sellers & Toll PLLC
              FIRM ADDRESS: 88 Pine Street, 14th Floor, New York, NY 10005
              FIRM TELEPHONE NUMBER: (212) 838-7797
              FIRM FAX NUMBER: (212) 838-7745

NEW FIRM:     FIRM NAME: Handley Farah & Anderson PLLC
              FIRM ADDRESS: 81 Prospect Street, Brooklyn, NY 11201
              FIRM TELEPHONE NUMBER: (212) 477-8090
              FIRM FAX NUMBER: (866) 912-8897

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/24/2018                        /s/ George F. Farah_____
                                         ATTORNEY'S SIGNATURE