IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, in his official capacity, <br><br> Defendant. | Civil Action No. 1:17-cv-00458-GBD |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF NORMAN EISEN

To: The Clerk of Court and All Parties and Counsel of Record:

Please take notice that Norman Eisen withdraws his appearance as counsel on behalf of plaintiffs. Mr. Eisen resigned as chair of the board of Citizens for Responsibility and Ethics in Washington effective February 12, 2019 and has had no involvement in this case since that date. All other counsel listed on the following page remain as attorneys of record for plaintiffs.

Dated: March 4, 2019                                        Respectfully submitted,

                                                            */s/ Norman Eisen*
                                                            NORMAN EISEN

LAURENCE H. TRIBE*
Carl M. Loeb University Professor
and Professor of Constitutional Law
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
(617) 495-1767

ZEPHYR TEACHOUT*
Associate Professor of Law
Fordham Law School
150 West 62nd Street
New York, NY 12580
(646) 312-8722

ERWIN CHEMERINSKY*
Dean of the School of Law
University of California, Berkeley
215 Boalt Hall
Berkeley, CA 92697
(510) 642-6483

*Affiliations noted for identification purposes only

NOAH BOOKBINDER
ADAM J. RAPPAPORT
STUART C. MCPHAIL
Citizens for Responsibility and Ethics
   in Washington
1101 K Street, N.W.
Washington, DC 20005
(202) 408-5565

DEEPAK GUPTA**
JONATHAN E. TAYLOR
JOSHUA MATZ
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

JOSEPH M. SELLERS**
DANIEL A. SMALL**
CHRISTINE E. WEBBER
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 408-4600
*jsellers@cohenmilstein.com*

*Attorneys for Plaintiffs*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I electronically filed this notice of withdrawal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Daniel Small*
DANIEL SMALL